UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOSEPH THOMPSON,** <br><br>         **Defendant.** | Case No. 25-CR-072 (APM) |

### GOVERNMENT'S MOTION TO CONTINUE THE MOTION TO SUPPRESS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to continue the Motion to Suppress Hearing for 14 to 21-days or whatever date is consistent with the Court's calendar. The Motion to Suppress Hearing is currently scheduled for July 23, 2025, at 9:30 a.m. In support of its motion, the United States relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1)  Undersigned counsel for the government *has had an unexpected urgent family matter which has occurred and will require undersigned counsel to prepare and leave the jurisdiction next week* (all of which have been fully explained to counsel for the defendant and the Court's deputy for the Court's consideration).

2)  Undersigned counsel for the government has contacted counsel for the defendant, Nicholas G. Madiou, Esq., and confirmed that the defendant does oppose the government's instant request.

## **CONCLUSION**

WHEREFORE, for all of the foregoing reasons stated in the government's motion, the United States respectfully requests that the Court grant the government's instant motion to continue this matter for 14 to 21 days or whatever date is consistent with the Court's calendar.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  */s/Emory V. Cole*
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney Office – D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov