IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CR No. 25-72 |
| | ) | Washington, D.C. |
| vs. | ) | March 5, 2026 |
| | ) | 1:41 p.m. |
| JOSEPH MICHAEL THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TRANSCRIPT OF HEARING ON MOTION TO SUPPRESS PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Emory Vaughan Cole
U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-7692
Email: Emory.Cole@usdoj.gov

For the Defendant: Oluwole Falodun
FALODUN LAW, LLC
8850 Stanford Blvd.
Suite 2900
21045
Columbia, MD 21045
(301) 289-7737
Email: wofalodunlaw@gmail.com

APPEARANCES CONTINUED:

Court Reporter: William P. Zaremba
Registered Merit Reporter
Certified Realtime Reporter
Official Court Reporter
E. Barrett Prettyman CH
333 Constitution Avenue, NW
Washington, D.C. 20001
(202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

- - -

INDEX OF EXHIBITS

- - -


| GOVERNMENT'S | ADMITTED |
|---|---|
| 1, 1A and B | 15 |
| 2, 3, 4, 5 | 15 |
| 6, 7, and 8 | 15 |


- - -

WITNESS INDEX

- - -


| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| GOVERNMENT'S: | | | | |
| VICKI STEEN | 15 | 45 | 80 | |


- - -

INDEX OF EXHIBITS

- - -


| DEFENDANT'S | ADMITTED |
|---|---|
| 2 | 71 |
| 3 | 74 |
| 4 | 79 |


WITNESS INDEX

- - -


| WITNESSES | DIRECT | CROSS | REDIRECT |
|---|---|---|---|
| DEFENDANT'S: | | | |
| DAVON TODD | 88 | 111 | 120 |

P R O C E E D I N G S

COURTROOM DEPUTY: All rise. This Honorable Court is now in session; the Honorable Amit P. Mehta presiding.

Your Honor, we are on the record in Criminal Case 25-72, United States of America versus Joseph Michael Thompson.

Starting with government counsel, please approach the podium and state your appearance for the record.

MR. COLE: Good afternoon, Your Honor. I am Emory V. Cole. I'm representing the United States in this matter, along with my outstanding paralegal, Jenna Lee. It's good to see you as always.

THE COURT: Good to see you, Mr. Cole.

MR. FALODUN: Good afternoon, Your Honor.

For the record, Oluwole Falodun on behalf of Mr. Thompson.

THE COURT: All right, Mr. Falodun, good afternoon.

Mr. Thompson, good afternoon to you, sir.

Okay. So we're here for a hearing on the defendant's Motion to Suppress.

Can I just, before we get started, Mr. Falodun, the motion was filed by prior counsel, and I don't believe you've filed anything in supplement. And so I just wanted to just confer with you and what your position is -- or what

you believe the evidence will show, I guess is a better way to put it, in terms of Mr. Thompson's seizure.

And the papers sort of took the position that he was seized not upon leaving the store or even as he began running but when he was essentially tackled by officers.

Does that remain your position?

MR. FALODUN: Yes, Your Honor.

THE COURT: Okay.

And so again, we might get to this but -- so what do I do -- or what is your position then on, at least what the government will contend was, flight by Mr. Thompson and how that ought to play into the calculus here?

MR. FALODUN: Well, our position is that this was not unprovoked flight.

Our position is that Mr. Thompson, when he exited the store, was going about his business, and as any citizen has the right to do, he had a right to choose not to talk to the police --

THE COURT: Right.

MR. FALODUN: -- which is what he decided to do.

And when the police officers walked him down, our position is that, at that point, his flight became provoked by the police officers walking him down.

THE COURT: I'm sorry, his flight became provoked when?

MR. FALODUN: When the police officers were walking him down with the intent to stop him.

THE COURT: Began walking and following him, you're saying?

MR. FALODUN: Correct.

THE COURT: And so in your view, a provoked flight...

MR. FALODUN: Correct.

THE COURT: Can you help me understand what that means, a "provoked flight"?

MR. FALODUN: So for instance, in the case of *Illinois versus Wardlow*, when the police officers arrived on the scene --

THE COURT: Right.

MR. FALODUN: -- upon seeing the police, without having been talked to or spoken with or contacted --

THE COURT: Right, they just took off.

MR. FALODUN: -- he just fled.

In this case -- I think what distinguishes this case from *Wardlow* is that, in this particular case, Mr. Thompson exited the store. Police officers actually said something to him to the extent of, you know --

THE COURT: Can I just ask you to speak into the microphone.

MR. FALODUN: The police officers engaged him,

suggesting that there was something in his pocket that appeared to be heavy, and they indicated they wanted to talk to him.

And as I stated previously, he had a right not to talk to them. And as he continued about his way, they then followed him with the intent -- it's clear, the intent to stop him.

And his opposition is that at that point, this is what distinguishes this case from *Wardlow*, because them walking him down with the obvious intent to stop him is what provoked the flight.

THE COURT: Even if it's factually distinguishable from that case, are you aware of any authority that would stand for the proposition that if somebody refuses to cooperate with an officer, as they have a right to do, he didn't have to respond, he didn't have to do anything, frankly.

And then they begin to sort of run off, that that combination of facts doesn't rise to a reasonable, articulable suspicion to stop him?

MR. FALODUN: Well, I think based on what led up to the police officers contacting -- or making contact with Mr. Thompson, I don't believe that there's any reasonable, articulable suspicion that he had either committed a crime or was committing a crime.

All we have is an individual who walks into a store and walks out, according to these officers.

THE COURT: Right.

But let me just go back in to my question, which is that, is there any authority that you can point to that sort of essentially stands for this proposition that you've suggested, which is that, if the police -- at least what we're going to hear is they suspected he possessed a gun, okay. He has a right to run off. But your suggestion seems to be is that they don't have a right to try and catch him?

MR. FALODUN: They have a right to catch -- or run off and catch him if there's reasonable, articulable suspicion that he has committed a crime.

Our position here is that the police officers acted on a hunch.

THE COURT: Right.

But what about the running?

You seem to be suggesting that the running away is a neutral fact in all of this.

MR. FALODUN: I think context matters.

That's our position. Context matters.

THE COURT: Right.

MR. FALODUN: The fact that he ran away in and of itself, I'm not saying it's not important, but the context matters.

And the context here is that the police officers, based upon our position, is that they did not have reasonable, articulable suspicion, once they made contact with him, before the officer, in our position, Officer Todd, grabbed his jacket, that was the stop.

THE COURT: Right.

MR. FALODUN: That based on what transpired before then, there was nothing on the fact -- on the record that rises to the level of reasonable, articulable suspicion based upon the observations that the police officers had made up to that point.

THE COURT: So your view is that even if they thought he had a weapon and he begins to run off, they're, what, supposed to run after him but not lay their hands on him and seize him?

MR. FALODUN: Our position is that if they're going to lay their hands on him, they have to have a reasonable, articulable suspicion.

THE COURT: Right, but tell me, is that what you think would have been required in this instance, that they would have had to kind of run after him, catch up with him and say, hey, please stop, before they put their hands on him?

MR. FALODUN: Before they put their hands on him? Yes.

THE COURT: Okay. Okay.

Can you identify any case that fits this fact pattern?

MR. FALODUN: I can't at this point.

THE COURT: Okay.

And, again, I know you didn't file the papers so I'm not faulting you at all, but have you looked for anything that might match this fact pattern?

MR. FALODUN: I have, Your Honor.

THE COURT: Okay.

All right.

Look, I'm not suggesting that we don't need a hearing, we may want to hear from the police officers, you may want to cross-examine them, that's fine.

I just -- I mean, it does seem to me that this is a case in which there really is not a dispute of fact as to what happened, but, you know, we can go forward and hear from the police officers.

And I've seen all the video you all have submitted.

MR. FALODUN: Yes, Your Honor.

THE COURT: And, you know, you can hear and see, you know -- you can hear and see a lot of what occurred.

Now, you know, will the officers come in and supplement some of that? I don't know. But -- okay.

All right. Well, let's -- how many witnesses do you have, Mr. Cole?

MR. COLE: Just one, Your Honor --

THE COURT: Okay.

MR. COLE: -- that's going to testify in this matter.

MR. FALODUN: Can I have a moment, Your Honor?

THE COURT: Of course.

MR. FALODUN: Okay.

(Defense counsel conferred with the defendant off the record.)

MR. FALODUN: Thank you.

THE COURT: Okay. Mr. Cole, I think we are ready for your witness.

MR. COLE: Your Honor, may I just have a moment?

Your Honor, we're ready. The witness is right there.

But I want to just say one thing.

There are no case law for provoked flight. None. And we have outlined to you, I think in particular detail, their RAS portion.

We've also outlined to you the abandonment portion and the probable cause portion in this matter.

The officer I'm going to call is Lieutenant Steen, S-t-e-e-n.

There's nothing that she's -- she might -- she's going to corroborate everything that you have seen already.

THE COURT: Okay.

Well, I mean, look, we'll see whether she does or not. I just wanted to raise these issues but...

MR. COLE: Okay.

THE COURT: I haven't made any decision, but let's hear from her.

MR. COLE: I understand.

May we have a moment?

THE COURT: Sure.

(Counsel conferred off the record.)

MR. FALODUN: Your Honor, before the government starts, can I just raise one issue?

THE COURT: Sure.

MR. FALODUN: I just want to note for the record that I had subpoenaed three police officers: Officer Todd, Officer Guzman, and Officer Possinger.

The subpoena was sent out on February 1st, and MPD had acknowledged that it had been processed on February 3rd.

THE COURT: Okay.

MR. FALODUN: And I only see one officer out there. That's Officer Todd. The other two are not here.

THE COURT: Okay.

Well, let's hear from the officer the government

is going to sponsor. And if at the end of it you think you want to hear from these other officers, we'll just have to continue the hearing to a date where we can get them here.

MR. FALODUN: Thank you.

THE COURT: I mean, if you've served them with subpoenas, then they should be here.

MR. COLE: Your Honor, I don't doubt that.

I just want to make it clear, I don't know why he's calling them, but he cannot call these officers just to impeach them. That would be inconsistent with standard legal principles.

He cannot.

THE COURT: I don't know why he's going to call them. So if you want to proffer, we can ask for a proffer, but we're not there.

Go ahead.

MR. COLE: Yes, Your Honor. Thank you.

COURTROOM DEPUTY: Raise your right hand.

(Witness is placed under oath.)

COURTROOM DEPUTY: Please be seated.

THE COURT: Lieutenant, welcome.

THE WITNESS: Thank you.

MR. COLE: Your Honor, before we proceed, the government had previously sent an exhibit list to you and defense counsel. And defense counsel had this for months

and months. That's 1, 1A, 1B, 2, 3, 4, 5, 6, 7, and 8. And the last four are photographs that were in all the motions the government filed.

And I don't believe there's an objection to the body-worn camera clips and the enhancements. So I would ask to have all of those moved into evidence at this time without objection.

THE COURT: Okay.

Is there any objection to moving all these exhibits in, sir?

MR. FALODUN: No, Your Honor.

THE COURT: Okay.

All right. Let's go ahead.

And then all of the exhibits that the government identified -- could you just list those again for the record.

MR. COLE: Yes, Your Honor.

THE COURT: Hang on.

MR. COLE: There you go.

THE COURT: I forgot to print this out.

So it's Government 1, 1A and B, 2, 3, 4, 5, 6, 7, and 8.

MR. COLE: That's correct, Your Honor.

THE COURT: Okay. Thank you.

(Government's Exhibits 1, 1A and B, 2, 3, 4, 5, 6, 7, 8 received into evidence.)

MR. COLE: May I proceed?

THE COURT: Yep, you may.

\- - -

VICKI STEEN, WITNESS FOR THE GOVERNMENT, SWORN

DIRECT EXAMINATION

BY MR. COLE:

Q Lieutenant, I want you to keep your voice loud and clear for His Honor and everyone present so that we all can hear exactly what you have to say.

Pull the microphone up a little bit.

Can you state your name, spell your first and last name for the record, please.

A Vicki Steen.

V-i-c-k-i, S-t-e-e-n.

Q And how are you employed?

A I'm employed by the Metropolitan Police Department.

Q How long have you been so employed about?

A About 21 years.

Q And what is your current position with the Metropolitan Police Department?

A I'm the lieutenant responsible for the robbery suppression unit.

Q And as the lieutenant for the robbery suppression unit, what are some of your duties specifically?
A To go to areas with high violent crime and proactively police.
Q How long have you been a lieutenant?
A Approximately three years.
Q Prior to being a lieutenant, what was your rank?
A Sergeant.
Q How long were you a sergeant?
A About four years.
Q Prior to that, you were an investigator?
A I was an officer.
Q An officer.
And you were an officer for the rest of the time that you have just mentioned; would that be fair?
A That's correct.
Q And specifically, what regions of the District of Columbia have you, as an officer, sergeant, or lieutenant been assigned to?
A Across the Anacostia.
I was assigned to 1D as an officer. That's down by Nationals stadium.
And then a sergeant, lieutenant to 6 and 7.
Q And specifically, were you so assigned to service area 708?

A That's correct, yes.

Q And for the record, so His Honor will know, tell us, what is 708? What's the geographical general area?

A It's on the border to Prince George's County.

It's basically the farthest point south to -- of D.C., across the Anacostia River, bordering PG County.

Q And as a lieutenant, do you supervise other officers?

A Yes, I do.

Q And approximately how many do you supervise -- as a lieutenant do you supervise generally?

A Around 12.

Q And are you assigned to be in uniform or plain clothes?

A We're a plain clothes unit that operates with tactical vests on the outer-most layer.

Q And the tactical vest, how is that identifiable with your duties?

A It has "Metropolitan Police" on the rear and "Police" on the front breast pocket.

Q And are you so equipped with what is called a body-worn camera?

A Yes, sir.

Q I know His Honor knows but for the record, just very briefly, what is a body-worn camera?

A It records all of our interactions and all of our movements on each scene.

Q And were you so employed on March 7, 2025, of last year, sometime after 5:00 p.m., 5:45 p.m.?

A I was.

Q And were you a lieutenant at that particular time?

A Yes, I was.

Q And did you have an occasion to go to a particular area in the 708 service area that brings you in court today?

A Yes.

Q And specifically around the 4600 block of Livingston Road, is that in service area 708?

A It is.

Q And prior to that time, had you ever participated in gun recovery, violent crimes, or any other matters in that area six months or so prior to that day?

A I had.

Q And as a supervisor, are you entrusted with knowing the stats about criminal activity within that area?

A Yes.

Q Can you tell His Honor, regarding the six-month period, about -- I want to focus in on the 4700 block of South Capitol Street. That's a Shell gas station, right?

A Correct.

Q And the 4665 South Capitol Street, that's an Exxon

gas station?
A I don't believe it is anymore, but it was.
Q Okay. But it was?
A Yes.
Q But it's a location --
A Yes --
Q -- within the area?
A -- that's correct.
Q And 4675 South Capitol Street, Southwest, that's the South Capitol Discount Tobacco & Grocery?
A Correct.
Q You're aware of all of these locations; is that right?
A I am, yes.
Q Your assignment in this particular area lasted how many years or months about?
A I have been patrolling that area for years.
Q I'm sorry?
A On and off for years, I've been patrolling.
Q So you're probably familiar with that area?
A I'm very familiar.
Q What about the 4600 block of Livingston Road, we just mentioned that. You're aware of that area; is that right?
A Correct.

Q And was there a notation as it relates to this case, six months prior -- six months or so prior in this particular area about prior criminal activity?

A Yes.

Q And can you tell us, based on your position as a lieutenant and having that knowledge, was that noted in any of the paperwork in this case?

A Yes.

So we were able to determine that statistically, there were 37 violent crimes that had taken place in this particular area of -- within the six-month period prior to this situation.

Q Were they homicides, if any?

A They included homicides, assaults, and robberies.

Q And were any of those -- to be clear, would it be correct to say four homicides --

A Correct.

Q -- and 21 assaults --

A Correct.

Q -- with a dangerous weapon, and 12 robberies?

A That's correct.

Q And that was noted in the police paperwork, correct?

A That was noted, yes.

Q Were any of those, based on what you reviewed,

with firearms?
A Yes.
Q And you were aware of that on the day you encountered someone in court today; is that right?
A Correct.
Q And for His Honor's purposes and for the record, how many -- and let's just say six months prior to March of 2025, how many firearms cases were you either on or assisted with, approximately, more than, less than?
A I would say more than -- or approximately ten. I can't be really sure about it. But it fluctuates between, you know, around ten.
Q And regarding service area 708, let's just take the year of 2024 until March of 2025, can you just give us a more than or less than as relates to firearm cases or charges and recoveries you worked on and you assisted in in the performance of your duty as lieutenant for that area?
A Yeah, I would say approximately ten as well.
Q And that you assisted in as well?
A Yeah, I can't be sure to give you a number on assisted.
Q But it's more than --
A Yes.
Q -- the ten, I would say substantially; would that be fair?

A That would be fair.

MR. FALODUN: Objection, Your Honor.

THE COURT: Hang on.

Mr. Cole, that's sustained.

Avoid the leading, Mr. Cole, please.

MR. COLE: Yes, Your Honor, I'll move forward.

BY MR. COLE:

Q When you say "ten," tell us and describe, is that yourself and/or others?

A It's myself as well as my unit.

Q And in your unit, prior to this day, had you ever participated in a firearm recovery or narcotics recovery in the block of the 7600 block of Livingston Road?

A It's the 46th.

Q I'm sorry, the 4600 block, right.

A Yes.

Q And you were aware of that on this day?

A Yes.

Q Now, I want to just specifically now draw your attention to March 7, 2025, at about 5:45 p.m.

Do you recall that date and time?

A I do.

Q And did you go to this particular area we mentioned?

A I did.

Q And what type of business establishments are located on the block of the 4600 block of Livingston Road?
A I believe there's a convenience store, maybe some type of healthcare office, and a barbershop.
Q And did you arrive at that particular block on that day?
A Yes.
Q And when you arrived there, how did you get there?
A A vehicle.
Q And marked or unmarked?
A Unmarked.
Q How many other brother and sister officers did you have with you on that team?
A Approximately ten.
Q And how many were in the vehicle that you were in?
A Three.
Well, myself and two others. So three of us total.
Q And how many vehicles of officers went on that particular scene?
A I believe five.
COURT REPORTER: I'm going to have you move your microphone a little bit closer. Thank you.
BY MR. COLE:
Q And just speak loudly. The Judge doesn't mind.

A Okay.
Q And the court reporter appreciates it.
A Okay.
Q Now, I asked you about, were the other officers in unmarked cars?
A I believe there was four unmarked cars and one marked vehicle.
Q And your car was marked or unmarked?
A Unmarked.
Q Now, were all of the officers on this day at this time dressed as you had previously said?
A I believe there was one person that was in full uniform.
Q And was that consistent with the practices and procedures of your team?
A Yes.
Q And on this date, you were supervising -- what was the name of your team again, just for the record?
A Robbery Suppression Unit.
Q And are you familiar with the term routine call -- I mean, "routine patrol"?
A Yes.
Q And are you familiar with the term "call to service"?
A Yes.

Q You were in this particular location for what reason?

A Just violent crime interdiction.

Q And as it relates to a service call or routine patrol, tell us.

A Oh. It was just routine patrol.

Q And as you came up to the block of the 4600 block of Livingston Road, did something happen that brings you in court today?

A Yes.

Q Tell us in a loud, clear voice.

Speak into the mic.

A One of my officers had stated over the radio that he had observed an individual who he believed had -- his coat had a heavy object in the right side of the coat and he was entering into the convenience store at that location.

Q And were you on that block at that time?

A I was.

Q And once that was notified to you, did you see that person?

A I originally did not see the person, but eventually I did.

Q Did you see this person before or after he went into a location?

A After he went into the liquor store.
Q Tell us what happened next.
A After he exited the convenience store, the officer tried to get his attention and mentioned to him that he observed his pocket weighted heavily on the right side.
After he had mentioned that, the individual took unprovoked flight.
MR. FALODUN: Objection, Your Honor.
THE COURT: It's all right.
Basis?
MR. FALODUN: Mischaracterization of unprovoked flight.
THE COURT: I'll -- your objection is noted. I understand what she's saying, but fair enough.
Go ahead.
BY MR. COLE:
Q And that officer you're talking about, who would that be?
A Officer -- or investigator at the time, he's now officer, but Guzman.
Q And were you on the sidewalk at that particular point?
A After he exited the store, I was on the sidewalk.
Q And were you wearing body-worn camera?
A I was.

Q And was Officer Guzman wearing body-worn camera?
A Yes.
Q Was there an Officer Todd as well on the scene that night -- that day?
A Yes, there was.
Q And was he wearing body-worn camera?
A Yes.
Q And what was officer -- are you familiar with an Officer Possinger?
A Sergeant Possinger.
And, yes, I am familiar with him.
Q And Possinger's position as relates to what was going on was where?
A He was also -- he had gone into the convenience store; and after the individual exited, he exited as well.
Q Now, you've mentioned that there was a heavy object in someone's jacket pocket. You just mentioned that, right?
A Correct.
Q Were you able to see it?
A I didn't see it as well as the other -- I just mostly heard about it.
Q And in that area having a heavy object, did you hear, if anything, what Officer Guzman had said?
A Yes.

He had observed the heavy object in his right pocket, and he believed that it resembled a firearm.

Q Let me then, therefore, show you what has been already moved into evidence, Government's Exhibit Number 1.

And you've had an opportunity to see all of the government's exhibits, correct?

A Right.

Q They're fair and accurate?

A Yes.

(Video played)

BY MR. COLE:

Q There's a body-worn camera -- an officer who has a body-worn camera now.

I'll let it play all the way through and then I'll play other portions.

Which body-worn camera is this of, which officer?

A I believe this is Guzman's.

Q And did you see officers go to the left door, left-side door?

A Yes.

Q Do you recall now who that is?

A I didn't --

Q Let me play it all.

A Thank you.

MR. COLE: Okay. Thank you.

(Video played)

BY MR. COLE:

Q There was one officer who said -- saw the side of the person's pocket was extra heavy.

Who was that?

A Investigator Todd.

Q Who was the officer who said, "Hey, sir. I see something heavy on the right side of your pocket"?

A Investigator Guzman.

Q And is this fair and accurate?

A Yes.

Q And was a firearm recovered on that day?

A Yes.

Q The person that ran, do you see that person in court today?

A I do.

Q Can you point to them and identify an article of clothing, please.

A He's sitting over there next to the defense counsel wearing an orange jumpsuit.

MR. COLE: Your Honor, may the record reflect that it's an identification of the defendant, Joseph Thompson.

MR. FALODUN: No objection.

THE COURT: All right. The record will reflect an in-court ID.

Could I just ask you whether you're now able to identify which officer's body-worn-camera footage this is?

THE WITNESS: This is Investigator Guzman.

THE COURT: This is Guzman.

Okay. Thank you.

BY MR. COLE:

Q And I want to show you just another angle of what we just saw, Government's Exhibit Number 3.

A Okay.

(Video played)

BY MR. COLE:

Q Do you recognize that particular body-worn-camera clip?

A Yes.

Q And who is that?

A This is my camera.

Q And it shows a different angle from Investigator Guzman; is that right?

A Correct.

Q And it's fair and accurate?

A That's correct.

Q Did you see anyone provoke the defendant to run?

MR. FALODUN: Objection, Your Honor.

THE COURT: That's sustained.

BY MR. COLE:

Q What specifically did you see as relates to the officers and the defendant prior to the defendant running?

A Investigator Guzman asked him about his pocket being heavily weighted; and as soon as he did that, the defendant ran.

Q Have you, in the performance of your duties, seen other individuals with heavy weighted objects in their pockets or their waistband?

A Yes.

Q And has it ever been determined by you in those cases that it was firearms or other contraband?

A Yes.

MR. FALODUN: Objection.

THE COURT: I'm sorry, can you repeat the question again.

BY MR. COLE:

Q Based on those other cases, what you have seen in your own experience, training and experience, have you seen similar objects like that?

A Yes.

THE COURT: I'm sorry, similar objects like what?

BY MR. COLE:

Q Heavily weighted objects in a person's possession in their jackets or their waist?

A Yes.

Q And in your experience, what have you found that to be?

MR. FALODUN: Actually, withdrawn.

THE WITNESS: Firearms.

BY MR. COLE:

Q And I want to just go back just for a moment.

We focused on firearms. But in this particular neighborhood in this block, are there other sources of criminal activity that you know about that relates to controlled substances?

A Yes.

Q What is this area known as it relates to -- if you know, based on the performance of your duties, what is this area known for in particular?

MR. FALODUN: Objection.

THE COURT: It's overruled.

She can answer.

THE WITNESS: An open-air drug market.

BY MR. COLE:

Q And have you ever participated in the recovery of drugs and the arrest of individuals who are selling drugs in that area?

A Yes.

Q And did you do so within, let's say, six months

prior to the particular day in this case?

A I might have, yes.

Q Okay.

Now, I want to just draw your attention -- we've looked at your particular video. And you are aware there are certain enhancements that we made to Officer Guzman's video; is that right?

A Correct.

Q You were able to see that?

A Correct.

Q With those enhancements, are they still fair and correct?

A Yes.

Q I want to show you, therefore, Government's Exhibit 1A.

And then I want to show you 1B, which is a slowed-down version of Government's Exhibit Number 1A for the record.

But stop it right there, please.

You see an officer -- two officers to the left here.

Do you know who they are just from their back?

A I'm seeing them to my right but...

Q No. That's fine. If you can't recall from the back, that's fine, we have camera footage of it.

A Well, I know who these two officers on the scene are just to my right.

But, okay, it's -- let's just start with Possinger with the red hat; and with the tan hat, it's Investigator Marsh.

Q That's all I was asking.

A Okay.

Q That's all I was asking.

And if I ever ask you a question, you can touch the screen, you can circle the red hat.

A Oh, okay.

Q So for the record, let's just do that so the record is clear.

A Okay.

Q It's interactive.

Yes?

A Yeah, but do you want me to circle it now?

THE COURT: That's okay. I don't think the record can be any more clear than "red hat."

Can you just -- state or spell the name of the sergeant who's in the red hat?

THE WITNESS: It's P-o-s-s-i-n-g-e-r.

THE COURT: Possinger.

Okay. Thank you.

MR. COLE: You can continue. Thank you.
(Video played)
MR. COLE: Can I just stop you there.
BY MR. COLE:
Q There was someone circled in yellow. Who would that be?
A Mr. Thompson.
MR. COLE: And you can continue. Thank you.
(Video played)
BY MR. COLE:
Q Lieutenant Steen, there was an object in red -- circled in red. What was that for the record?
A That was the firearm that was in Mr. Thompson's possession.
Q What is -- did you hear a term "1-800"?
A I did.
Q Can you tell His Honor and so the record is clear, what does "1-800" mean in the capacity of your -- in the performance of your duties?
A It means a person is in possession of a firearm.
Q And did you hear in this particular clip which officer said that first?
A Possinger.
Q I want to show you a follow-up of an enhanced version of 1A, I want to show you 1B.

A Okay.

(Video played)

MR. COLE: Can you pause it there, please.

Thank you.

BY MR. COLE:

Q Lieutenant Steen, in this particular frame, what do you see?

A I see Mr. Thompson. He's circled in the yellow.

I see Investigator Todd, who is next to him.

And then I see the firearm, which is circled in the red.

Q And the circle in red is the firearm; is that correct?

A Correct.

Q And is the firearm in the defendant's hands?

A It is not.

Q And is it nearby the defendant?

A It's in very close proximity.

Q And the direction of travel, if any, for this firearm is from what area to another area, if any?

A It went from the sidewalk to the curb.

Q And who -- how did that firearm get from the sidewalk to the curb and/or street?

A Mr. Thompson threw it.

Q And at the time he threw it, you were on the

sidewalk; would that be fair to say?
A Yes.
MR. COLE: All right. You may continue.
(Video played)
BY MR. COLE:
Q Lieutenant Steen, can you tell, respectfully, Judge Mehta, did the defendant throw the gun before or after Officer Todd touched him?
A Before.
Q And is that depicted on the body-worn camera?
A It is.
Q And after the defendant threw the firearm on the ground or the street, was he arrested?
A He was.
MR. COLE: I want to show you finally just two other short little clips regarding what happened in this particular case.
Let me show you what has been marked as Government's Exhibit Number 2.
I just have this one and one other short one, Your Honor. The rest are just photographs.
That would be 2.
I'm sorry, yes, 2.
(Video played)

BY MR. COLE:

Q In this particular case, that was Officer Wershbale?

A Sergeant Wershbale.

Q Sergeant Wershbale.

That's W-e-r-s-h-b-a-l-e?

A Correct.

Q That was her -- a clip of her video; is that right?

A Correct.

Q In this case so that the record can reflect, there was a firearm recovered in this particular case that we have just seen. Were there any other narcotics recovered here or suspected narcotics, if you recall?

A I don't recall.

Q All right.

Let me show you Government's Exhibit Number 4.

And I want you to pay particular attention to the words "1-800."

(Video played)

BY MR. COLE:

Q And this is a very short clip.

I want to ask: Were any officer touching this defendant when you heard the term "1-800"?

A No.

Q And whose body-worn camera is this, if you know?
A I don't.
Q Okay.
But it's one of your --
A It is, yes.
Q -- team members for sure?
I want to ask one other question, respectfully.
In this particular case, do you actually hear the gun sliding on the ground?
A Yes.
Q I want to play it again, with the Court's permission, it's like 20 seconds or so, and I want you to focus in on "1-800" and when you hear the sliding of the firearm.
A Okay.
(Video played)
THE WITNESS: It was prior but...
BY MR. COLE:
Q Do you recognize the voice now?
A Yeah.
Q That is?
A Guzman.
Q What about Possinger?
MR. FALODUN: Objection, Your Honor.
THE COURT: Sustained.

BY MR. COLE:

Q Are you familiar with Possinger's voice?

A I guess -- I thought I was.

Q Well, let me ask you this.

A I'm having trouble deciphering.

Q That's no problem.

Was that a member of your team, a duly sworn-in member of the Metropolitan Police Department Robbery Suppression Unit?

A Yes.

Q Now, the term "1-800" means what?

A A firearm.

MR. FALODUN: Objection, Your Honor; asked and answered.

BY MR. COLE:

Q In this particular case --

THE COURT: Hang on.

Well, she's answered it, but go ahead.

BY MR. COLE:

Q What, if anything, did you hear regarding metal to the ground?

A I heard when it hit the ground and then it slid a bit across the pavement.

Q Prior to that, was any officer touching this defendant?

A No.

Q When you first heard the term "1-800," was there any officer touching this defendant?

A No.

Q I want to show you a series, the last four photographs that we have in this particular case and then I have just a couple of other quick questions and I think that'll be it.

Let me show you a government's exhibit which has been moved into evidence.

Let me show you Government's Exhibit Number 5.

Government's Exhibit number 5 represents...

Do you see Government's Exhibit Number 5?

A I do.

Q And this is a screenshot from the body-worn camera we just seen?

A It is.

Q Is it fair and accurate?

A Yes.

Q This photograph, does it show the position of the officers and the firearm in this case?

A Yes.

Q And is that fair and accurate?

A Yes.

Q And can you see the defendant in this case?

A I do.

Q And is anyone in this particular photograph touching him at this time as far as you can see?

A I can't make it out in this photograph whether or not that's happening.

Q But it's consistent with whatever is on the body-worn camera; would that be fair?

A Correct.

Q Let me show you Government's Exhibit Number 6.

I'm showing you Government's Exhibit Number 6.

And in this particular case, I think you can make out Officer Todd now has hands on the defendant?

A It appears that way.

Q And the firearm is still in the street; is that right?

A Correct.

Q Government's Exhibit Number 6, that's a screenshot from one of the body-worn-camera videos; would that be fair to say?

A Correct.

Q All right.

Let me show you Government's Exhibit Number 7.

Now, Government's Exhibit Number 7, what does that show?

A The firearm.

Q And that firearm is where?
A In the street.
Q And when you first saw the actual firearm, whose hand was it in -- or who discarded it?
MR. FALODUN: Objection, Your Honor.
THE COURT: Just rephrase the question, please.
MR. COLE: Yes, I can, Your Honor.
Who discarded -- well --
THE COURT: How about just asking her what she observed.
MR. COLE: Okay.
BY MR. COLE:
Q What did you observe regarding the firearm going to the ground?
A I observed Mr. Thompson throw it.
Q All right.
Last one.
Let me show you Government's Exhibit Number 8.
And Government's Exhibit Number 8 is what?
A The firearm that he'd thrown.
Q Do you recall the make and this particular model of the firearm in this case?
A That's a Glock 21.
Q And was it loaded or unloaded?
A It was loaded.

Q And are you familiar with the term "one in the chamber"?

A Yes. It did have one in the chamber.

Q What is the significance of a firearm having one in the chamber?

A It's ready.

MR. FALODUN: Objection.

THE COURT: It's sustained.

It's not relevant.

MR. COLE: Okay.

Your Honor, may I just have one moment, please?

(Pause)

MR. COLE: I thank you so much for this time.

I don't think I have any further questions of Lieutenant Steen based on her testimony in the government's direct case.

THE COURT: Okay.

Mr. Falodun, cross-examination?

MR. FALODUN: Yes, Your Honor.

May I proceed?

THE COURT: You may.

- - -

CROSS-EXAMINATION

BY MR. FALODUN:

Q Good afternoon, Lieutenant.

A Good afternoon.

Q How are you?

A Good.

How are you?

Q Good.

The Court's indulgence.

Lieutenant, you testified during direct examination, or I believe Mr. Cole asked you about observing over the course of your career people having heavy weighted pockets.

Do you remember that line of questioning?

A I do.

Q And you've been a police officer for 21 years?

A Correct.

Q Is it your testimony that every person that you've seen over the course of those 21 years walking with a heavily weighted object possessed a firearm?

A No.

Q I presume that over the last 21 years as a police officer, you've come into contact with thousands of people?

A Correct.

Q Can you give an average as to how many of those folks who you've observed with heavily weighted objects actually possessed a firearm?
A I can't give you an average or number.
Q Now, on the day in question, I'm speaking about March 7, 2025, you observed Officer Guzman and Officer Todd chase after Mr. Thompson, correct?
A Correct.
Q And I believe you testified, based upon your recollection, that there were about ten police officers, including yourself, on the scene; is that right?
A That's correct.
Q And I believe we've already established that you were wearing a body-worn camera that day and it was activated, correct?
A It was, yes.
Q Do you recall whether or not Officer Todd was wearing a department-issued body-worn camera that day?
A He was.
Q And you were the supervising officer on scene that day, correct?
A Correct.
Q And it's fair to say that Officer Todd and Officer Guzman were being supervised by you?
A That's correct.

Q Did you have any chance to talk to Officer Todd or Investigator Todd prior to your testimony today -- in preparation for testifying today?

A I did not.

Q Have you had a chance or are you aware if Officer Todd's body-worn camera was activated on that day?

A I believe it was.

Q And have you at any point had an opportunity to view the footage that was captured by Officer Todd's body-worn camera?

A I did.

Q I'm sorry?

A I had a chance to view it, yes.

Q And from what you saw, Lieutenant, did Officer Todd's body-worn camera accurately capture what transpired that evening?

A It did.

Q Do you know if Officer Guzman was wearing a body-worn camera that day?

A He was.

Q And to your knowledge, was Officer Guzman's body-worn camera activated?

A It was.

Q And have you had an opportunity to view the footage captured by Officer Guzman's body-worn camera from

that day?

A I did.

Q And from what you saw on Officer Guzman's body-worn camera, did it accurately capture what transpired that evening?

A It did.

Q Now, there was reference to a report that was written in this case. There was a *Gerstein* written in this case, correct?

A Correct.

Q And that *Gerstein* was prepared by Officer Possinger; is that correct?

A Could you repeat that question.

Q The *Gerstein* was prepared by -- is he a sergeant now or a lieutenant?

A If you're referring to Possinger, he is a sergeant.

Q And that *Gerstein* was prepared by Sergeant Possinger, correct?

A I'm not sure who prepared it.

Q Would showing you a copy of the *Gerstein* refresh your recollection?

A It will.

MR. FALODUN: And I will mark this as Defense Exhibit 1 for identification purposes and I'm showing it to

Mr. Cole.

May I approach the witness, Your Honor?

THE COURT: You may.

BY MR. FALODUN:

Q Lieutenant, I'm handing you what's been marked as Defense Exhibit 1 for identification purposes.

If you could just take a look at it, and when your memory is refreshed, can you please look up.

A Yes, it does appear to be completed by Sergeant Possinger.

Q And prior to your testimony, did you have a chance to -- or at any point during the course of this case had a chance to review this *Gerstein*?

A I did.

Q And is what is contained within it accurate to your best recollection?

A To the best of my recollection, it is.

MR. COLE: Excuse me, Your Honor. I just need a moment.

BY MR. FALODUN:

Q Now, on March 7, 2025, you were not the first officer to make physical contact with Mr. Thompson, correct?

A Correct.

Q Officer Todd was the first person to make contact with him, correct? Physical contact?

A Physical contact, yes.

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q Now, during the course of your direct examination, you classified this area as an open drug market.

Do you recall that testimony?

A I do.

Q And it was a reference made by you to this particular area having 37 felony crimes over the course of six months; is that right?

THE COURT: I'm sorry. Could you repeat that. I couldn't hear you.

MR. FALODUN: I'm sorry, Your Honor.

BY MR. FALODUN:

Q You testified that in the six months leading up to March 7, 2025, that that area had had 37 violent crimes; is that right?

A Yes.

Q And I believe your testimony was that there had been 12 robberies in the six months leading up to, right?

A That's correct.

Q So in the 12 months [sic] leading up to, there have been 12 robberies.

So that would be about two robberies a month on average, correct?

A Yes.
Q And compared to other PSAs, how would you compare that number?
MR. COLE: Objection, Your Honor.
THE COURT: It's overruled.
THE WITNESS: I can't compare it because I don't have the statistics from the other PSAs.
BY MR. FALODUN:
Q So two robberies a month, does that seem to be excessively high?
MR. COLE: Objection, Your Honor. That's not the testimony.
Two a month.
MR. FALODUN: Well --
THE COURT: Well, hang on.
She testified that there have been 12 over the prior six months. So that comes out to two a month.
MR. COLE: Okay.
THE COURT: Go ahead.
BY MR. FALODUN:
Q So with two robberies a month, is that unusually high in the District of Columbia?
A It's all comparative. So I wouldn't be able to tell you one area to the next.
So one area it might be, one area it might not be.

So I wouldn't be able to answer that.
Q But you testified that this area is known to be a high-crime area?
A For this area, that is a high number of robberies for six months.
Q Your testimony was that this place is known to be a high-crime area compared to other areas in D.C.; is that right?
A That's correct.
Q So if this area averaged two robberies a month, how does that compare to other areas in D.C.?
A I don't know what the other areas' statistics are.
So there are other areas that are high-crime areas as well in the city, but I don't know those statistics.
Q And you testified that there were -- I believe your testimony was that there were 21 assaults with dangerous weapons in the six months leading up to that day in that particular PSA; is that correct?
A That's correct.
Q And, again, that would average -- so less than two assaults with dangerous weapons per month; isn't that correct?
A Average, yes.
Q And how would that number have compared --
THE COURT: I'm sorry to interrupt you, Counsel.

I just want to get clarity on something.

These numbers that you've talked about the prior six months, is that a PSA-wide number or is that a number that's specific to the area in which these offenses occurred?

THE WITNESS: It is just -- it's to that area -- well, it's to a block radius, like a couple-block radius from where that occurred.

THE COURT: Okay. That's helpful. Thank you.

BY MR. FALODUN:

Q Well, let me just ask you this, Lieutenant.

On that particular day, you were not responding to a specific robbery call at that location, correct?

A That's correct.

Q You were not responding to a man with a gun in that area, correct?

A Correct.

Q And before Mr. Thompson ran, there was no named complainant identifying him, correct?

A That's correct.

Q There was no confidential informant tip about him, correct?

A Not to my knowledge.

Q There was no radio lookout with a person being described as having a gun, correct?

A Not to my knowledge.

Q And before Mr. Thompson ran, you did not personally observe him commit a crime, correct?

A I did not.

Q Before Mr. Thompson ran, you did not see a firearm in his hand, correct?

A I did not.

Q And before the chase began, you did not see a gun handle, a barrel, or a grip, correct?

A I did not.

Q Now, it was your testimony during direct examination that you personally observed a bulky looking material in his pocket?

A I didn't say "bulky looking material".

Q What did you observe?

A The right side of his jacket was heavily weighted.

Q It was heavily weighted?

A Yes.

Q And from what you observed, were you able to tell what it was?

A I was not.

THE COURT: I'm sorry, what was the question?

MR. FALODUN: The question or the answer?

THE COURT: Both.

MR. FALODUN: I said: Before the chase, were you able to tell what it was?

THE COURT: Okay.

THE WITNESS: And I said I was not.

THE COURT: Got you.

Sorry about that. Thank you.

BY MR. FALODUN:

Q Now, the *Gerstein* that you've already testified that you read states that Mr. Thompson was standing outside the liquor store when you first arrived on the block, correct?

A Correct.

Q It also says that, as officers entered the block, Mr. Thompson went into the store, correct?

A That's correct.

Q Is that what you observed?

A I did.

Q I'm sorry?

A I did.

Q Now, going to a liquor store is not a crime, correct?

A It's not.

Q Now, the *Gerstein* also says that officers were conducting a business check, right?

A I don't recall that part of the *Gerstein*.

MR. FALODUN: May I approach the witness?

THE COURT: Sure.

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q I'm going to hand you what's been marked as Defense 1.

If you could just take a look at it, and when your memory is refreshed, can you please look up.

I'll direct your attention to paragraph 4, line 5.

A I see.

I see what you're saying.

Q You see it?

A Yeah.

Q Is your memory refreshed?

A It is.

MR. FALODUN: May I approach?

BY MR. FALODUN:

Q What is a business check?

A When you go in to make sure there's -- it depends on, you know, what you're doing, but basically, there isn't any crime taking place inside of the location.

Q Had anyone called to advise police that there was a crime taking place in the store?

A Not to my knowledge.

Q Isn't the case that the reason why police officers

went into the store is because you followed Mr. Thompson into the store and for no other reason?

A I don't have that information. I did not follow him into the store.

Q Well, you talked to the officers that you were supervising that day. You were the, for all intents and purposes, the quarterback of this operation, correct?

A I was the supervisor.

But all I know is that they observed -- they said they observed him with this -- his coat heavily weighted.

That's the only information that I had.

Q Right.

But your -- the officers that you were supervising, having noted that they went into the store for a business check, and you've already testified -- you just testified that there was no call for a crime taking place?

A That's correct.

Q So did you ask Officer Possinger what he meant when he says that they went in for a business check?

A I did not ask him.

Q Well, when Mr. Thompson went into the store, Officer Todd remained outside, correct?

A Yes.

Q And while Mr. Thompson was inside the store, Officer Guzman followed in behind him?

A Not directly behind him, no.
Q I'm sorry?
A Not directly behind him.
Q But he went into the store after Mr. Thompson went in?
A Correct.
Q And at some point, Officer Guzman and Mr. Thompson were in the store at the same time, correct?
A That's correct.
Q Did Officer Guzman at any point advise that he observed Mr. Thompson committing a crime in the store?
A He did not.
Q Did he at any point advise that he observed a firearm or what he perceived to be a firearm while he was inside the store with Mr. Thompson?
A He did not.
Q In fact, isn't it the case that while Mr. Thompson was inside the store, he actually purchased some items; isn't that correct?
A I believe so.
Q And when Mr. Thompson exited the store, he had a black plastic bag in his hand, correct?
A He did.
Q Now, the *Gerstein* says that Mr. Thompson's right arm was pressed against his body as he attempted to keep his

unzipped coat closed from blowing open.
Do you recall that?
A I remember reading it in the *Gerstein*, yes.
Q A person holding an unzipped coat closed is not a crime, correct?
A Correct.
Q And holding a coat closed does not tell you what is or is not in that pocket, correct?
A That's correct.
Q Now, at some point when Mr. Thompson exited the store, Officer Guzman attempted to make contact with him, right?
A Yes.
Q And Mr. Thompson walked away without stopping to talk to Officer Guzman, right?
A Correct.
Q And when Mr. Thompson initially began to walk away, there was no one standing in his path, right?
A I don't believe so.
Q Are people allowed to walk away from police?
A Yes.
Q People are allowed to refuse contact with police?
A In certain situations, yes.
Q But up to this point -- strike that.
Now, Officer Todd testified that he was able to

see a heavily weighted rectangular object in Mr. Thompson's right pocket, right?

MR. COLE: Objection, Your Honor.

Officer Todd didn't testify.

THE COURT: Yeah, I think if you would just rephrase -- I'm not sure what you mean by "testify."

MR. FALODUN: I'm sorry. I misspoke.

BY MR. FALODUN:

Q The *Gerstein* states that Officer Todd advised that he was able to see a heavily weighted rectangular object in Mr. Thompson's right pocket, correct?

A Correct.

Q Prior to police chasing Mr. Thompson, did any officer, to your knowledge, advise that they actually saw what they -- strike that.

Did any officer advise that what they saw or what they believed they saw in Mr. Thompson's pocket was actually a firearm?

A I don't believe so.

Q And you've listened to Officer Guzman's body-worn-camera footage, correct?

A Correct.

Q At no point does he say that he's got a gun in his right pocket?

A That's correct.

Q You've watched and listened to Detective -- I'm sorry, Investigator Todd's body-worn-camera footage, correct?

A Correct.

Q At no point does he say that Mr. Thompson has a gun or what he believes to be a gun in his pocket, correct?

A That's correct.

Q A rectangular object in a front jacket pocket could be many lawful things; would you agree?

A Yes.

Q Could be a cell phone?

A Correct.

Q Could be a wallet?

A Correct.

Q It could be a battery pack?

A Could, correct.

Q I'm not sure I've asked this question before, but the *Gerstein* does not say that anyone saw the outline of a gun in his pocket?

A That's correct.

Q It does not say anyone saw a gun handle protruding from his pocket?

A That's correct.

Q Now, you did not personally reach into that pocket before the chase, correct?

A No.

Q And you did not see anyone reach into his pocket before that chase, correct?

A Right.

Q You did not touch Mr. Thompson's pocket before the chase, correct?

A Correct.

Q So you had no way to confirm what any rectangular -- what this rectangular object was, correct?

A Correct.

Q Did officers believe that Mr. Thompson was concealing a firearm to your knowledge?

A I don't know what they believed.

Q And when officers ran after Mr. Thompson, the intent was to stop him, correct?

A Yes.

Q Now, Mr. Thompson did not start to run until officers attempted to stop him, correct?

A He ran when Investigator Guzman mentioned his coat weighing heavily on the right side.

Q So Mr. Thompson only ran after the officers initiated contact with him, correct?

A Correct.

Q I didn't hear your response.

A I said "correct."

Q I'm sorry.
A No. That's okay.
MR. FALODUN: Your Honor, the Court's indulgence.
I'm going to beg the Court's indulgence with the technology.
THE COURT: Sure. Of course.
MR. FALODUN: I'm going to show you what I'm marking as Defense Exhibit 1, I believe, that Mr. Cole used portions of this video during his direct examination.
THE COURT: I'm sorry, this is?
MR. FALODUN: Defense Exhibit 1.
THE COURT: Okay.
Let's technically call it 2 since you had marked the *Gerstein* for ID as 1.
MR. FALODUN: Oh, I'm sorry.
THE COURT: That's okay.
MR. FALODUN: Defendant's 2.
BY MR. FALODUN:
Q I'm going to go to the beginning to identify for the record what this is.
Do you see what's on your screen?
A Yes.
Q This is a video.
Do you know whose body-worn camera this is?
A I'm assuming it's mine.

MR. FALODUN: Okay.

I'm just going to play it a little bit.

Actually, I'm going to move to marker 1 minute and 57 seconds.

BY MR. FALODUN:

Q Can you tell at this point whose body-worn camera this is?

A Mine.

MR. FALODUN: Okay.

I'm going to start at -- I'm going to stop playing, Your Honor, at 2 minutes and 2 seconds.

(Video played)

BY MR. FALODUN:

Q Do you see someone who appears to be -- well, there appears to be two people exiting the South Capitol liquor store.

Do you see that?

A I do.

Q There's a gentleman who is wearing what appears to be a baseball hat and a gray sweater in front, and there's another individual behind him?

A Correct.

Q Do you know who that person is, the person behind him -- the person behind?

A That's Mr. Thompson.

Q And from this vantage point, can you see or describe how you were able to determine that his pocket appears to be heavy?

A Not from this vantage point.

Q I'm going to keep playing; and at the point where you were able to establish that his pocket appears heavy, please tell me to stop.

A All right.

(Video played continuously)

THE WITNESS: Right there.

BY MR. FALODUN:

Q Are you able to tell --

A A little bit before that, where it swings.

No, play it back.

Q Play it back now?

A Play it back.

Do you see it swing?

Right there.

Q I see it swing.

A That's where it is.

Q You were able to tell at that point that his pocket was heavily weighted at that point because it swung?

A Correct, yes.

Q And not because it was unzipped?

A No, not because it was unzipped.

Q And at this point, were you able to tell if he had a weapon on him at this point?
A I was not.
MR. FALODUN: I'm going to press play, starting from 2 minutes and 47 seconds.
(Video played)
BY MR. FALODUN:
Q Now, we hear an officer say, "Your right side looks kind of heavy," correct?
A Correct.
Q And that's the gentleman who appears to be wearing khaki pants and a tan, like an olive green top, correct?
A Correct.
Q And that's Investigator Guzman?
A Correct.
MR. FALODUN: Okay.
The Court's indulgence.
I'm going to slow this down.
BY MR. FALODUN:
Q Now, it appears that another individual has entered the frame from the left side.
Do you see that person wearing what appears to be a vest with the words "Metropolitan Police" on the back?
A I do.
Q Who's that?

A Investigator Todd.

(Video played)

BY MR. FALODUN:

Q Now, before this pursuit starts, Mr. Cole had played some video earlier and asked you about the term or phrase "1-800."

Do you remember him asking you about that?

A I do.

Q And Mr. Cole asked you a series of questions about --

MR. COLE: Investigator Cole.

MR. FALODUN: Oh, my investigator is Ms. Cole. I'm sorry.

BY MR. FALODUN:

Q Mr. Cole asked you a series of questions about the sound -- I'm sorry, the phrase "1-800" in relation to when Mr. Thompson was first physically contacted by police.

Do you remember those questions?

A I do.

Q And isn't the case that we hear the phrase "1-800" before police officers first made contact with Mr. Thompson?

A That's correct.

Q And when we first hear the phrase "1-800," no gun had been tossed at that point; isn't that correct?

A He was taking it out of his pocket at that point.

Q Okay.
(Video played continuously)
MR. FALODUN: I'm sorry, let me back up.
BY MR. FALODUN:
Q Do you hear "1-800"?
A I didn't hear it in that video.
MR. FALODUN: I'll play another video.
(Video played)
THE WITNESS: I didn't hear it again.
BY MR. FALODUN:
Q That's fine.
Isn't it the case that before -- at this point, we see Officer Todd grabbing Mr. Thompson?
A I can't tell in here that he is.
MR. FALODUN: Okay.
The Court's indulgence.
BY MR. FALODUN:
Q I've frozen the screen at 2:54.
Do you see the screen?
A I do.
Q That is Officer Todd to the left, correct?
A That's correct.
Q And that's Officer Guzman to the right, correct?
A Correct.
Q And from this vantage point, Officer Todd appears

to be slightly ahead of Officer Guzman, correct?

A It appears that way.

MR. FALODUN: Okay.

I'm going to 2:55.

BY MR. FALODUN:

Q And just for the record at this point, there is no firearm --

A Correct.

Q -- observed in this video, correct?

A No.

Q I've paused at 2:55.

The person standing furthest to the back is Officer Guzman, correct?

A Investigator Guzman.

Q I'm sorry, Investigator Guzman, correct?

A Correct.

Q And the person in front of Investigator Guzman is Investigator Todd, correct?

A Correct.

Q And at this point, this shows Investigator Todd grabbing on to Mr. Thompson; isn't that correct?

A I can't make that out, to be honest with you.

Q Okay.

But it's clear -- it's safe to say that at this point, there is no weapon on the screen, correct?

A Well, I don't know because the spot that it was originally found was in front of this vehicle and the frame of the camera is not -- I'm not able to see it in this picture.

Q Are you able to tell now whether or not Investigator Todd is grabbing on to Mr. Thompson?

A I'm not.

Q How about now?

A No.

Q Now?

A No.

I don't see his hand -- his arms to be able to decipher that.

Q How about now?

A No.

Q Now?

A No.

I can see Todd's arm at this point reached out to him, but I don't know if there's contact made.

Q You can see him reach out to him?

A Correct.

MR. FALODUN: Okay.

Can I touch my screen?

THE WITNESS: My screen might be blurry compared to his screen. So I don't know if it's working well.

BY MR. FALODUN:

Q Do you see that yellow circle?

A Yes.

Q That's the firearm; is that correct?

A I don't know.

MR. FALODUN: I'm going to move on.

The Court's indulgence.

(Counsel conferred off the record.)

BY MR. FALODUN:

Q Now, I'm going to mark for identification purposes my next exhibit as Defense 2.

THE COURT: I'm sorry, 3.

COURTROOM DEPUTY: 3.

THE COURT: Did you want to admit 2, Counsel?

MR. FALODUN: Yes, Your Honor. I was going to move at the end

THE COURT: All right. So Defense 2 is admitted.

(Defendant's Exhibit 2 received into evidence.)

MR. COLE: Your Honor, I don't object to the portions that were played in the questions, but I don't know if counsel has a clip or not. If he has a clip of what he played, I don't object.

MR. FALODUN: It's not a clip. I'll just mark the time marks.

MR. COLE: Okay.

BY MR. FALODUN:

Q So this is Defense 3.

Lieutenant, you testified earlier that you've had a chance to watch Investigator Todd's body-worn-camera footage from that day?

A Correct.

Q And you testified that from what you saw, it appeared to be accurate, correct?

A Correct.

MR. FALODUN: Okay.

(Video played)

BY MR. FALODUN:

Q Do you see what's on the screen?

A I do.

Q Do you see Mr. Thompson on the screen?

A I do.

Q And he's the gentleman who appears to have a bottle in his hand and a black plastic bag in his hand?

A Correct.

MR. FALODUN: I'm going to press play.

(Video played)

MR. FALODUN: I paused at 2 and 10 seconds, Your Honor.

I'm just going to ask you a few more questions, Lieutenant.

(Pause)

(Video played)

BY MR. FALODUN:

Q At this point, can you see Investigator Todd grabbing Mr. Thompson's jacket?

A No.

Q You don't see his hand grabbing Mr. Thompson's jacket?

A I honestly don't know what that is.

MR. FALODUN: Maybe it's blurry on your screen.

Can I approach her with my computer?

THE COURT: Sure.

I mean, I think all the screens look exactly the same. It's just maybe the resolution is better on your laptop.

But if you want to show her the laptop, if that has a better resolution, by all means.

MR. FALODUN: May I approach?

THE COURT: Sure.

BY MR. FALODUN:

Q Is that better?

A No.

I don't know what that is.

I can't decipher whether or not that's an arm or not.

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q Is that better?

A No.

(Video played)

BY MR. FALODUN:

Q Can you see him now grab his jacket?

A I can't, not from that clip.

MR. FALODUN: Your Honor, at this point, I would like to move Defense 3 into evidence.

THE COURT: Okay. Defense 3 is admitted.

(Defendant's Exhibit 3 received into evidence.)

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q And it's your testimony that you actually saw Mr. Thompson toss the firearm?

A Yes.

Q You personally saw him do that?

A I did.

Q And it's your testimony that the firearm was tossed before Detective -- Investigator Todd touched him?

A That's correct.

Q Now, you can't testify to exactly what

Officer Todd -- or Investigator Todd saw the instance he reached out and grabbed Mr. Thompson, correct?

A Correct.

Q And you can't do the same for Investigator Guzman, correct?

A That's correct.

Q And you cannot testify that Investigator Todd actually saw a firearm before he grabbed Mr. Thompson, correct?

A That's correct.

Q And before Investigator Todd grabbed Mr. Thompson, you did not see a firearm; isn't that correct?

A Repeat it.

Q Before Investigator Todd grabbed Mr. Thompson, you did not see a firearm?

A So the firearm was tossed before Todd grabbed Mr. Thompson.

Q Did you actually see Mr. Thompson remove the firearm from his pocket?

A That's correct, yes.

MR. FALODUN: I just have one last video, Your Honor. And I'll mark this as Defense 4.

BY MR. FALODUN:

Q Disregarding what's on the screen, Investigator Possinger was also on the scene that day, correct?

A Correct.
Q Did you have a chance to watch his body-worn-camera footage --
A I did.
Q -- prior to today?
A Yes.
MR. FALODUN: Okay.
I'm going to start at 2:20.
(Video played)
BY MR. FALODUN:
Q Do you hear somebody say "1-800"?
A Yes.
Q That was Officer Possinger who said that?
A It was, I believe, Guzman that said it.
Q Investigator Guzman said that?
A Yes.
Q And this was uttered before the gun was tossed; isn't that correct?
A That's correct.
Q So prior to any contact being made or Mr. Thompson tossing a gun, we hear Investigator Guzman say "1-800"?
A That's correct.
(Video played)
BY MR. FALODUN:
Q And you testified earlier that there was a sound

that sounded like something metal sliding across asphalt.
Do you remember that testimony?
A I do.
Q And up to this point, we have not heard that sound; isn't that correct?
Up to this point?
A Correct.
(Video played)
BY MR. FALODUN:
Q Did you hear that?
A I did.
Q You heard, like, something sounding metallic hitting the floor, correct?
A Correct.
Q So it's safe to say that before we hear that sound, officer -- or Investigator Guzman already uttered the words "1-800"?
A That's correct.
Q And this is before Mr. Thompson allegedly removed the gun from his pocket, correct?
A I didn't say "removed." I just said "tossed."
I don't know what Investigator Guzman had seen to say that "1-800."
But I'm saying I know that -- or I did not see -- I heard it when it was tossed. So I don't know what he'd

seen when he said it.

Q But when you heard Officer Guzman -- or Investigator Guzman say "1-800" the first time, you were watching Mr. Thompson, correct?

A I had a vantage point where I did not see the gun yet, but I heard Investigator Guzman say "1-800."

Q When Investigator Guzman uttered those words, were you looking at Mr. Thompson?

A I was.

Q And when Investigator Guzman uttered those words for the first time, did you see or had you seen a gun in Mr. Thompson's hand?

A I did not.

MR. FALODUN: I have three more questions, Your Honor.

Actually, I have nothing further.

THE COURT: Okay.

All right. Thank you, Counsel.

Redirect, Mr. Cole.

MR. COLE: Yes, Your Honor, briefly.

MR. FALODUN: I forgot, I would like to move that into evidence.

THE COURT: Yeah.

So Defense 4 is also admitted. Thank you for the reminder.

MR. FALODUN: Thank you, Your Honor.

(Defendant's Exhibit 4 received into evidence.)

- - -

REDIRECT EXAMINATION

BY MR. COLE:

Q Lieutenant Steen, I just want to ask a couple of series of quick questions and I'll be finished.

Defense counsel asked you specifically about a high-crime area.

What is the definition for the record of a "high-crime area" in the performance of your duties?

A An area that statistically has a higher amount of violent crimes, to include robberies, homicides, assault with dangerous weapons, comparative to other areas of the city.

Q Did the 4600 block and the surrounding immediate blocks qualify as a high-crime area?

A It -- yes.

MR. FALODUN: Objection.

THE COURT: It's overruled.

BY MR. COLE:

Q During the time that you were assigned there for six months or so prior to March 2025, was this PSA 708 designated a high-crime area?

A It was.

THE COURT: I'm sorry, the whole PSA?

MR. COLE: I'm sorry.

Thank you, Your Honor. I'll be more specific.

BY MR. COLE:

Q The immediate area blocks around the 4600 block of Livingston?

A It was.

Q And you know that because?

A I have reviewed the statistics.

Q And specifically, counsel had asked you -- and those -- I'm sorry.

And those statistics are what you've already given us in your direct testimony; is that correct?

A That's correct.

Q I won't ask you again therefore.

Counsel had asked about, tell us what you meant when you said a heavily weighted object.

And he'd asked you questions about the whole PSA in that particular area and the amount of people that you've dealt with in your career.

Do you recall that?

A I do.

Q And as it relates to this particular area that we're talking about and the surrounding areas, is there something significant, based on your experience of seeing someone with a high crime -- with a heavily weighted object --

MR. FALODUN: Objection, Your Honor.

THE COURT: She can answer that.

It's overruled.

Go ahead.

THE WITNESS: Could you just repeat it, please.

MR. COLE: I can if I remember.

BY MR. COLE:

Q Is there something significant, based on your experience in that area, the 4600 block and the surrounding area, to see someone run with a heavily weighted object?

MR. FALODUN: Your Honor --

THE COURT: I think that question is objectionable.

MR. COLE: All right.

BY MR. COLE:

Q Well, when you said "heavily weighted object" in the terms of this case, what, if any, significance did that bear upon you?

A Possibly be a firearm.

Q And that would be based on?

A Training and experience.

Q Now, counsel asked you about a business check on the *Gerstein*.

Can you tell His Honor and so the record is clear, what is a business check?

A Where you go into various businesses throughout our tour of duty and make sure everything inside is okay; that business owners are -- everything is going well with their business.

Q Would you characterize what happened in this case a business check as well?

A I don't know why -- or what they did. So in my opinion, I would not have classified this as a business check.

But I don't know what he -- how he was going to classify it as a business check. I don't have that information.

Q Was it anything inconsistent with the policies and procedures?

A There was not anything inconsistent, no.

Q Now, counsel asked you about whether or not it was unusual for the -- when the defendant had a black bag in his hand.

And that was a plastic bag; is that correct?

A Correct.

MR. FALODUN: Objection, Your Honor.

I didn't ask that.

The question wasn't, was it unusual for him to have a plastic bag in his hand.

MR. COLE: Well, I'll rephrase, Your Honor.

BY MR. COLE:

Q Do you recall a question regarding a black bag?

A Yes.

Q And where was that positioned?

A In his hand.

Q What material was it made of?

A Plastic.

Q And you saw that?

A I did.

Q Now, is that the heavily weighted object you were talking about?

A No.

Q Now, you've indicated on cross-examination that when the defendant moved, you saw the heavily weighted object. Do you recall that?

A I didn't say I saw the heavily weighted object. I said I saw the coat --

Q Oh, that's correct.

A -- weighing heavily.

Q And did that concern you?

MR. FALODUN: Objection.

THE COURT: That's overruled.

She can answer.

THE WITNESS: Yes.

BY MR. COLE:

Q Is that based on --

A Training and experience.

Q In conjunction with that concern, once you heard "1-800," did that concern you further?

A Yes.

Q Why?

A Well, we know we have a firearm.

MR. FALODUN: Objection, Your Honor.

THE COURT: I'm sorry, basis?

MR. FALODUN: Well, actually, I'll withdraw the objection.

THE COURT: Okay.

MR. COLE: Go ahead.

THE WITNESS: That we know we have a firearm present.

BY MR. COLE:

Q How significant is it to be notified in your duties that there's a firearm present while you are out on the streets? How significant is that?

A Could you be more specific -- like, explain "significant."

Q I can.

THE COURT: All right.

Mr. Cole, let's move on. I don't know why we need

to understand whether it's significant there's a firearm on the street. It's pretty self-evident.

MR. COLE: Okay, Your Honor. I'll move on based on that.

Two final questions and then I'll be finished, Your Honor.

BY MR. COLE:

Q On cross-examination, I believe, on the record you said when you saw the defendant toss the firearm, was that before or after any officer touched him?

A He tossed it prior to any officers touching him.

MR. COLE: I'll leave it at that, Your Honor.

THE COURT: Okay. Thank you.

All right. Sergeant [sic] Steen, thank you very much for your time and testimony. You may step down.

THE WITNESS: Thank you.

THE COURT: All right.

Mr. Cole, does the government have any additional witnesses or evidence it wishes to present?

MR. COLE: No, Your Honor.

With Lieutenant Steen's testimony, direct and on cross and redirect and the admission of Government's Exhibits, I believe we're going to rest on the strength of that.

THE COURT: Okay.

All right. Mr. Falodun, do you have any evidence you wish to present at this time?

MR. FALODUN: I do, Your Honor.

I would like to call Investigator Todd.

THE COURT: Okay. Well, he's not present.

MR. FALODUN: He is.

THE COURT: Oh, he is?

Oh, I'm sorry.

So he is here?

MR. FALODUN: He's always been here.

THE COURT: Oh, okay. I didn't realize.

I thought he was one of the ones you had subpoenaed but is not here.

All right. Well, great. Let's go ahead and --

MR. COLE: I want to renew my query to the Court.

If counsel is calling Officer Todd to impeach him --

THE COURT: I don't know why you would think he's calling him to impeach him because he hasn't said anything.

MR. COLE: Oh, because we've given PPMS.

THE COURT: Oh, I assume that's not what it is.

MR. COLE: Well, I don't know, Your Honor.

But I wanted to put that on the record to give you the courtesy.

THE COURT: No. I assume that's not what it is. I assume he's being called to talk about what happened, correct?

MR. FALODUN: Correct, Your Honor.

THE COURT: All right. Let's call him.

Let's bring him in.

COURTROOM DEPUTY: Please remain standing and raise your right hand.

(Witness is placed under oath.)

COURTROOM DEPUTY: Thank you. Please be seated.

THE COURT: Investigator Todd, welcome.

THE WITNESS: Good afternoon.

MR. FALODUN: May I inquire, Your Honor?

THE COURT: You may.

\- - -

DAVON TODD, WITNESS FOR THE DEFENDANT, SWORN

DIRECT EXAMINATION

BY MR. FALODUN:

Q Good afternoon, sir.

A Good afternoon.

Q Would you please state your full name for the record, spelling your first and your last as well.

A Davon Todd.

That's D-a-v-o-n, T-o-d-d.

Q What do you do for a living?

A I am employed with the District of Columbia Government.
Q And what are you employed as?
A A metropolitan police officer.
Q And what is your current assignment?
A I'm currently assigned to the Fifth District.
Q And how long have you been a law enforcement officer?
A Approximately eight years.
Q On March 7th, 2025, were you assigned to the Robbery Suppression Unit?
A Yes.
Q Were you on duty in the area of the 4600 block of Livingston Road, Southeast, in Washington, D.C., around 5:45 p.m. on that day?
A Yes.
Q Were there any other officers with you that evening in the 4600 block of Livingston Road, Southeast?
A Yes.
Q Investigator Todd, were you wearing body-worn camera equipment while you were in the 4600 block of Livingston Road, Southeast, on March 7th?
A Yes.
Q Was your body-worn camera activated?
A Yes, it was.

Q Have you had a chance to review the footage captured by your body-worn camera?
A No, I haven't recently.
Q Recently?
A Yes.
Q But between March 7th, 2025, and today, have you at any point had a chance to view the footage captured by your body-worn camera?
A Yes, I've seen it.
Q And does the video appear to accurately depict what you saw that evening?
A Yes.
Q Investigator Todd, did you encounter an individual by the name of Mr. Joseph Thompson in the 4600 block of Livingston Road, Southeast, on the evening of March 7th, 2025?
A Yes.
Q And before encountering Mr. Thompson, had you received any radio calls about him?
A No.
Q And to your knowledge, sir --
A I'm sorry.
You asked, "Did you receive any radio calls regarding Mr. Thompson?"
Q Yes.

A I received a transmission on the radio regarding him.

So to further answer your question, it wasn't a radio call from a citizen, but I got information from someone, another officer that I was working with.

Q And where were you when you heard or received that radio call?

A I was in the vehicle.

Q Okay.

But where in the city were you?

A I was in Southeast.

Q Were you in the -- was this prior to you arriving at the 4600 block of Livingston that you received that radio call?

A It was simultaneously.

So I was on South Dakota -- excuse me, South Capitol Street, turning on to Livingston Road.

Q And what was the subject matter of that radio call?

A Basically, it was a lookout for an individual that was later found to be Defendant Thompson.

Q And what was the lookout?

A I don't recall.

Q Well, you received a call for a lockout.

Did it say why this person was of interest?

A It was just stated that an individual just ran into the store; that the -- I can't think of the specific name of this location, the store, but it was an alcohol and liquor store that we just conducted a business check after that call had came out -- excuse me, the radio run from the other officer, the transmission from the other officer.

Q So just to be clear, the radio call that you got stated that someone had run -- someone ran into a liquor store?

A That he went into the liquor store, something to that effect, yes, sir.

Q He went in or he ran in?

A He went into the liquor store when he seen vehicles, police car vehicles, coming down the street.

Q So the call you got was that when this person was believed to have seen police cars coming down the street, this person walked into the liquor store?

A So it was a radio transmission from another officer that stated they observed the individual go into the store abruptly as they seen us coming down the street on Livingston Road.

Q And other than this person walking into the liquor store, did they say this person was doing anything else?

A No.

I just had to further clarify your statement

regarding a radio run, because we did use the radio before we encountered the defendant going down.

Q I appreciate that.

And just so the record is clear, the radio call was that someone had walked into a store once they believed that person had seen --

A The radio transmission did depict that, yes.

Q Now, you were not responding to the report of a man with a gun, correct?

A No, sir.

Q And did you at any point notice Mr. Thompson when you entered the 4600 block of Livingston Road, Southeast?

A No, I did not.

Q At no point did you observe him?

A I did not observe him before I entered into the 4600 block.

Q How about when you entered the 4600 block, did you at any point see him?

A I did not, but members did.

Q So you never saw him in the 4600 block of Livingston?

A It was -- before I encountered him?

Q Maybe my question is not clear.

A Yeah, it's not. I'm sorry.

Q Did you at any point, when you entered the 4600

block of Livingston Road, Southeast, see Mr. Thompson?
A I personally don't recall seeing him when I entered into the block. Members did.
Q So when was the first time you saw him?
A When Defendant Thompson exited the store.
Q And what block is the store located in?
A On the 4600 block of Livingston Road, Southeast.
Q Right.
So at some point while you were in the 4600 block of Livingston Road, Southeast, you saw Mr. Thompson?
A That is the proper question to ask.
Yes, I seen him at some point.
Q I believe that's what I asked, but I'll move on.
A I'm sorry, you didn't.
And I'm not being difficult at all, but that wasn't the question.
THE COURT: I think there's just a confusion about exactly when, but let's move forward.
BY MR. FALODUN:
Q When you first saw Mr. Thompson in the 4600 block of Livingston Road, Southeast, what was he doing?
A He was exiting the liquor store.
Q And when you saw Mr. Thompson exit the liquor store, did you observe him to be committing a crime?
A I observed the defendant exiting the store. He

had a black bag in his right hand. It seemed as though he was using his arm, his forearm, to close the unzipped jacket that he had, the black jacket that he had.

Q When you saw Mr. Thompson exiting the store, did you observe him committing a crime?

A Committing a crime, no.

Q Can you please describe what Mr. Thompson was wearing.

A He was wearing a black puffy coat, black pants, to my knowledge that I can recall.

Q Would you agree with me, sir, that puffy jackets add thickness and volume to the person wearing them?

MR. COLE: Objection, Your Honor; relevance.

THE COURT: It's overruled.

BY MR. FALODUN:

Q Would you agree with me that puffy jackets add thickness and volume to a person when it's being worn?

A Yes, it could add volume.

Q Would you agree with me, sir, that puffy jackets can obscure what is underneath them?

A Not all the time, no.

Q But sometimes wearing a puffy jacket, you would agree, can obscure what is underneath them?

A Sometimes, yes.

Q Did there come a time that you had to chase

Mr. Thompson?
A Yes.
Q At any point prior to chasing him, did you see a firearm on Mr. Thompson?
A I seen the rectangular object in his right front jacket pocket.
Q You saw a rectangular object?
A Yes.
Q Okay.
I'll go back to my question.
At any point before the chase, did you observe a firearm on Mr. Thompson?
A No, I did not observe a firearm.
Q At any point before chasing Mr. Thompson, did you see the handle of a gun?
A No, I did not.
Q At any point before chasing Mr. Thompson, did you see the barrel of a gun?
A No, I did not.
Q Did you see the trigger of a gun?
A No, I did not.
Q Now, you just testified or just stated a moment ago that you observed a rectangular object?
A Yes.
Q On what side of Mr. Thompson was that rectangular

object?

A On the right-hand side.

Q Could you identify what that rectangular object was?

A At some point in time, yes.

Q At the time that you first observed it, could you identify what it was?

A Oh. No.

Q And if this rectangular object had the frame or appeared to have a frame of a firearm, you would have said that, correct?

A I would have said that, yes.

Q But you didn't observe that, correct?

A I did not say that, no.

Q No. You did not observe that, correct?

A I observed a rectangular object in his front right pocket.

Q That did not appear to have a frame of a firearm, correct?

A It had heavy weight to it --

Q Do you understand my question?

A -- and I seen -- I understand your question clearly.

Q Because my question, Investigator Todd, is --

MR. COLE: Your Honor, may the witness be allowed

to answer the question?

MR. FALODUN: I apologize.

THE COURT: No, no, he's being -- it's appropriate.

Go ahead and ask your question.

BY MR. FALODUN:

Q The rectangular object that you have testified that you observed, it did not appear to have a frame of a firearm; isn't that correct?

A No, it did not.

Q Prior to the chase, did you touch Mr. Thompson's pocket?

A No, I did not.

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q Did you have an opportunity to measure the weight of Mr. Thompson's pocket prior to the chase?

A No, sir.

Q At any point, sir, did any other officer make a comment on Mr. Thompson's pocket?

A Yes.

Q And who was that?

A That I can recall, Investigator Guzman.

Q And do you recall what Investigator Guzman said?

A Not verbatim, no, sir.

Q What do you recall him saying?
A Something to the effect of just the investigator referencing his pocket and pointing at the same time.
Q And what inference did you take from what you heard Investigator Guzman say?
A He seen the same thing that I saw.
Q Which was what?
A That there was some heavy weight and a rectangular object inside of Defendant Thompson's right pocket.
Q Now, at some point, you made an attempt to stop Mr. Thompson, correct?
A Yes.
Q And when he -- did he stop?
A Willingly? No.
Q He kept on walking?
A He began to run.
Q Okay.
But prior to you or your officers attempting to make contact with him, did he run?
A No.
Q So he only ran after you and/or your fellow officers attempted to make contact with him, correct?
A From my understanding, contact was already being made before he even exited the store.
Q What do you mean by that?

A I just believe that the investigators went inside.
I don't know what they had seen inside the store, but I seen the defendant leaving the store.
And right after the defendant left the store, that's when Investigator Guzman came out of the store and began to make reference to the pocket of the defendant.
So I believe that they were talking inside of the store. I don't know what was being said.
Q Have you had a chance to view any other body-worn-camera footage other than yours in this case?
A No, sir.
Q And when Mr. Thompson ran, did you pursue him?
A Yes.
Q Did you attempt to catch up with him?
A Yes.
Q At some point, did you reach forward toward him?
A Yes.
Q And when you reached forward, did you make physical contact with him?
A I did, yes.
Q You made physical contact with his jacket, or where on his body did you make physical contact with him?
A That I can recall, it was his upper torso.
Q And what was your intent when you touched his upper torso?

A To conduct a stop on the defendant.
Q And at the time that you grabbed him or touched him, was he still moving forward?
A Yes.
Q And did Mr. Thompson come to an immediate stop after you touched him?
A No.
Q And at the time that you placed your hands on Mr. Thompson, did he have anything in his hand?
A I don't recall.
Q Did you see a firearm in Mr. Thompson's hands at the time that you touched him?
A No.
Q Did you at any point see a firearm in his hands?
A No.
Q You never saw a firearm in Mr. Thompson's hands?
A I did not see a firearm inside of the defendant's hands.
Q Of the officers that were chasing Mr. Thompson that day, who was closest to Mr. Thompson?
A It was me.
Q Did you at any point see Mr. Thompson toss a firearm?
A No.
But before I got closer to him, he began reaching

towards his right pocket.

Q So the answer to my question is, at no point did you see Mr. Thompson toss a firearm?

A To that question, no.

MR. FALODUN: The Court's indulgence.

BY MR. FALODUN:

Q After you made contact with him, what happened next?

A I recall us getting into a scuffle and then me taking the defendant to the ground, where he was then placed into handcuffs.

MR. FALODUN: I'm going to just -- Your Honor, I want to reference what's been marked and entered into evidence as Defense 3.

THE COURT: Okay.

BY MR. FALODUN:

Q Investigator Todd, we've already talked about your body-worn-camera footage.

I'm going to draw your attention to what's been marked as Defense 3.

(Video played)

BY MR. FALODUN:

Q Do you recognize what this is?

A Yes.

Q What do you recognize it to be?

A This is my BWC, my body-worn-camera footage.

Q So while having had the opportunity to meet with you and to review this, if at any point anything appears to be altered, please let me know, okay?

A Okay.

Q When did you first observe this rectangular object, was it before Mr. Thompson entered the store or when he exited the store?

A When he exited the store.

Q And what part of his body was this rectangular object, was it on his left side or right side?

A Right side.

Q And when you first observed -- well, let me play the video.

(Video played)

BY MR. FALODUN:

Q I'm going to stop at 1:56 of Defense 3.

Investigator Todd, do you see Mr. Thompson on the screen?

A Yes.

Q Could you just -- where exactly is he?

A So you have four people on the screen right now, you have a female and then you have three males.

There is a male all the way to the left that is closest to the South Capitol Liquors.

Then you have another individual that's in the middle that has a black bag inside of his right hand. That's directly under a blue sign that says Caesars Sportsbook.

And then you have another male to the right of him.

I am referencing the defendant, or identifying the defendant as the one -- the individual that's in the middle directly underneath of Caesars Sportsbook.

Q He's a person who appears to be wearing black and white tennis shoes?

A Yes, sir.

Q And at this point, had you observed the rectangular object that you have spoken of?

A It's somewhere during that time, yes.

Q So at this point, you had already identified or observed the rectangular object?

A You could see it after the jacket just opens up just a little bit from the inside.

Q Let me do this. I'm going to press -- back up a little bit.

Now, Mr. Thompson is no longer on the screen; is that fair to say?

A That's fair.

Q I'm going to press play and he's going to exit the

store. And when you get to the point where you identify this rectangular object, please tell me to stop.

A Okay.

(Video played)

BY MR. FALODUN:

Q Now, we hear you say, "There's something in his right pocket"?

A Yes.

Q Is that when you identified this rectangular object?

A No, sir.

Q Was it before or was it after?

A It's before.

Q But I told you to tell me --

A I understand.

I just wanted video to play.

Q Let me back up.

A I'm sorry.

It's been a long time since I've seen this video.

As you said, you did not meet with me before today's proceeding to view this video.

This is my first time viewing this video in some time.

I have not seen this video.

Q I understand.

A And you stated first that you would allow the whole video to play.

You're showing me segments, and I haven't had the opportunity to look at the video.

I'm sorry.

Q That's fine, sir.

I'm going to back up to where he exits the store.

A Okay.

Q You let us know and let me know when to stop at the point where you identified the rectangular object.

A Yes, sir.

Q Is that fair?

A Yes.

MR. FALODUN: Okay.

(Video played)

BY MR. FALODUN:

Q So we would both agree that at 1 minute and 54 seconds, Mr. Thompson is not on the screen; is that right?

A At 1 minute and 54 seconds?

Q What you're looking at right now, Mr. Thompson is not on the screen?

A Okay.

At the bottom of the screen, yes, he's not on the screen.

Q Okay.

I'm going to press play.

When you observe -- or when we get to the point where you identify this rectangular object, please tell me to stop.

A Okay.

(Video played)

THE WITNESS: Stop.

And it's back a little bit.

BY MR. FALODUN:

Q Should I go back even further?

A Yes.

Q Go back further?

A Yes.

Q Go back further?

A And play here.

(Video played)

THE WITNESS: Do you have the ability to slow it down?

MR. FALODUN: Sure.

THE WITNESS: Even if you slow it down, you could see a rectangular object inside of his right pocket there.

BY MR. FALODUN:

Q All I need you to do, sir, is tell me when you observe this rectangular object.

Do you want me to slow it down?
A If you need to slow it down.
I can recall what my eyes seen in real-time.
But at this time, right here is a great point where you could stop the video.
Q Okay.
I'm not -- do you want me to slow the video down or not?
A If you can slow the video down, that would be great.
Q Okay. I'll do that.
A But I'm telling you also that at this moment is when I'm observing the rectangular object in the right front jacket pocket.
(Video played)
THE WITNESS: Stop.
BY MR. FALODUN:
Q That's when you observed the rectangular object?
A Yes, sir.
Q Where is it?
A It's on his front right jacket pocket.
Q It's your testimony that you can see his front -- right front pocket from this vantage point?
A It was weighted heavy, yes, sir.
Q My question to you is, sir, is not whether or not

it was weighted heavy.

My question is, from this vantage point, is it your testimony that you can actually see Mr. Thompson's front right pocket?

A Yes, sir.

Q And from this vantage point, you can see a rectangular object in his front right pocket?

A Yes, sir.

MR. FALODUN: Your Honor, at this point, I'm going to move forward.

I have three more questions, Your Honor.

THE COURT: Okay.

MR. FALODUN: I'm going to press play, Investigator Todd.

(Video played)

BY MR. FALODUN:

Q I'm going to stop at 2 minutes and 10 seconds.

Do you see what's on the screen, sir?

A Yes.

Q At this point, you are grabbing onto Mr. Thompson's jacket; isn't that correct?

A Yes.

MR. FALODUN: Now, I need you to pay attention to the sound. I'm going to back up.

And at some point -- well, I don't want to

testify, but at some point -- well, let me just play it back because I don't want -- let me do this this way.

I apologize, Your Honor.

(Video played)

BY MR. FALODUN:

Q So we agree that at 2 minutes and 10 seconds, you've testified that you're grabbing onto his jacket; is that right?

A Yes, I'm grabbing onto his jacket.

Q Okay.

Do you hear something, a metallic sound, like it's skidding against the floor, after you grabbed onto his jacket?

A Not from this video standpoint, but I recall hearing a loud clank.

Q After you grabbed his jacket?

A After I grabbed his jacket.

MR. FALODUN: Nothing further.

THE WITNESS: Now that I'm looking at the video.

MR. FALODUN: Thank you, Your Honor.

THE COURT: I'm sorry, can I just get clarification?

Your testimony is that you heard the metallic sound after you grabbed the jacket?

THE WITNESS: From this video that I just

observed, yes.

THE COURT: Okay.

- - -

CROSS-EXAMINATION

BY MR. COLE:

Q Officer Todd, I just want to ask a couple of questions.

The government made a clip and I'm going to show you Government's Exhibit 1B.

A Okay.

Q And it's enhanced with circles and a yellow circle and a red circle.

And I want you to focus in on the yellow and red circle. That would be B.

A Okay.

Q And just looking, you recognize this to be a body-worn camera of one of your brother or sister officers, correct?

A Correct.

MR. COLE: All right.

Go ahead, please. Thank you.

(Video played)

MR. COLE: Stop it right there, please.

BY MR. COLE:

Q Do you recognize the voice of the officer whose body-worn camera we're looking at?

A Yes.

Q And that's who?

A Investigator Guzman.

Q And there's some person circled in yellow; is that right?

A Yes.

Q You recognize that person?

A Yes.

Q And who's that?

A The defendant.

MR. COLE: All right.

Continue to play, please.

(Video played continuously)

MR. COLE: Can you stop right there.

BY MR. COLE:

Q When the defendant is coming out of the store, do you see in Officer Guzman's body-worn camera the heavy weighted object you talked about?

MR. FALODUN: Objection, Your Honor.

MR. COLE: This is cross-examination, Your Honor.

THE COURT: You know, it's not cross-examination for you but...

MR. COLE: Well, he's not my witness, Your Honor.

THE COURT: I know. But you don't get to cross somebody who's associated with the government.

MR. COLE: Okay.

When I say "cross," Your Honor, to the extent he's not my witness so, therefore --

THE COURT: You can question him, but you cannot cross him.

MR. COLE: Okay.

I'm sorry, when I said "cross," I was mistaken, but leading at this particular point since he's not my witness, I think --

THE COURT: You cannot lead him. No, it's not permitted.

MR. COLE: Okay.

BY MR. COLE:

Q Officer Todd --

A Yes.

Q -- as the defendant is leaving the store, do you see anything of any significance regarding his jacket?

A It appears that something is in his right jacket pocket.

MR. COLE: Okay.

Go ahead, please. Thank you.

(Video played)

MR. COLE: Can you just stop it there, please.

BY MR. COLE:

Q Do you see an officer to the right?

A Yes.

Q Who's that?

A That is me.

Q Do you see someone in yellow?

A Yes.

Q Who is that?

A That is the defendant.

Q Do you see something in red?

A Yes.

Q Do you know, looking at this, and I'll play it further, what that object in red is?

A That appears to be a firearm.

Q Was the firearm discarded -- did you see how the firearm got to the sidewalk?

A I personally did not see how it got to the sidewalk just now.

MR. COLE: You can continue. Thank you.

(Video played)

BY MR. COLE:

Q Do you know who made the statement, "I seen the right side of the pocket extra heavy"?

A Yes. That was me.
Q That was in relationship to what?
A The defendant -- what I observed that the defendant had during the time -- before the stop.
Q And based on what you just said in this particular video, and that's about 17 -- I'm at the top right, 17:47:29, that heavily weighted object, did you know what that was at that time?
A At that time, no, I did not.
Q When you made the statement?
A Oh, this statement.
When I made this statement, yes.
I'm sorry.
Q And that was what?
A That was a firearm.
Q And did you know where that firearm came from?
A I believe that it came from the person.
MR. FALODUN: Objection.
THE COURT: That's sustained.
MR. COLE: You can only tell us what you know.
THE COURT: He's already testified he doesn't know -- he didn't see it.
THE WITNESS: I didn't see it tossed.
BY MR. COLE:
Q Was the defendant stopped, fully stopped when you

first encountered him? Did he submit to that stop?

A No, he did not.

Q Did you ever have to re-engage to try to stop him?

A Yes.

Q Tell us about that.

A Well, again, when I began chasing after the defendant and I was reaching for the defendant, I already seen that he was reaching towards his right front jacket pocket.

And I couldn't see what he removed from his pocket or anything.

Q Right.

A I just seen him running and reaching for his right front pocket with his right hand, not his left hand, his right hand.

Q What is the significance, if anything, of "1-800" to you?

A That is the presence -- that's the pre-determined code word for presence of a firearm.

Q I'm going to play for you just a couple of seconds of Government's Exhibit Number 4, I believe it's 10 seconds, and see if you can hear that and what's the significance in this particular clip.

A Okay.

(Video played)

BY MR. COLE:

Q At the first time you heard -- did you hear "1-800"?

A Did I hear it then?

No, I don't recall hearing it on that scene.

Q Not at the scene.

A On this tape?

Q On the tape, the body-worn camera.

A Yes, I can hear it on the tape.

Q How many times do you think you hear it?

A I hear it twice.

Q Can we just play it one more time because I want to ask you a specific question about that.

A Okay.

(Video played)

MR. COLE: Right there. Stop.

BY MR. COLE:

Q Did you hear "1-800"?

A Yes.

Q At the time you hear "1-800," what did that mean to you?

A That the person that belongs -- this BWC that belongs -- that's attached to the person --

Q Yes.

A -- they observed their firearm.

Q And at this time, had you physically stopped the defendant?

A No, I did not physically stop the defendant.

MR. COLE: You can continue, please.

Thank you, Ms. Lee.

(Video played)

BY MR. COLE:

Q Counsel asked you on direct examination whether or not you heard any object skirt along the sidewalk or the road.

Do you remember that?

A Yes.

Q In this particular video, do you hear something --

A Yes, you can.

Q -- that might be significant?

A Yes, you can.

Q And what do you hear?

A You can hear a metal object striking the ground.

And you can hear a metal object sliding against the ground as well.

Q And did you see an officer pick it up as well?

A Yes.

Well, pick it up in this video?

Q Yes.

A No, did not pick it up in this video.

Q But at some point, an officer picked it up; is that right?
A At some point, an officer did pick it up.
Q On that issue, the skirting, I want to just play -- it's 10 seconds, play it one last time, and just tell me to stop when you hear the metal object skirting along this sidewalk.
A Okay.
(Video played)
THE WITNESS: Stop.
BY MR. COLE:
Q And that's on or about 17:46:50?
A Probably 2 milliseconds before that. So fully --
Q A second or so before that?
A Yeah.
Q And you were able to hear that; is that correct?
A Yes, sir.
MR. COLE: I believe that's all I have, Your Honor.
THE COURT: All right.
Any redirect?
MR. FALODUN: Just a few questions.

- - -

REDIRECT EXAMINATION

BY MR. FALODUN:

Q Investigator Todd, when you were chasing after Mr. Thompson, did you believe that he had a firearm or you believed that that square object or rectangular object was a firearm?

A Yes.

Q So as you were chasing after him -- and you believed that it was in his right pocket, correct?

A Right.

Q So as you were chasing him, is it fair to say that you were not just focused on him but focused on what was going on with that right pocket?

A Yes.

Q And you already testified that you were the first officer to touch him or make contact with him, correct?

A I was the first officer to make contact with him, yes.

Touch him. Touch him.

Q Right.

And it's your testimony that you could not see what was removed from the right pocket?

A That's correct.

Q So when -- at the point that you touched him,

you could not tell what, if anything, had come out of his right pocket?

A No, I could not.

Q And there was a line of questioning from Mr. Cole about the phrase "1-800."

And I believe your testimony was something, I'm just paraphrasing now, that 1-800, I believe you said that a person whose body-worn-camera footage that belonged to had observed the firearm, correct?

A That's correct.

Q And is it fair to say that that phrase was uttered immediately after Mr. Thompson started running and before we heard that metallic object skirting across the asphalt?

A From the video, I heard it directly after.

Q After what?

A After -- while I was running after the defendant, I could hear 1-800 being called.

Q And this was -- was this before we heard the metallic object striking the floor?

A Could you replay the video for me --

Q Sure.

A -- that angle.

(Video played)

BY MR. FALODUN:

Q You hear what the person says, "1-800"?

A Yes.
Q At that point, had Mr. Thompson tossed anything?
A Before that point, no, I didn't observe or hear anything being tossed.
Q And just to be clear, you never actually saw him toss anything, correct?
A Not in this angle, no.
Q Not just in this angle but at any point --
A At any point, no.
Q -- you never saw him toss anything?
A At any point, no.
Q And you were the closest to him?
A I was the closest to him.
MR. FALODUN: Thank you, sir. Nothing further.
THE COURT: All right.
All right.
THE WITNESS: I'm sorry, Judge, but that's why I answered the questions the way I answered them.
THE COURT: No, no, your testimony has been helpful. Thank you very much. You may step down. Enjoy the rest of your day.
MR. FALODUN: The Court's brief indigence.
(Defense counsel conferred with the defendant off the record.)
MR. FALODUN: At this point, Your Honor,

the defense rests.

THE COURT: All right. Very good.

Mr. Cole, do you have any anything in rebuttal you wish to introduce?

MR. COLE: In rebuttal, Your Honor?

I respectfully do not.

THE COURT: Okay.

MR. COLE: We will rest on that.

THE COURT: All right.

How do you all propose to proceed from here?

Mr. Falodun, do you want to supplement the briefs or are you content with what the briefing is at this point?

MR. COLE: Your Honor -- oh, I'm sorry, were you talking to me?

THE COURT: I was turning to him because I --

MR. COLE: Oh, I'm sorry.

I'll sit.

MR. FALODUN: I would propose -- I'm sorry, I'm so used to Superior Court.

THE COURT: It's all right. You can stand there. There's a microphone right there, too. That's fine.

MR. FALODUN: Okay.

I would propose supplemental briefs, Your Honor.

THE COURT: I'm sorry?

MR. FALODUN: I would propose to file a

supplemental brief.

THE COURT: Okay.

How long do you want?

MR. FALODUN: Can I confer with Mr. Cole?

THE COURT: Sure.

(Counsel conferred off the record.)

MR. FALODUN: Your Honor, respectfully, can I have ten days?

THE COURT: Sure.

All right. So that puts us --

MR. COLE: Your Honor, can I be heard?

THE COURT: About?

MR. COLE: I have a -- I want to put something on the record regarding counsel's request for ten days.

THE COURT: Okay.

MR. COLE: When counsel said "ten days," that's fine, Your Honor, I don't have an issue with that; however, this was a one-witness case on both sides, and it's been briefed, I believe, substantially, by the government with photographs and body-worn-camera video. So I wanted to put a respectful objection at this time.

THE COURT: Okay.

That's respectfully denied.

So how about -- the 16th work for you?

MR. FALODUN: Yes, Your Honor.

THE COURT: All right.

So the 16th for an opposition -- or a supplemental brief.

You want to file something, Mr. Cole?

MR. COLE: Oh. Yes, Your Honor.

THE COURT: Notwithstanding the government's exhaustive briefing of this?

MR. COLE: That's -- yes, Your Honor.

I want the opportunity to supplement if needed.

And we will get a copy of the transcript as well.

THE COURT: All right.

So why don't both sides file something supplemental to your briefs by the 16th and then we'll have a look and go from there, okay?

MR. COLE: Your Honor, can I ask how long?

We'll work it out.

THE COURT: Thanks, everybody.

(Proceedings concluded at 3:56 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__March 12, 2026______ ______________________________

William P. Zaremba, RMR, CRR

**BY MR. COLE: [44]** 15/8 22/7 23/24 26/16 28/11 29/2 30/6 30/11 30/25 31/17 31/23 32/6 32/20 35/4 35/10 36/5 37/5 37/25 38/21 39/18 40/1 40/15 40/19 43/12 80/3 80/19 81/2 82/7 82/15 84/1 84/25 85/17 86/7 111/5 111/24 112/18 113/16 114/3 114/23 115/24 117/1 117/17 118/7 119/11
**BY MR. FALODUN: [55]** 45/3 49/4 49/20 50/3 50/14 51/8 51/20 53/10 55/7 56/4 56/17 60/8 63/18 64/5 64/13 65/11 66/7 66/19 67/3 67/14 68/4 68/10 68/17 69/5 71/1 71/9 72/2 72/13 73/5 73/22 74/4 74/8 74/16 75/23 76/10 76/24 77/9 88/18 94/19 95/15 98/6 98/15 102/6 102/16 102/22 103/16 105/5 106/16 107/10 107/23 108/17 109/16 110/5 120/3 121/24
**COURT REPORTER: [1]** 23/22
**COURTROOM DEPUTY: [6]** 4/2 13/18 13/20 71/13 88/7 88/10
**MR. COLE: [74]** 4/9 11/3 11/5 11/15 12/6 12/9 13/7 13/17 13/23 14/17 14/19 14/23 15/3 22/6 28/25 29/21 34/25 35/3 35/8 36/3 37/3 37/15 43/7 43/11 44/10 44/13 49/18 51/4 51/11 51/18 60/3 67/11 71/20 72/1 78/20 80/25 82/6 82/14 83/25 85/14 86/3 86/12 86/21 87/16 87/21 87/23 95/13 97/25 111/20 111/23 112/14 112/17 112/23 113/1 113/4 113/9 113/15 113/24 114/2 114/21 115/20 117/16 118/4 119/18 123/5 123/8 123/13 123/16 124/11 124/13 124/16 125/5 125/8 125/15
**MR. FALODUN: [118]** 4/14 5/7 5/13 5/20 6/1 6/5 6/8 6/11 6/15 6/18 6/25 7/21 8/11 8/20 8/23 9/7 9/16 9/24 10/4 10/9 10/21 11/7 11/9 11/12 12/13 12/16 12/22 13/4 14/11 22/2 26/8 26/11 29/23 30/23 31/14 32/4 32/16 39/24 40/13 43/5 44/7 44/19 48/24 50/2 50/13 51/14 54/23 54/25 56/1 56/3 56/16 60/7 63/3 63/7 63/11 63/15 63/17 64/1 64/9 66/4 66/16 67/12 68/3 68/7 68/15 69/3 70/22 71/6 71/15 71/24 72/11 72/21 72/23 73/12 73/20 74/3 74/11 74/15 75/21 76/7 78/14 78/21 79/1 80/17 82/1 82/11 83/21 84/21 85/9 85/11 87/4 87/7 87/11 88/4 88/13 98/2 98/14 102/5 102/12 106/14 107/20 109/9 109/13 109/23 110/18 110/20 112/22 115/18 119/22 122/14 122/22 122/25 123/18 123/22 123/25 124/4 124/7 124/25
**THE COURT: [135]**
**THE WITNESS: [26]** 13/22 30/3 32/5 32/19 34/22 39/17 51/6 53/6 55/4 65/10 68/9 70/24 82/5 84/24 85/15 86/17 88/12 107/8 107/18 107/21 108/16 110/19 110/25 115/23 119/10 122/17

**1**

**1-800 [27]** 35/15 35/18 38/19 38/24 39/13 40/11 41/2 67/6 67/16 67/20 67/23 68/5 76/11 76/21 77/17 77/23 78/3 78/6 85/5 116/16 117/3 117/18 117/20 121/5 121/7 121/17 121/25
**10 [5]** 72/23 109/17 110/6 116/21 119/5
**12 [7]** 17/12 20/20 50/20 50/22 50/23 51/16 126/7
**16th [3]** 124/24 125/2 125/13
**17 [1]** 115/6
**17:46:50 [1]** 119/12
**17:47:29 [1]** 115/7
**1:41 [1]** 1/6
**1:56 [1]** 103/17
**1A [6]** 14/1 14/21 15/1 33/15 33/17 35/25
**1B [4]** 14/1 33/16 35/25 111/9
**1D [1]** 16/21
**1st [1]** 12/19

**2**

**20 [1]** 39/12
**20001 [1]** 2/5
**202 [2]** 1/15 2/5
**2024 [1]** 21/14
**2025 [11]** 18/3 21/8 21/14 22/20 46/6 49/21 50/16 80/21 89/10 90/6 90/16
**2026 [2]** 1/5 126/7
**20530 [1]** 1/15
**21 [7]** 15/21 20/18 43/23 45/17 45/20 45/23 52/16
**21045 [2]** 1/19 1/19
**25-72 [2]** 1/4 4/5
**252-7692 [1]** 1/15
**289-7737 [1]** 1/20
**2900 [1]** 1/18
**2:20 [1]** 76/8
**2:54 [1]** 68/18
**2:55 [2]** 69/4 69/11

**3**

**301 [1]** 1/20
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5
**37 [3]** 20/10 50/9 50/16
**3:56 [1]** 125/18
**3rd [1]** 12/20

**4**

**4600 [21]** 18/11 19/22 22/15 23/2 25/7 80/14 81/3 82/9 89/13 89/18 89/21 90/14 91/13 93/12 93/16 93/17 93/20 93/25 94/7 94/9 94/20
**4665 [1]** 18/25
**4675 [1]** 19/9
**46th [1]** 22/14
**47 [1]** 66/5
**4700 [1]** 18/22

**5**

**54 [1]** 106/20
**54 seconds [1]** 106/18
**555 [1]** 1/14
**57 [1]** 64/4
**5:00 [1]** 18/4
**5:45 [2]** 18/4 22/20
**5:45 p.m [1]** 89/15

**7**

**708 [6]** 16/25 17/3 18/9 18/12 21/13 80/21
**72 [2]** 1/4 4/5
**7600 [1]** 22/13
**7692 [1]** 1/15
**7737 [1]** 1/20
**7th [4]** 89/10 89/22 90/6 90/15

**8**

**800 [27]** 35/15 35/18 38/19 38/24 39/13 40/11 41/2 67/6 67/16 67/20 67/23 68/5 76/11 76/21 77/17 77/23 78/3 78/6 85/5 116/16 117/3 117/18 117/20 121/5 121/7 121/17 121/25
**8850 [1]** 1/18

**A**

**abandonment [1]** 11/22
**ability [1]** 107/18
**able [19]** 20/9 27/20 30/1 33/9 51/23 52/1 54/19 55/2 59/25 60/10 65/2 65/6 65/12 65/21 66/1 70/3 70/5 70/12 119/16
**about [53]** 5/16 7/5 8/17 15/20 15/21 16/10 18/19 18/22 19/16 19/22 20/3 21/11 22/20 24/4 26/17 27/22 31/4 32/10 39/23 43/9 45/12 46/5 46/10 50/24 53/2 53/21 55/6 67/5 67/7 67/10 67/15 70/8 70/14 80/6 81/14 81/16 81/22 82/22 83/16 84/11 88/2 90/19 93/17 94/17 102/17 112/21 115/6 116/5 117/13 119/12 121/5 124/12 124/24
**above [1]** 126/4
**above-titled [1]**

**A**

**above-titled... [1]** 126/4
**abruptly [1]** 92/20
**according [1]** 8/2
**accurate [7]** 28/8 29/10 30/20 41/18 41/23 49/15 72/9
**accurately [3]** 47/15 48/4 90/10
**acknowledged [1]** 12/20
**across [5]** 16/20 17/6 40/23 77/1 121/13
**acted [1]** 8/15
**activated [4]** 46/15 47/6 47/22 89/24
**activity [3]** 18/19 20/3 32/10
**actual [1]** 43/3
**actually [15]** 6/21 32/4 39/8 46/3 58/18 60/14 60/17 64/3 74/17 75/8 75/18 78/16 85/11 109/3 122/5
**add [3]** 95/12 95/16 95/18
**additional [1]** 86/19
**admission [1]** 86/23
**admit [1]** 71/14
**admitted [5]** 3/4 3/17 71/17 74/13 78/24
**advise [5]** 56/22 58/10 58/13 60/14 60/16
**advised [1]** 60/9
**after [35]** 9/14 9/21 18/4 25/24 26/1 26/3 26/6 26/23 27/15 37/7 37/12 46/7 58/4 62/14 62/21 86/10 92/4 99/21 100/4 101/6 102/7 104/18 105/12 110/12 110/16 110/17 110/24 116/6 120/4 120/9 121/12 121/14 121/15 121/16 121/16
**afternoon [9]** 4/9 4/14 4/18 4/19 45/4 45/5 88/12 88/19 88/20
**again [10]** 5/9 10/6 14/15 24/18 31/16 39/11 52/20 68/9 81/13 116/6
**against [3]** 58/25 110/12 118/19
**ago [1]** 96/23
**agree [7]** 61/9 95/11 95/16 95/19 95/23 106/17 110/6
**ahead [12]** 13/16 14/13 26/15 40/18 51/19 69/1 82/4 85/14 87/15 98/5 111/21 113/25
**aided [1]** 2/7
**air [1]** 32/19
**alcohol [1]** 92/3
**all [62]** 4/2 4/17 8/1 8/19 10/7 10/11 10/19 10/19 11/1 14/2 14/6 14/9 14/13 14/14 15/10 18/1 18/1 19/12 24/10 26/9 28/5 28/14 28/23 29/24 34/6 34/8 37/3 38/16 42/21 43/16 51/23 57/6 57/9 65/8 71/17 73/15 73/19 78/18 82/14 85/24 86/14 86/18 87/2 87/15 88/5 94/15 95/21 103/24 107/24 111/20 112/14 119/18 119/20 122/15 122/16 123/2 123/9 123/10 123/20 124/10 125/1 125/11
**All right [3]** 4/17 10/11 82/14
**allegedly [1]** 77/19
**allow [1]** 106/1
**allowed [3]** 59/20 59/22 97/25
**along [3]** 4/11 118/9 119/7
**already [13]** 12/2 28/4 46/13 55/8 57/15 77/16 81/10 99/23 102/17 104/16 115/21 116/7 120/16
**also [7]** 11/22 27/14 55/13 55/23 75/25 78/24 108/12
**altered [1]** 103/4
**always [2]** 4/12 87/11
**am [5]** 4/10 19/14 27/11 89/1 104/7
**AMERICA [2]** 1/3 4/5
**AMIT [2]** 1/10 4/3
**Amit P [1]** 4/3
**amount [2]** 80/10 81/17
**Anacostia [2]** 16/20 17/6
**angle [5]** 30/7 30/17 121/22 122/7 122/8
**another [9]** 30/7 36/20 64/21 66/20 68/7 91/5 92/18 104/1 104/5
**answer [8]** 32/18 52/1 54/23 82/2 84/23 91/3 98/1 102/2
**answered [4]** 40/14 40/18 122/18 122/18
**any [59]** 5/16 7/13 7/23 8/5 10/2 12/7 14/9 18/15 20/6 20/13 20/15 20/25 34/19 36/19 36/20 38/13 38/23 40/24 41/3 44/14 47/1 47/8 49/12 56/21 58/10 58/13 60/13 60/16 62/8 76/20 82/17 86/10 86/11 86/19 87/2 89/17 90/7 90/19 90/23 93/11 93/18 93/25 96/3 96/11 96/14 96/17 98/19 98/19 100/9 101/14 101/22 103/3 113/20 118/9 119/21 122/8 122/9 122/11 123/3
**anymore [1]** 19/2
**anyone [6]** 30/22 42/2 56/22 61/18 61/21 62/2
**anything [20]** 4/24 7/16 10/8 27/24 40/20 83/13 83/15 87/20 92/23 101/9 103/3 113/20 116/11 116/16 121/1 122/2 122/4 122/6 122/10 123/3
**apologize [2]** 98/2 110/3
**appear [4]** 49/9 90/10 97/18 98/8
**appearance [1]** 4/8
**APPEARANCES [2]** 1/12 2/1
**appeared [3]** 7/2 72/9 97/10
**appears [16]** 42/13 64/14 64/15 64/19 65/3 65/6 66/11 66/20 66/22 68/25 69/2 72/18 103/3 104/10 113/22 114/16
**appreciate [1]** 93/3
**appreciates [1]** 24/2
**approach [6]** 4/7 49/2 56/1 56/16 73/13 73/20
**appropriate [1]** 98/4
**approximately [7]** 16/6 17/10 21/9 21/10 21/18 23/14 89/9
**are [41]** 4/4 7/13 11/13 11/19 12/23 14/2 15/17 16/2 17/13 17/21 18/18 23/1 24/20 24/23 27/8 32/9 32/22 33/5 33/6 33/11 33/22 34/2 37/21 40/2 44/1 45/6 45/8 47/5 52/12 52/13 52/13 59/20 59/22 65/12 70/5 81/10 83/3 85/19 89/3 109/20 123/12
**area [48]** 16/25 17/3 18/9 18/9 18/12 18/16 18/19 19/7 19/15 19/17 19/20 19/23 20/3 20/11 21/13 21/17 22/23 27/23 32/13 32/15 32/23 36/20 36/20 50/5 50/9 50/16 51/24 51/25 51/25 52/2 52/3 52/4 52/7 52/10 53/4 53/6 53/16 80/7 80/9 80/10 80/15 80/22 81/3 81/17 81/21 82/9 82/10 89/13
**areas [7]** 16/3 52/7 52/11 52/13 52/13 80/12 81/22
**areas' [1]** 52/12
**arm [4]** 58/25 70/18 74/1 95/2
**arms [1]** 70/12
**around [5]** 17/12 18/11 21/12 81/3 89/14
**arrest [1]** 32/22
**arrested [1]** 37/13
**arrive [1]** 23/5
**arrived [3]** 6/12 23/8 55/10
**arriving [1]** 91/12
**article [1]** 29/17
**articulable [6]** 7/20 7/24 8/12 9/3 9/9 9/18
**as [69]** 4/12 5/4 5/16 7/4 7/5 7/15 10/16 16/1 16/18 16/21 17/7 17/11 18/18 20/1 20/5 21/15 21/17 21/18 21/19 22/10 22/10 24/11 25/4 25/7 27/3 27/12 27/15 27/21 27/21 31/2 31/5 31/5 32/13 37/18 42/3 42/3 45/23 46/1 48/24 49/5 50/5 52/14 53/25 55/13 56/5 58/25 63/8 63/14 71/11 75/22 80/15 81/21 83/6 83/8 83/11 88/22 89/3 92/20 95/1 102/14 102/20 104/8 105/20 113/19 118/20

**A**

**as... [4]** 118/21 120/9 120/12 125/10
**as a [1]** 17/11
**ask [20]** 6/23 13/14 14/5 30/1 34/9 38/23 39/7 40/4 53/11 57/18 57/20 73/1 80/4 81/13 83/22 94/11 98/5 111/6 117/13 125/15
**asked [17]** 24/4 31/4 40/13 45/12 61/17 67/5 67/9 67/15 80/6 81/8 81/14 81/16 82/22 83/16 90/23 94/13 118/8
**asking [4]** 34/6 34/8 43/9 67/7
**asphalt [2]** 77/1 121/13
**assault [1]** 80/11
**assaults [4]** 20/14 20/18 52/16 52/21
**assigned [7]** 16/19 16/21 16/24 17/13 80/20 89/6 89/10
**assignment [2]** 19/15 89/5
**assisted [4]** 21/8 21/16 21/19 21/21
**associated [1]** 113/3
**assume [3]** 87/22 88/1 88/2
**assuming [1]** 63/25
**attached [1]** 117/23
**attempt [2]** 99/10 100/14
**attempted [4]** 58/25 59/11 62/18 99/22
**attempting [1]** 99/18
**attention [7]** 22/20 26/4 33/4 38/18 56/9 102/19 109/23
**ATTORNEY'S [1]** 1/13
**authority [2]** 7/13 8/5
**Avenue [1]** 2/4
**average [5]** 46/1 46/4 50/25 52/20 52/23
**averaged [1]** 52/10
**Avoid [1]** 22/5
**aware [7]** 7/13 19/12 19/23 21/3 22/17 33/5 47/5
**away [5]** 8/18 8/23 59/14 59/18 59/20

**B**

**back [20]** 8/4 32/7 33/22 33/25 65/14 65/15 65/16 66/23 68/3 69/12 96/10 104/20 105/17 106/7 107/9 107/11 107/13 107/15 109/24 110/1
**bag [8]** 58/22 72/19 83/17 83/19 83/24 84/2 95/1 104/2
**barbershop [1]** 23/4
**barrel [2]** 54/9 96/18
**Barrett [1]** 2/4
**baseball [1]** 64/20
**based [16]** 7/21 9/2 9/7 9/10 20/5 20/25 31/18 32/14 44/15 46/9 81/23 82/8 82/20 85/2 86/3 115/5
**basically [3]** 17/5 56/20 91/20
**basis [2]** 26/10 85/10
**battery [1]** 61/15
**be [71]** 7/2 8/10 8/18 13/6 13/10 13/20 16/15 17/13 20/15 20/15 21/11 21/20 21/25 22/1 26/18 32/3 34/19 35/6 37/1 37/22 41/8 42/7 42/18 49/9 50/24 51/9 51/23 51/25 51/25 52/1 52/2 52/6 58/14 61/6 61/9 61/11 61/13 61/15 64/14 64/15 64/20 65/3 66/11 66/22 69/1 69/22 70/12 70/24 72/9 80/5 81/1 82/19 82/20 85/18 85/21 86/5 88/10 91/21 92/7 94/24 97/25 102/25 103/4 104/10 108/9 111/14 111/16 114/16 118/15 122/5 124/11
**bear [1]** 82/18
**became [2]** 5/22 5/24
**because [15]** 7/9 51/6 57/1 65/22 65/24 65/25 70/1 81/6 87/20 87/21 93/1 97/24 110/2 117/12 123/15
**been [26]** 6/16 9/20 12/20 15/20 16/5 16/19 19/17 19/19 28/3 31/11 37/18 41/10 45/17 49/5 50/20 50/23 51/16 56/5 67/24 87/11 89/7 102/13 102/19 105/19 122/19 124/18
**before [52]** 1/10 4/22 9/4 9/7 9/22 9/24 12/13 13/23 25/24 37/7 37/9 53/18 54/2 54/5 54/8 55/1 61/17 61/25 62/3 62/5 65/13 67/4 67/21 68/12 74/23 75/8 75/11 75/14 75/16 76/17 77/15 77/19 86/10 90/18 93/1 93/15 93/22 96/11 96/14 96/17 99/24 101/25 103/7 105/12 105/13 105/20 115/4 119/13 119/14 121/12 121/18 122/3
**beg [1]** 63/4
**began [8]** 5/4 6/3 54/8 59/17 99/16 100/6 101/25 116/6
**begin [1]** 7/18
**beginning [1]** 63/19
**begins [1]** 9/13
**behalf [1]** 4/15
**behind [6]** 57/25 58/1 58/3 64/21 64/23 64/24
**being [13]** 16/7 31/5 46/24 53/24 76/20 88/2 94/15 95/17 98/3 99/23 100/8 121/17 122/4
**believe [34]** 4/23 5/1 7/23 14/4 19/2 23/3 23/21 24/6 24/12 28/17 45/12 46/9 46/13 47/7 50/19 52/15 58/20 59/19 60/19 62/11 63/8 76/14 86/8 86/24 94/13 100/1 100/7 115/17 116/21 119/18 120/5 121/6 121/7 124/19
**believed [8]** 25/14 28/2 60/17 62/13 92/16 93/5 120/6 120/10
**believes [1]** 61/6
**belonged [1]** 121/8
**belongs [2]** 117/22 117/23
**best [2]** 49/16 49/17
**better [5]** 5/1 73/16 73/19 73/23 74/5
**between [2]** 21/11 90/6
**bit [8]** 15/12 23/23 40/23 64/2 65/13 104/19 104/21 107/9
**black [10]** 58/22 72/19 83/17 84/2 95/1 95/3 95/9 95/9 104/2 104/10
**block [35]** 18/11 18/22 19/22 22/13 22/13 22/15 23/2 23/2 23/5 25/7 25/7 25/18 32/9 53/7 53/7 55/10 55/13 80/14 81/3 82/9 89/13 89/18 89/21 90/14 91/13 93/12 93/16 93/17 93/20 94/1 94/3 94/6 94/7 94/9 94/20
**blocks [2]** 80/15 81/3
**blowing [1]** 59/1
**blue [1]** 104/3
**blurry [2]** 70/24 73/12
**Blvd [1]** 1/18
**body [47]** 14/5 17/22 17/25 26/24 27/1 27/6 28/12 28/13 28/16 30/2 30/12 37/10 39/1 41/15 42/7 42/18 46/14 46/18 47/6 47/10 47/15 47/19 47/22 47/25 48/4 58/25 60/21 61/2 63/24 64/6 72/5 76/3 89/20 89/24 90/2 90/8 100/10 100/22 102/18 103/1 103/10 111/17 112/3 112/20 117/8 121/8 124/20
**body-worn [32]** 14/5 17/22 17/25 26/24 27/1 27/6 28/12 28/13 28/16 37/10 39/1 41/15 42/7 46/14 46/18 47/6 47/10 47/15 47/19 47/22 47/25 48/4 63/24 64/6 89/20 89/24 90/2 90/8 111/17 112/3 112/20 117/8
**body-worn-camera [12]** 30/2 30/12 42/18 60/21 61/2 72/5 76/3 100/10 102/18 103/1 121/8 124/20
**border [1]** 17/4
**bordering [1]** 17/6
**both [4]** 54/24 106/17 124/18 125/12
**bottle [1]** 72/19
**bottom [1]** 106/24
**breast [1]** 17/20
**brief [3]** 122/22 124/1 125/3
**briefed [1]** 124/19
**briefing [2]** 123/12 125/7
**briefly [2]** 17/25 78/20
**briefs [3]** 123/11 123/23 125/13

**B**

**bring [1]** 88/6
**brings [2]** 18/9 25/8
**brother [2]** 23/12 111/17
**bulky [2]** 54/12 54/14
**business [14]** 5/16 23/1 55/24 56/18 57/15 57/19 82/22 82/25 83/3 83/4 83/6 83/8 83/11 92/4
**businesses [1]** 83/1
**BWC [2]** 103/1 117/22

**C**

**Caesars [2]** 104/3 104/9
**calculus [1]** 5/12
**call [20]** 11/24 13/9 13/13 24/20 24/23 25/4 53/13 57/16 63/13 87/5 88/5 91/4 91/7 91/14 91/19 91/24 92/5 92/7 92/15 93/4
**called [4]** 17/21 56/22 88/2 121/17
**calling [3]** 13/9 87/17 87/20
**calls [2]** 90/19 90/23
**came [5]** 25/7 92/5 100/5 115/16 115/17
**camera [47]** 14/5 17/22 17/25 26/24 27/1 27/6 28/12 28/13 28/16 30/2 30/12 30/16 33/25 37/10 39/1 41/15 42/7 42/18 46/14 46/18 47/6 47/10 47/15 47/19 47/22 47/25 48/4 60/21 61/2 63/24 64/6 70/3 72/5 76/3 89/21 89/24 90/2 90/8 100/10 102/18 103/1 111/17 112/3 112/20 117/8 121/8 124/20
**can [81]** 4/22 6/9 6/23 8/5 10/2 10/17 10/22 10/23 11/7 12/14 13/3 13/14 15/10 15/13 18/21 20/5 21/14 29/17 31/15 32/18 34/9 34/10 34/19 34/20 35/1 35/3 35/8 35/17 36/3 37/6 38/11 41/25 42/3 42/11 43/7 46/1 49/8 56/8 64/6 65/1 70/18 70/20 70/23 73/6 73/13 74/9 82/2 82/6 82/24 84/23 85/23 95/7 95/10 95/20 95/23 98/23 100/23 108/3 108/9 108/22 109/3 109/6 110/21 112/17 113/7 114/2 114/21 115/20 116/22 117/9 117/12 118/4 118/14 118/16 118/18 118/19 123/20 124/4 124/7 124/11 125/15
**can't [14]** 10/4 21/11 21/20 33/24 42/4 46/4 51/6 68/14 69/22 74/1 74/10 74/25 75/4 92/2
**cannot [5]** 13/9 13/12 75/7 113/7 113/13
**capacity [1]** 35/18
**Capitol [7]** 18/23 18/25 19/9 19/10 64/15 91/17 103/25
**capture [2]** 47/15 48/4
**captured [4]** 47/9 47/25 90/2 90/7
**car [2]** 24/8 92/14
**career [2]** 45/13 81/18
**cars [3]** 24/5 24/6 92/16
**case [36]** 4/4 6/11 6/19 6/20 6/20 7/9 7/13 10/2 10/16 11/19 20/2 20/7 33/1 37/17 38/2 38/11 38/12 39/8 40/16 41/6 41/21 41/25 42/11 43/22 44/16 48/8 48/9 49/12 56/25 58/17 67/20 68/12 82/17 83/5 100/10 124/18
**cases [4]** 21/8 21/15 31/12 31/18
**catch [5]** 8/10 8/11 8/12 9/21 100/14
**cause [1]** 11/23
**cell [1]** 61/11
**certain [2]** 33/6 59/23
**Certified [1]** 2/3
**certify [1]** 126/2
**CH [1]** 2/4
**chamber [3]** 44/2 44/3 44/5
**chance [10]** 47/1 47/5 47/13 49/11 49/13 72/5 76/2 90/1 90/7 100/9
**characterize [1]** 83/5
**charges [1]** 21/16
**chase [10]** 46/7 54/8 55/1 61/25 62/3 62/6 95/25 96/11 98/11 98/17
**chasing [9]** 60/13 96/3 96/14 96/17 101/19 116/6 120/4 120/9 120/12
**check [10]** 55/24 56/18 57/15 57/19 82/22 82/25 83/6 83/9 83/11 92/4
**choose [1]** 5/17
**circle [7]** 34/10 34/17 36/12 71/2 111/11 111/12 111/14
**circled [5]** 35/5 35/12 36/8 36/10 112/7
**circles [1]** 111/11
**citizen [2]** 5/16 91/4
**city [3]** 52/14 80/13 91/10
**clank [1]** 110/15
**clarification [1]** 110/22
**clarify [1]** 92/25
**clarity [1]** 53/1
**classified [2]** 50/5 83/8
**classify [1]** 83/11
**clear [14]** 7/6 13/8 15/10 20/15 25/11 34/13 34/19 35/17 69/24 82/24 92/7 93/4 93/23 122/5
**clearly [1]** 97/23
**clip [10]** 30/13 35/21 38/8 38/22 71/22 71/22 71/24 74/10 111/8 116/23
**clips [2]** 14/5 37/16
**close [2]** 36/18 95/2
**closed [3]** 59/1 59/4 59/7
**closer [2]** 23/23 101/25
**closest [4]** 101/20 103/25 122/12 122/13
**clothes [2]** 17/14 17/15
**clothing [1]** 29/18
**coat [9]** 25/15 25/15 57/10 59/1 59/4 59/7 62/19 84/17 95/9
**code [1]** 116/19
**Cole [22]** 1/13 4/10 4/13 11/2 11/13 22/4 22/5 45/12 49/1 63/8 67/4 67/9 67/11 67/12 67/15 78/19 85/25 86/19 121/4 123/3 124/4 125/4
**COLUMBIA [6]** 1/1 1/14 1/19 16/18 51/22 89/1
**combination [1]** 7/19
**come [5]** 10/24 45/24 95/25 101/5 121/1
**comes [1]** 51/17
**coming [4]** 92/14 92/16 92/20 112/19
**comment [1]** 98/20
**commit [1]** 54/3
**committed [2]** 7/24 8/13
**committing [5]** 7/25 58/11 94/24 95/5 95/6
**comparative [2]** 51/23 80/12
**compare [3]** 51/2 51/6 52/11
**compared [4]** 51/2 52/7 52/24 70/24
**complainant [1]** 53/19
**completed [1]** 49/9
**computer [2]** 2/7 73/13
**computer-aided [1]** 2/7
**concealing [1]** 62/12
**concern [3]** 84/20 85/4 85/5
**concluded [1]** 125/18
**conduct [1]** 101/1
**conducted [1]** 92/4
**conducting [1]** 55/24
**confer [2]** 4/25 124/4
**conferred [5]** 11/10 12/12 71/8 122/23 124/6
**confidential [1]** 53/21
**confidential informant [1]** 53/21
**confirm [1]** 62/8
**confusion [1]** 94/17
**conjunction [1]** 85/4
**consistent [2]** 24/14 42/6
**Constitution [1]** 2/4
**contact [22]** 7/22 9/3 45/24 49/22 49/24 49/25 50/1 59/11 59/22 62/22 67/21 70/19 76/20 99/19 99/22 99/23 100/19 100/21 100/22 102/7 120/17 120/18
**contacted [2]** 6/16 67/17
**contacting [1]** 7/22
**contained [1]** 49/15
**contend [1]** 5/11
**content [1]** 123/12
**context [4]** 8/20 8/21 8/24 9/1

C

**continue [7]** 13/3 35/1 35/8 37/3 112/15 114/21 118/4
**continued [2]** 2/1 7/5
**continuously [3]** 65/9 68/2 112/16
**contraband [1]** 31/12
**controlled [1]** 32/11
**convenience [4]** 23/3 25/16 26/3 27/14
**cooperate [1]** 7/15
**copy [2]** 48/21 125/10
**correct [181]**
**corroborate [1]** 12/2
**could [25]** 14/15 30/1 48/13 49/7 50/11 56/7 61/9 61/11 61/13 61/15 61/16 82/5 85/21 95/18 97/3 97/6 103/21 104/18 107/21 108/5 120/22 121/1 121/3 121/17 121/20
**couldn't [2]** 50/12 116/10
**counsel [22]** 4/7 4/23 11/10 12/12 13/25 13/25 29/20 52/25 71/8 71/14 71/22 78/18 80/6 81/8 81/14 82/22 83/16 87/17 118/8 122/23 124/6 124/16
**counsel's [1]** 124/14
**County [2]** 17/4 17/6
**couple [5]** 41/7 53/7 80/4 111/6 116/20
**couple-block [1]** 53/7
**course [7]** 11/8 45/13 45/20 49/12 50/4 50/9 63/6
**court [12]** 1/1 2/2 2/3 4/2 18/9 21/4 24/2 25/9 29/15 29/25 87/16 123/19
**Court's [14]** 39/11 45/10 50/2 56/3 63/3 63/4 66/17 68/16 71/7 74/3 74/15 98/14 102/5 122/22
**courtesy [1]** 87/25
**CR [1]** 1/4
**crime [23]** 7/24 7/25 8/13 16/3 25/3 52/3 52/7 52/13 54/3 55/20 56/21 56/23 57/16 58/11 59/5 80/7 80/9 80/15 80/22 81/24 94/24 95/5 95/6
**crimes [5]** 18/15 20/10 50/9 50/16 80/11
**criminal [4]** 4/4 18/19 20/3 32/10
**cross [15]** 3/11 3/23 10/14 44/18 45/2 84/13 86/8 86/23 111/4 112/23 112/24 113/2 113/5 113/8 113/10
**cross-examination [7]** 44/18 45/2 84/13 86/8 111/4 112/23 112/24
**cross-examine [1]** 10/14
**CRR [2]** 126/2 126/8
**curb [2]** 36/21 36/23
**current [2]** 15/22 89/5
**currently [1]** 89/6

D

**D-a-v-o-n [1]** 88/24
**D.C [7]** 1/5 1/15 2/5 17/6 52/7 52/11 89/14
**Dakota [1]** 91/16
**dangerous [4]** 20/20 52/17 52/21 80/12
**date [4]** 13/3 22/21 24/17 126/7
**DAVON [2]** 88/16 88/23
**day [24]** 18/16 21/3 22/11 22/17 23/6 24/10 27/4 29/12 33/1 46/5 46/14 46/18 46/21 47/6 47/19 48/1 52/17 53/12 57/6 72/6 75/25 89/15 101/20 122/21
**days [3]** 124/8 124/14 124/16
**dealt [1]** 81/18
**decided [1]** 5/20
**decipher [2]** 70/13 74/1
**deciphering [1]** 40/5
**decision [1]** 12/7
**defendant [45]** 1/7 1/17 11/10 29/22 30/22 31/3 31/3 31/6 36/17 37/7 37/12 38/24 40/25 41/3 41/25 42/12 83/17 84/14 86/9 88/16 91/21 93/2 94/5 94/25 99/9 100/3 100/4 100/6 101/1 102/10 104/7 104/8 112/13 112/19 113/19 114/11 115/3 115/4 115/25 116/7 116/7 118/2 118/3 121/18 122/23
**defendant's [9]** 3/17 3/24 4/21 36/15 63/17 71/18 74/14 79/2 101/17
**defense [22]** 11/10 13/25 13/25 29/19 48/24 49/6 56/6 63/8 63/11 71/11 71/17 72/3 74/12 74/13 75/22 78/24 80/6 102/14 102/20 103/17 122/23 123/1
**Defense Exhibit [2]** 63/8 63/11
**definition [1]** 80/8
**denied [1]** 124/23
**department [4]** 15/19 15/23 40/8 46/18
**department-issued [1]** 46/18
**depends [1]** 56/19
**depict [2]** 90/10 93/7
**depicted [1]** 37/10
**describe [3]** 22/8 65/2 95/7
**described [1]** 53/25
**designated [1]** 80/22
**detail [1]** 11/20
**Detective [2]** 61/1 74/23
**determine [2]** 20/9 65/2
**determined [2]** 31/11 116/18
**did [150]**
**did you [19]** 23/5 23/8 43/13 54/15 57/18 90/23 93/14 93/17 93/25 94/24 95/5 96/11 98/11 99/4 100/12 100/16 100/18 100/22 103/6
**didn't [19]** 7/16 7/16 10/6 27/21 28/22 54/14 60/4 62/24 68/6 68/9 77/21 83/22 84/16 87/12 94/14 97/13 115/22 115/23 122/3
**different [1]** 30/17
**difficult [1]** 94/15
**direct [13]** 3/11 3/23 15/7 44/16 45/11 50/4 54/11 56/9 63/9 81/11 86/22 88/17 118/8
**direction [1]** 36/19
**directly [5]** 58/1 58/3 104/3 104/9 121/14
**discarded [3]** 43/4 43/8 114/17
**Discount [1]** 19/10
**dispute [1]** 10/16
**Disregarding [1]** 75/24
**distinguishable [1]** 7/12
**distinguishes [2]** 6/19 7/9
**DISTRICT [8]** 1/1 1/1 1/10 1/14 16/17 51/22 89/1 89/6
**do [102]** 5/10 5/10 5/17 5/20 7/15 7/16 11/1 17/7 17/9 17/10 17/11 22/21 22/22 28/21 29/14 29/16 30/12 32/25 33/22 34/12 34/17 36/7 39/8 39/19 41/13 41/14 42/1 43/21 45/15 45/16 46/17 47/18 50/6 50/7 59/2 63/21 63/24 64/14 64/17 64/18 64/23 65/17 66/22 66/24 67/7 67/8 67/18 67/19 68/5 68/19 68/20 71/2 72/14 72/15 72/16 72/17 74/20 75/4 76/11 77/2 77/3 81/19 81/20 84/2 84/15 87/2 87/4 88/25 88/25 97/21 98/24 99/1 99/25 102/23 102/25 103/18 104/20 107/18 107/24 108/1 108/7 108/11 109/18 110/2 110/11 112/2 112/20 113/20 114/4 114/8 114/12 114/14 114/24 117/10 118/11 118/13 118/17 123/3 123/6 123/10 123/11 124/3
**do you [17]** 17/7 17/10 22/21 39/8 43/21 46/17 50/6 59/2 68/5 77/2 81/19 84/2 110/11 118/11 118/13 118/17 123/10
**do you have [3]** 87/2 107/18 123/3
**Do you know [3]** 33/22 47/18 63/24
**do you recognize [5]** 30/12 39/19 102/23 102/25 112/2
**Do you remember [1]** 67/18
**do you see [16]** 29/14 41/13 63/21 64/14 64/17 66/22 68/19 71/2 72/14 72/16 103/18 109/18

## D

**do you see... [4]** 112/20 113/20 114/4 114/8
**does [16]** 5/6 10/15 12/4 35/18 41/20 42/23 49/9 51/9 52/11 59/7 60/23 61/5 61/18 61/21 86/19 90/10
**doesn't [3]** 7/19 23/25 115/21
**doing [3]** 56/20 92/23 94/21
**don't [52]** 4/23 7/23 8/10 10/12 10/25 13/7 13/8 13/13 14/4 19/2 34/18 38/15 39/2 44/14 51/7 52/12 52/14 55/25 57/3 59/19 60/19 62/13 70/1 70/12 70/19 70/25 71/5 71/20 71/21 71/23 73/9 73/11 73/25 77/22 77/25 83/7 83/10 83/11 85/25 87/19 87/23 91/23 94/2 100/2 100/8 101/10 109/25 110/2 113/2 117/5 124/17 125/12
**door [2]** 28/18 28/19
**doubt [1]** 13/7
**down [19]** 5/21 5/23 6/2 7/10 16/21 33/17 66/18 86/16 92/14 92/16 92/20 93/2 107/19 107/21 108/1 108/2 108/7 108/9 122/20
**draw [3]** 22/19 33/4 102/19
**dressed [1]** 24/11
**drug [2]** 32/19 50/5
**drugs [2]** 32/22 32/22
**duly [1]** 40/7
**during [8]** 45/11 49/12 50/4 54/11 63/9 80/20 104/15 115/4
**duties [7]** 16/2 17/18 31/7 32/14 35/19 80/9 85/19
**duty [3]** 21/17 83/2 89/13

## E

**each [1]** 18/2
**earlier [3]** 67/5 72/4 76/25
**effect [2]** 92/11 99/2
**eight [1]** 89/9
**either [2]** 7/24 21/8
**else [1]** 92/23
**Email [2]** 1/16 1/20
**Emory [2]** 1/13 4/10
**Emory.Cole [1]** 1/16
**employed [6]** 15/17 15/18 15/20 18/3 89/1 89/3
**encounter [1]** 90/13
**encountered [4]** 21/4 93/2 93/22 116/1
**encountering [1]** 90/18
**end [2]** 13/1 71/16
**enforcement [1]** 89/7
**engage [1]** 116/3
**engaged [1]** 6/25
**enhanced [2]** 35/24 111/11
**enhancements [3]** 14/5 33/6 33/11
**Enjoy [1]** 122/21
**Enjoy the [1]** 122/21
**enough [1]** 26/14
**entered [9]** 55/13 66/21 93/12 93/15 93/17 93/25 94/3 102/13 103/7
**entering [1]** 25/16
**entrusted [1]** 18/18
**equipment [1]** 89/21
**equipped [1]** 17/21
**essentially [2]** 5/5 8/6
**establish [1]** 65/6
**established [1]** 46/13
**establishments [1]** 23/1
**even [6]** 5/4 7/12 9/12 99/24 107/11 107/21
**evening [5]** 47/16 48/5 89/18 90/11 90/15
**eventually [1]** 25/23
**ever [6]** 18/14 22/11 31/11 32/21 34/9 116/3
**every [1]** 45/19
**everybody [1]** 125/17
**everyone [1]** 15/10
**everything [3]** 12/2 83/2 83/3
**evidence [13]** 5/1 14/6 15/1 28/4 41/10 71/18 74/12 74/14 78/22 79/2 86/20 87/2 102/14
**evident [1]** 86/2
**exactly [5]** 15/11 73/15 74/25 94/18 103/21
**examination [16]** 15/7 44/18 45/2 45/12 50/4 54/12 63/9 80/2 84/13 86/8 88/17 111/4 112/23 112/24 118/8 120/2
**examine [1]** 10/14
**excessively [1]** 51/10
**excuse [3]** 49/18 91/16 92/5
**exhaustive [1]** 125/7
**exhibit [28]** 13/24 28/4 30/8 33/15 33/17 37/19 38/17 41/9 41/11 41/12 41/13 42/9 42/10 42/17 42/22 42/23 43/18 43/19 48/25 49/6 63/8 63/11 71/11 71/18 74/14 79/2 111/9 116/21
**exhibits [7]** 3/2 3/15 14/10 14/14 15/1 28/6 86/24
**exit [2]** 94/23 104/25
**exited [12]** 5/15 6/21 26/3 26/23 27/15 27/15 58/21 59/10 94/5 99/24 103/8 103/9
**exiting [4]** 64/15 94/22 94/25 95/4
**exits [1]** 106/7
**experience [7]** 31/19 31/19 32/2 81/23 82/9 82/21 85/3
**explain [1]** 85/21
**extent [2]** 6/22 113/5
**extra [2]** 29/4 114/25
**Exxon [1]** 18/25
**eyes [1]** 108/3

## F

**fact [7]** 8/19 8/23 9/8 10/2 10/8 10/16 58/17
**facts [1]** 7/19
**factually [1]** 7/12
**fair [19]** 16/15 21/25 22/1 26/14 28/8 29/10 30/20 33/11 37/1 41/18 41/23 42/7 42/18 46/23 104/23 104/24 106/12 120/12 121/11
**Falodun [8]** 1/17 1/17 4/15 4/17 4/22 44/18 87/2 123/11
**familiar [8]** 19/20 19/21 24/20 24/23 27/8 27/11 40/2 44/1
**far [1]** 42/3
**farthest [1]** 17/5
**faulting [1]** 10/7
**February [2]** 12/19 12/20
**fellow [1]** 99/21
**felony [1]** 50/9
**female [1]** 103/23
**few [2]** 73/1 119/22
**Fifth [1]** 89/6
**Fifth District [1]** 89/6
**file [4]** 10/6 123/25 125/4 125/12
**filed [3]** 4/23 4/24 14/3
**final [1]** 86/5
**finally [1]** 37/15
**fine [7]** 10/14 33/24 33/25 68/11 106/6 123/21 124/17
**finished [2]** 80/5 86/5
**firearm [68]** 21/15 22/12 28/2 29/12 35/13 35/20 36/10 36/12 36/15 36/20 36/22 37/12 38/12 39/14 40/12 41/21 42/14 42/25 43/1 43/3 43/13 43/20 43/22 44/4 45/21 46/3 54/5 58/14 58/14 60/18 62/12 69/7 71/4 74/18 74/22 75/8 75/12 75/15 75/16 75/19 82/19 85/8 85/15 85/19 86/1 86/9 96/4 96/12 96/13 97/10 97/18 98/9 101/11 101/14 101/16 101/17 101/23 102/3 114/16 114/17 114/18 115/15 115/16 116/19 117/25 120/5 120/7 121/9
**firearms [5]** 21/1 21/8 31/12 32/5 32/8
**first [24]** 15/13 35/22 41/2 43/3 49/21 49/24 55/10 67/17 67/21 67/23 78/3 78/11 88/22 94/4 94/20 97/6 103/6 103/13 105/22 106/1 116/1 117/2 120/16 120/18
**fits [1]** 10/2
**five [1]** 23/21
**fled [1]** 6/18
**flight [10]** 5/11 5/14 5/22 5/24 6/7 6/10 7/11 11/19 26/7 26/12
**floor [3]** 77/13 110/12 121/19
**fluctuates [1]** 21/11

Case 1:25-cr-00072-APM Document 40 Filed 03/13/26 Page 133 of 146


**F**

**focus [3]** 18/22 39/13 111/13
**focused [3]** 32/8 120/13 120/13
**folks [1]** 46/2
**follow [2]** 35/24 57/3
**follow-up [1]** 35/24
**followed [3]** 7/6 57/1 57/25
**following [1]** 6/3
**footage [14]** 30/2 33/25 47/9 47/25 60/21 61/2 72/6 76/3 90/1 90/7 100/10 102/18 103/1 121/8
**forearm [1]** 95/2
**foregoing [1]** 126/3
**forgot [2]** 14/20 78/21
**forward [7]** 10/17 22/6 94/18 100/16 100/18 101/3 109/10
**found [3]** 32/2 70/2 91/21
**four [6]** 14/2 16/10 20/16 24/6 41/5 103/22
**Fourth [1]** 1/14
**frame [7]** 36/6 66/21 70/2 97/9 97/10 97/18 98/8
**frankly [1]** 7/17
**front [15]** 17/20 61/8 64/20 69/17 70/2 96/5 97/16 108/13 108/21 108/22 108/23 109/4 109/7 116/8 116/14
**frozen [1]** 68/18
**full [2]** 24/12 88/21
**fully [2]** 115/25 119/13
**further [11]** 44/14 78/16 85/5 91/3 92/25 107/11 107/13 107/15 110/18 114/15 122/14
**furthest [1]** 69/12

**G**

**gas [2]** 18/23 19/1
**general [1]** 17/3
**generally [1]** 17/11
**gentleman [3]** 64/19 66/11 72/18
**geographical [1]** 17/3
**George's [1]** 17/4
**Gerstein [15]** 48/8 48/11 48/14 48/18 48/21 49/13 55/8 55/23 55/25 58/24 59/3 60/9 61/18 63/14 82/23
**get [12]** 4/22 5/9 13/3 23/8 26/4 36/22 53/1 105/1 107/3 110/21 113/2 125/10
**getting [1]** 102/9
**give [5]** 21/14 21/20 46/1 46/4 87/24
**given [2]** 81/10 87/21
**Glock [1]** 43/23
**gmail.com [1]** 1/20
**go [28]** 8/4 10/17 13/16 14/13 14/19 16/3 18/8 22/23 26/15 28/18 32/7 40/18 51/19 56/19 63/19 82/4 83/1 85/14 87/15 92/19 96/10 98/5 107/11 107/13 107/15 111/21 113/25 125/14
**go ahead [11]** 13/16 14/13 26/15 40/18 51/19 82/4 85/14 87/15 98/5 111/21 113/25
**going [49]** 5/16 8/8 9/17 11/5 11/24 12/2 13/1 13/13 23/22 27/13 43/13 55/20 56/5 63/4 63/7 63/19 64/2 64/3 64/10 64/10 65/5 66/4 66/18 69/4 71/6 71/10 71/15 72/21 73/1 76/8 83/3 83/10 86/24 93/2 102/12 102/19 103/17 104/20 104/25 104/25 106/7 107/2 109/9 109/13 109/17 109/24 111/8 116/20 120/14
**gone [1]** 27/14
**good [14]** 4/9 4/12 4/13 4/14 4/17 4/19 45/4 45/5 45/7 45/9 88/12 88/19 88/20 123/2
**good afternoon [1]** 4/19
**got [8]** 55/5 60/23 91/4 92/7 92/15 101/25 114/18 114/19
**government [15]** 1/13 4/7 5/11 12/13 12/25 13/24 14/3 14/14 14/21 15/6 86/19 89/2 111/8 113/3 124/19
**government's [26]** 3/4 3/12 15/1 28/4 28/6 30/8 33/14 33/17 37/19 38/17 41/9 41/11 41/12 41/13 42/9 42/10 42/17 42/22 42/23 43/18 43/19 44/15 86/23 111/9 116/21 125/6
**grab [1]** 74/9
**grabbed [11]** 9/5 75/2 75/8 75/11 75/14 75/16 101/2 110/12 110/16 110/17 110/24
**grabbing [8]** 68/13 69/21 70/6 73/7 73/9 109/20 110/7 110/9
**gray [1]** 64/20
**great [3]** 87/15 108/4 108/10
**green [1]** 66/12
**grip [1]** 54/9
**Grocery [1]** 19/10
**ground [8]** 37/13 39/9 40/21 40/22 43/14 102/10 118/18 118/20
**guess [2]** 5/1 40/3
**gun [22]** 8/8 18/15 37/7 39/9 53/15 53/25 54/8 60/23 61/6 61/6 61/19 61/21 67/23 76/17 76/21 77/20 78/5 78/11 93/9 96/15 96/18 96/20
**Guzman [42]** 12/18 26/20 27/1 27/24 29/9 30/3 30/4 30/18 31/4 39/22 46/6 46/24 47/18 57/25 58/7 58/10 59/11 59/15 62/19 66/14 68/23 69/1 69/13 69/14 69/15 69/17 75/4 76/14 76/15 76/21 77/16 77/22 78/2 78/3 78/6 78/7 78/10 98/23 98/24 99/5 100/5 112/6
**Guzman's [7]** 28/17 33/6 47/21 47/25 48/3 60/20 112/20

**H**

**had [75]** 5/17 7/4 7/24 9/10 9/13 9/21 12/17 12/20 12/20 13/24 13/25 18/14 18/17 20/10 22/11 24/11 25/13 25/14 25/14 25/15 26/6 27/14 27/24 28/1 28/5 47/5 47/8 47/13 47/24 49/12 50/16 50/16 50/19 56/22 57/11 58/21 62/8 63/13 66/1 67/4 67/24 72/4 77/22 78/5 78/11 81/8 81/14 83/17 87/13 90/1 90/7 90/18 92/5 92/8 92/25 93/5 93/6 95/1 95/3 95/3 95/25 97/9 97/20 100/2 100/9 103/2 104/13 104/16 106/3 115/4 118/1 120/5 121/1 121/9 122/2
**hand [21]** 13/18 43/4 54/6 56/5 58/22 70/12 72/19 72/19 73/9 78/12 83/18 83/24 84/5 88/8 95/1 97/2 101/9 104/2 116/14 116/14 116/15
**handcuffs [1]** 102/11
**handing [1]** 49/5
**handle [3]** 54/9 61/21 96/15
**hands [11]** 9/14 9/17 9/22 9/24 36/15 42/12 101/8 101/11 101/14 101/16 101/18
**hang [4]** 14/18 22/3 40/17 51/15
**happen [1]** 25/8
**happened [6]** 10/17 26/2 37/16 83/5 88/2 102/7
**happening [1]** 42/5
**has [18]** 5/17 8/9 8/13 17/19 28/3 28/12 31/11 37/18 41/9 42/12 61/5 66/20 71/22 71/22 73/19 80/10 104/2 122/19
**hasn't [1]** 87/20
**hat [6]** 34/4 34/4 34/10 34/19 34/21 64/20
**have [98]** 7/15 7/16 7/16 8/1 8/10 8/11 9/2 9/17 9/17 9/20 9/21 10/7 10/9 10/19 11/2 11/7 11/15 11/20 12/2 12/10 13/2 14/6 15/11 15/20 16/5 16/15 16/18 18/8 19/17 23/13 23/22 31/7 31/18 31/19 32/2 32/21 33/2 33/25 37/20 38/12 41/6 41/7 44/3 44/11 44/14 47/1 47/5 47/8 47/24 49/11 50/23 51/7 51/16 52/24 57/3 72/18 75/21 76/2 77/4 78/14 78/16 81/7 83/8 83/11 83/24 85/8

**H**

**have... [32]** 85/15 86/19 87/2 89/7 90/1 90/6 92/16 97/10 97/10 97/12 97/18 98/7 98/8 98/16 100/9 101/9 103/22 103/23 103/23 104/1 104/5 104/14 105/24 107/18 109/11 116/3 119/18 123/3 124/7 124/13 124/17 125/13
**haven't [3]** 12/7 90/3 106/3
**having [10]** 6/16 20/6 27/23 40/5 44/4 45/13 50/9 53/25 57/14 103/2
**he [114]** 5/3 5/4 5/5 5/15 5/17 5/20 6/18 7/4 7/5 7/16 7/16 7/24 8/8 8/9 8/13 8/23 9/13 9/13 13/9 13/12 25/14 25/14 25/16 25/24 26/1 26/3 26/4 26/6 26/23 27/6 27/14 27/14 27/15 28/1 28/2 31/5 36/25 37/13 37/14 46/19 47/20 48/14 48/16 57/18 57/19 58/4 58/10 58/12 58/13 58/13 58/14 58/14 58/16 58/18 58/21 58/23 58/25 59/25 60/10 60/23 61/5 61/6 62/19 66/1 67/25 68/14 71/22 71/22 75/1 75/8 78/1 83/10 83/10 86/11 87/7 87/8 87/10 87/13 87/20 92/10 92/12 92/12 92/13 92/13 94/21 94/22 94/25 95/1 95/3 95/3 95/9 99/6 99/13 99/13 99/15 99/16 99/19 99/21 99/24 101/3 101/9 101/25 102/10 103/8 103/9 103/21 106/7 115/21 115/22 116/1 116/2 116/8 116/10 120/5
**he didn't [2]** 7/16 115/22
**he'd [3]** 43/20 77/25 81/16
**he's [19]** 13/9 13/13 26/19 29/19 36/8 60/23 72/18 87/6 87/11 87/19 88/2 98/3 104/10 104/25 106/24 113/1 113/5 113/11 115/21
**healthcare [1]** 23/4
**hear [46]** 8/8 10/13 10/17 10/22 10/23 12/8 12/25 13/2 15/11 27/24 35/15 35/21 39/8 39/13 40/20 50/12 62/24 66/8 67/20 67/23 68/5 68/6 68/9 76/11 76/21 77/10 77/15 105/6 110/11 116/22 117/2 117/4 117/9 117/10 117/11 117/18 117/20 118/13 118/17 118/18 118/19 119/6 119/16 121/17 121/25 122/3
**heard [19]** 27/22 38/24 40/22 41/2 77/4 77/12 77/25 78/2 78/6 85/4 91/6 99/5 110/23 117/2 118/9 121/13 121/14 121/18 124/11
**hearing [6]** 1/9 4/20 10/13 13/3 110/15 117/5
**heavily [21]** 26/5 31/5 31/24 45/21 46/2 54/16 54/17 57/10 60/1 60/10 62/20 65/22 81/15 81/24 82/10 82/16 84/10 84/14 84/16 84/19 115/7
**heavy [18]** 7/2 25/15 27/16 27/23 28/1 29/4 29/8 31/8 45/13 65/3 65/6 66/9 97/20 99/8 108/24 109/1 112/20 114/25
**help [1]** 6/9
**helpful [2]** 53/9 122/20
**her [7]** 12/8 38/8 38/8 43/9 44/15 73/13 73/18
**here [16]** 4/20 5/12 8/14 9/1 12/23 13/3 13/6 33/21 38/13 68/14 87/10 87/11 87/14 107/16 108/4 123/10
**hey [2]** 9/22 29/7
**high [12]** 16/3 51/10 51/22 52/3 52/4 52/7 52/13 80/7 80/9 80/15 80/22 81/24
**high-crime [7]** 52/3 52/7 52/13 80/7 80/9 80/15 80/22
**higher [1]** 80/10
**him [110]** 5/21 5/23 6/2 6/2 6/3 6/22 6/25 7/3 7/6 7/7 7/10 7/10 7/20 8/10 8/12 9/4 9/14 9/15 9/15 9/17 9/21 9/21 9/23 9/24 26/4 27/11 31/4 36/9 37/8 42/3 49/25 53/19 53/21 54/3 57/4 57/10 57/20 57/25 58/1 58/3 59/11 62/15 62/18 62/22 64/21 64/24 66/2 67/7 70/19 70/20 70/20 74/9 74/20 74/23 83/23 86/10 86/11 87/18 87/20 87/20 88/5 88/6 90/19 91/2 93/14 93/15 93/18 93/20 93/22 94/2 94/4 94/12 94/24 95/5 96/3 99/1 99/19 99/22 100/12 100/14 100/16 100/19 100/22 101/2 101/3 101/6 101/12 101/25 102/7 104/6 113/7 113/8 113/13 116/1 116/3 116/13 120/9 120/12 120/13 120/17 120/17 120/18 120/20 120/20 120/25 122/5 122/10 122/12 122/13 123/15
**his [87]** 5/16 5/22 5/24 7/1 7/5 7/8 9/5 15/10 17/2 17/24 18/21 21/6 25/15 26/4 26/5 28/1 31/4 35/17 54/6 54/13 54/16 57/10 58/22 58/25 58/25 59/18 60/23 61/6 61/19 61/22 62/2 62/19 63/9 65/2 65/6 65/21 67/25 70/12 70/12 70/25 72/19 72/19 73/9 74/9 75/19 76/2 77/20 82/24 83/17 83/24 84/5 95/1 95/2 95/2 96/5 97/16 99/3 100/21 100/22 100/23 100/24 101/9 101/14 102/1 103/10 103/11 104/2 105/6 107/22 108/21 108/22 109/7 110/7 110/9 110/12 110/16 110/17 113/20 113/22 116/8 116/10 116/13 116/14 116/14 116/15 120/10 121/1
**his coat [1]** 25/15
**His Honor [1]** 17/24
**His Honor's [1]** 21/6
**his right [1]** 116/15
**hit [1]** 40/22
**hitting [1]** 77/13
**holding [2]** 59/4 59/7
**homicides [4]** 20/13 20/14 20/16 80/11
**honest [1]** 69/22
**honestly [1]** 73/11
**Honor [88]** 4/4 4/9 4/14 5/7 10/9 10/21 11/3 11/7 11/15 11/16 12/13 13/7 13/17 13/23 14/11 14/17 14/23 15/10 17/2 17/24 18/21 22/2 22/6 26/8 29/21 30/23 35/17 37/21 39/24 40/13 43/5 43/7 44/11 44/19 49/2 49/18 50/13 51/4 51/11 60/3 63/3 64/11 71/15 71/20 72/24 74/11 75/22 78/15 78/20 79/1 81/1 82/1 82/11 82/24 83/21 83/25 85/9 86/3 86/6 86/12 86/21 87/4 87/23 88/4 88/13 95/13 97/25 102/12 109/9 109/11 110/3 110/20 112/22 112/23 113/1 113/5 119/19 122/25 123/5 123/13 123/23 124/7 124/11 124/17 124/25 125/5 125/8 125/15
**Honor's [1]** 21/6
**HONORABLE [3]** 1/10 4/2 4/3
**how [38]** 5/12 11/1 15/17 15/20 16/5 16/9 17/10 17/17 19/15 21/7 21/8 23/8 23/12 23/15 23/19 36/22 43/9 45/6 45/8 46/1 51/2 52/11 52/24 65/2 70/8 70/14 83/10 85/18 85/20 89/7 93/17 114/17 114/19 117/10 123/10 124/3 124/24 125/15
**however [1]** 124/17
**hunch [1]** 8/15

**I**

**I am [4]** 19/14 27/11 89/1 104/7
**I am Emory V [1]** 4/10
**I apologize [2]** 98/2 110/3
**I assume [1]** 88/1
**I believe [21]** 23/3 23/21 24/6 24/12 28/17 45/12 46/9 46/13 47/7 50/19 52/15 63/8 86/8

**I**


**I believe... [8]** 86/24 94/13 100/7 115/17 116/21 119/18 121/6 121/7
**I can [7]** 70/18 82/6 85/23 95/10 98/23 100/23 108/3
**I can't [9]** 10/4 21/11 42/4 46/4 51/6 68/14 69/22 74/1 74/10
**I couldn't [1]** 50/12
**I did [19]** 22/25 25/23 35/16 47/11 48/2 49/14 55/17 55/19 57/3 57/20 74/21 76/4 77/11 78/13 84/9 93/15 93/19 100/20 101/17
**I didn't [7]** 28/22 62/24 68/6 68/9 83/22 87/12 122/3
**I didn't see [2]** 27/21 115/23
**I don't [27]** 4/23 7/23 10/25 13/8 13/13 14/4 19/2 44/14 52/12 52/14 59/19 60/19 62/13 70/1 70/19 70/25 71/5 71/20 71/21 71/23 77/22 77/25 83/7 83/10 85/25 100/2 100/8
**I don't have [2]** 51/7 83/11
**I don't know [1]** 87/23
**I don't recall [5]** 38/15 55/25 91/23 101/10 117/5
**I guess [2]** 5/1 40/3
**I had [4]** 12/17 47/13 57/11 78/5
**I have [10]** 10/9 19/17 41/7 44/14 78/14 78/16 81/7 105/24 109/11 124/13
**I haven't [1]** 12/7
**I just [16]** 10/15 11/15 13/8 27/21 30/1 37/20 44/11 49/18 75/21 77/21 80/4 92/25 100/1 105/16 110/25 116/13
**I know [4]** 17/24 34/1 57/9 77/24
**I mean [1]** 10/15
**I might [1]** 33/2
**I misspoke [1]** 60/7
**I recall [1]** 110/14
**I said [1]** 84/17
**I think [11]** 6/19 7/21 8/20 11/13 11/20 41/7 42/11 60/5 73/15 82/12 94/17
**I thought [2]** 40/3 87/13
**I told [1]** 105/14
**I understand [4]** 26/14 97/22 105/15 105/25
**I want [19]** 11/18 18/22 22/19 30/7 32/7 33/4 33/14 33/16 35/24 35/25 37/15 38/23 39/7 39/11 41/5 87/16 102/13 117/12 124/13
**I wanted [1]** 124/20
**I was [18]** 18/5 18/7 25/19 26/23 34/8 40/3 54/21 66/3 78/9 91/8 91/11 91/16 113/10 116/7 120/18 121/16 122/13 123/15
**I will [1]** 48/24
**I would [12]** 14/5 21/10 21/18 21/24 74/11 78/21 83/8 87/5 97/12 123/18 123/23 123/25
**I wouldn't [2]** 51/23 52/1
**I'll [20]** 22/6 26/13 28/14 28/14 56/9 68/7 71/24 75/22 80/5 81/1 83/25 85/11 86/3 86/5 86/12 94/13 96/10 108/11 114/14 123/17
**I'm [104]** 4/10 5/24 8/24 10/7 10/12 11/24 15/18 15/24 19/18 19/21 22/15 23/22 31/15 31/22 33/23 37/23 40/5 42/10 46/5 47/12 48/20 48/25 49/5 50/11 50/13 52/25 54/22 55/18 56/5 58/2 60/6 60/7 61/2 61/17 63/1 63/4 63/7 63/7 63/10 63/15 63/19 63/25 64/2 64/3 64/10 64/10 65/5 66/4 66/18 67/13 67/16 68/3 69/4 69/15 70/3 70/7 71/6 71/10 71/12 72/21 72/25 76/8 77/24 80/24 80/25 81/9 85/10 87/9 89/6 90/22 93/24 94/14 94/15 102/12 102/19 103/17 104/20 104/25 105/18 106/5 106/7 107/2 108/7 108/12 108/13 109/9 109/13 109/17 109/24 110/9 110/19 110/21 111/8 113/10 115/6 115/13 116/20 121/7 122/17 123/13 123/16 123/18 123/18 123/24
**I'm going [1]** 104/20
**I'm just [1]** 121/7
**I'm not sure [3]** 48/20 60/6 61/17
**I'm sorry [38]** 5/24 19/18 22/15 31/15 31/22 37/23 47/12 50/11 54/22 55/18 58/2 60/7 61/2 63/1 63/10 63/15 67/16 68/3 69/15 71/12 80/24 80/25 81/9 85/10 87/9 90/22 93/24 94/14 105/18 106/5 110/21 113/10 115/13 122/17 123/13 123/16 123/18 123/24
**I've [7]** 10/19 19/19 61/17 68/18 69/11 90/9 105/19
**ID [2]** 29/25 63/14
**identifiable [1]** 17/17
**identification [4]** 29/22 48/25 49/6 71/10
**identified [4]** 14/15 104/16 105/9 106/10
**identify [8]** 10/2 29/17 30/2 63/19 97/3 97/7 105/1 107/4
**identifying [2]** 53/19 104/7
**Illinois [1]** 6/12
**immediate [3]** 80/14 81/3 101/5
**immediately [1]** 121/12
**impeach [3]** 13/10 87/17 87/20
**important [1]** 8/24
**include [1]** 80/11
**included [1]** 20/14
**including [1]** 46/11
**inconsistent [3]** 13/10 83/13 83/15
**INDEX [4]** 3/2 3/9 3/15 3/21
**indicated [2]** 7/2 84/13
**indigence [1]** 122/22
**individual [12]** 8/1 25/14 26/6 27/15 64/21 66/20 90/13 91/20 92/1 92/19 104/1 104/8
**individuals [2]** 31/8 32/22
**indulgence [12]** 45/10 50/2 56/3 63/3 63/4 66/17 68/16 71/7 74/3 74/15 98/14 102/5
**inference [1]** 99/4
**informant [1]** 53/21
**information [4]** 57/3 57/11 83/12 91/4
**initially [1]** 59/17
**initiated [1]** 62/22
**inquire [1]** 88/13
**inside [13]** 56/21 57/24 58/15 58/18 83/2 99/9 100/1 100/2 100/7 101/17 104/2 104/19 107/22
**instance [3]** 6/11 9/20 75/1
**intent [6]** 6/2 7/6 7/6 7/10 62/15 100/24
**intents [1]** 57/6
**interactions [1]** 18/1
**interactive [1]** 34/15
**interdiction [1]** 25/3
**interest [1]** 91/25
**interrupt [1]** 52/25
**introduce [1]** 123/4
**investigator [54]** 16/11 26/19 29/6 29/9 30/3 30/17 31/4 34/4 36/9 47/2 61/2 62/19 66/14 67/1 67/11 67/12 69/14 69/15 69/17 69/18 69/20 70/6 72/5 73/6 74/23 75/1 75/4 75/7 75/11 75/14 75/24 76/15 76/21 77/16 77/22 78/3 78/6 78/7 78/10 87/5 88/11 89/20 90/13 97/24 98/23 98/24 99/2 99/5 100/5 102/17 103/18 109/14 112/6 120/4
**Investigator Cole [1]** 67/11
**investigators [1]** 100/1
**is [219]**
**is that [2]** 110/8 119/2
**is that correct [6]** 36/13 52/18 71/4 81/11 83/19 119/16
**is that fair [2]** 104/23 106/12
**is that right [9]** 19/13 21/4 30/18

Case 1:25-cr-00072-APM Document 40 Filed 03/13/26 Page 136 of 146


**I**

**is that right... [6]** 38/9 46/11 50/17 52/8 106/19 112/8
**is there [4]** 8/5 14/9 81/22 82/8
**isn't [14]** 52/22 56/20 56/25 58/17 58/19 67/20 67/24 68/12 69/21 75/12 76/18 77/5 98/9 109/21
**isn't that correct [9]** 52/22 58/19 67/24 69/21 75/12 76/18 77/5 98/9 109/21
**issue [3]** 12/14 119/4 124/17
**issued [1]** 46/18
**issues [1]** 12/5
**it [194]**
**it appeared [1]** 72/9
**it's [65]** 4/12 7/6 7/12 8/24 14/21 17/4 17/5 19/5 21/22 22/10 22/14 26/9 29/22 30/20 32/17 34/3 34/4 34/15 34/22 36/18 39/4 39/12 42/6 44/6 44/8 44/9 46/23 51/5 51/23 53/6 53/7 55/22 63/25 69/24 69/24 70/25 71/24 73/12 73/16 74/17 74/22 77/15 80/18 82/3 86/1 86/2 93/24 95/14 95/17 98/4 104/15 105/13 105/19 107/9 108/21 108/22 110/11 111/11 112/24 113/13 116/21 119/5 120/22 123/20 124/18
**it's appropriate [1]** 98/4
**it's like [1]** 39/12
**items [1]** 58/18
**itself [1]** 8/24

**J**

**jacket [25]** 9/5 27/17 54/16 61/8 73/7 73/10 74/9 95/2 95/3 95/22 96/6 100/21 104/18 108/14 108/21 109/21 110/7 110/9 110/13 110/16 110/17 110/24 113/21 113/22 116/8
**jackets [4]** 31/25 95/11 95/16 95/19
**Jenna [1]** 4/11
**JOSEPH [4]** 1/6 4/5 29/22 90/14
**JUDGE [4]** 1/10 23/25 37/7 122/17
**Judge Mehta [1]** 37/7
**jumpsuit [1]** 29/20
**just [103]** 4/22 4/24 4/25 6/17 6/18 6/23 8/4 10/15 11/3 11/15 11/18 12/5 12/14 12/16 13/2 13/8 13/9 14/15 16/15 17/25 19/23 21/7 21/13 21/14 22/19 23/25 24/18 25/3 25/6 27/17 27/21 30/1 30/7 30/8 32/7 32/7 33/4 33/22 34/2 34/3 34/12 34/20 35/3 37/15 37/20 37/21 38/13 41/7 41/16 43/6 43/9 44/11 49/7 49/18 53/1 53/6 53/11 56/7 57/15 60/5 64/2 69/6 71/24 73/1 73/16 75/21 77/21 80/4 82/5 92/1 92/1 92/4 92/7 92/25 93/4 94/17 96/22 96/22 99/2 100/1 102/12 103/21 104/18 104/19 105/16 110/1 110/21 110/25 111/6 111/16 114/2 114/20 115/5 116/13 116/20 117/12 119/4 119/5 119/22 120/13 121/7 122/5 122/8
**just very [1]** 17/25

**K**

**keep [3]** 15/9 58/25 65/5
**kept [1]** 99/15
**khaki [1]** 66/12
**kind [2]** 9/21 66/9
**know [56]** 6/22 10/6 10/17 10/22 10/23 10/24 10/25 13/8 13/13 17/2 17/24 21/12 32/10 32/14 33/22 34/1 39/1 47/18 52/12 52/14 56/20 57/9 62/13 63/24 64/23 70/1 70/19 70/25 71/5 71/21 73/11 73/25 77/22 77/24 77/25 81/6 83/7 83/10 85/8 85/15 85/25 87/19 87/23 100/2 100/8 103/4 106/9 106/9 112/24 113/2 114/14 114/24 115/7 115/16 115/20 115/22
**knowing [1]** 18/19
**knowledge [9]** 20/6 47/21 53/23 54/1 56/24 60/14 62/12 90/21 95/10
**known [4]** 32/13 32/15 52/2 52/6
**knows [1]** 17/24

**L**

**laptop [2]** 73/17 73/18
**last [9]** 14/2 15/13 18/3 41/5 43/17 45/23 75/21 88/22 119/5
**lasted [1]** 19/15
**later [1]** 91/21
**law [3]** 1/17 11/19 89/7
**lawful [1]** 61/9
**lay [2]** 9/14 9/17
**layer [1]** 17/16
**lead [1]** 113/13
**leading [6]** 22/5 50/15 50/20 50/22 52/17 113/11
**least [2]** 5/10 8/7
**leave [1]** 86/12
**leaving [3]** 5/4 100/3 113/19
**led [1]** 7/21
**Lee [2]** 4/11 118/5
**left [9]** 28/18 28/19 33/20 66/21 68/21 100/4 103/11 103/24 116/14
**left-side [1]** 28/19
**legal [1]** 13/11
**less [3]** 21/9 21/15 52/20
**let [22]** 8/4 28/3 28/14 28/23 37/18 38/17 40/4 41/9 41/11 42/9 42/22 43/18 53/11 68/3 103/4 103/13 104/20 105/17 106/9 106/9 110/1 110/2
**let's [15]** 11/1 12/7 12/25 14/13 21/7 21/13 32/25 34/3 34/12 63/13 85/25 87/15 88/5 88/6 94/18
**level [1]** 9/9
**lieutenant [28]** 11/24 13/21 15/9 15/24 16/1 16/5 16/7 16/18 16/23 17/7 17/11 18/6 20/6 21/17 35/11 36/6 37/6 44/15 45/4 45/11 47/14 48/15 49/5 53/11 72/4 73/2 80/4 86/22
**like [12]** 31/20 31/22 39/12 53/7 66/12 74/12 77/1 77/12 78/21 85/21 87/5 110/11
**line [3]** 45/15 56/9 121/4
**liquor [12]** 26/1 55/10 55/20 64/16 92/4 92/8 92/10 92/13 92/17 92/22 94/22 94/23
**Liquors [1]** 103/25
**list [2]** 13/24 14/15
**listened [2]** 60/20 61/1
**little [8]** 15/12 23/23 37/16 64/2 65/13 104/19 104/21 107/9
**living [1]** 88/25
**Livingston [19]** 18/12 19/22 22/13 23/2 25/8 81/4 89/14 89/18 89/22 90/15 91/13 91/17 92/21 93/12 93/21 94/1 94/7 94/10 94/21
**LLC [1]** 1/17
**loaded [2]** 43/24 43/25
**located [2]** 23/2 94/6
**location [7]** 19/5 25/1 25/17 25/25 53/13 56/21 92/3
**locations [1]** 19/12
**lockout [1]** 91/24
**long [7]** 15/20 16/5 16/9 89/7 105/19 124/3 125/15
**longer [1]** 104/22
**look [9]** 10/12 12/4 49/7 49/8 56/7 56/8 73/15 106/4 125/14
**looked [2]** 10/7 33/5
**looking [8]** 54/12 54/14 78/8 106/21 110/19 111/16 112/3 114/14
**lookout [3]** 53/24 91/20 91/22
**looks [1]** 66/9
**lot [1]** 10/23
**loud [3]** 15/9 25/11 110/15
**loudly [1]** 23/25

**M**

**made [17]** 9/3 9/11 12/7 33/6 50/8 67/21 70/19 76/20 84/6 99/10 99/24 100/21 102/7 111/8 114/24 115/10 115/12
**make [18]** 13/8 42/4

**M**

**make... [16]** 42/11 43/21 49/22 49/24 56/19 59/11 69/22 83/2 98/19 99/19 99/22 100/6 100/18 100/22 120/17 120/18
**making [1]** 7/22
**male [2]** 103/24 104/5
**males [1]** 103/23
**man [2]** 53/15 93/9
**many [11]** 11/1 17/10 19/16 21/7 21/8 23/12 23/15 23/19 46/1 61/9 117/10
**March [14]** 1/5 18/3 21/7 21/14 22/20 46/6 49/21 50/16 80/21 89/10 89/22 90/6 90/15 126/7
**mark [4]** 48/24 71/10 71/24 75/22
**marked [9]** 23/10 24/7 24/8 37/18 49/5 56/5 63/13 102/13 102/20
**marker [1]** 64/3
**market [2]** 32/19 50/5
**marking [1]** 63/8
**marks [1]** 71/25
**Marsh [1]** 34/5
**match [1]** 10/8
**material [3]** 54/13 54/14 84/6
**matter [5]** 4/11 11/6 11/23 91/18 126/4
**matters [4]** 8/20 8/21 8/25 18/15
**may [21]** 10/13 10/14 11/15 12/10 15/3 15/4 29/21 37/3 44/11 44/20 44/21 49/2 49/3 56/1 56/16 73/20 86/15 88/13 88/14 97/25 122/20
**maybe [4]** 23/3 73/12 73/16 93/23
**MD [1]** 1/19
**me [46]** 6/9 8/4 9/19 10/15 28/3 28/23 34/17 37/18 38/17 40/4 41/9 41/11 42/9 42/22 43/18 49/18 53/11 65/7 68/3 91/16 92/5 95/11 95/16 95/19 101/21 102/9 103/4 103/13 104/20 105/2 105/14 105/17 105/20 106/3 106/9 107/4 107/24 108/1 108/7 110/1 110/2 114/7 115/1 119/6 121/20 123/14
**mean [9]** 10/15 12/4 13/5 24/21 35/18 60/6 73/15 99/25 117/20
**means [4]** 6/10 35/20 40/11 73/19
**meant [2]** 57/18 81/14
**measure [1]** 98/16
**mechanical [1]** 2/7
**meet [2]** 103/2 105/20
**MEHTA [3]** 1/10 4/3 37/7
**member [2]** 40/7 40/8
**members [3]** 39/6 93/19 94/3
**memory [3]** 49/8 56/8 56/14
**mentioned [8]** 16/15 19/23 22/24 26/4 26/6 27/16 27/17 62/19
**Merit [1]** 2/2
**metal [5]** 40/20 77/1 118/18 118/19 119/6
**metallic [5]** 77/12 110/11 110/23 121/13 121/19
**metropolitan [6]** 15/18 15/23 17/19 40/8 66/23 89/4
**mic [1]** 25/12
**MICHAEL [2]** 1/6 4/5
**microphone [4]** 6/24 15/12 23/23 123/21
**middle [2]** 104/2 104/8
**might [8]** 5/9 10/8 12/1 33/2 51/25 51/25 70/24 118/15
**milliseconds [1]** 119/13
**mind [1]** 23/25
**mine [2]** 63/25 64/8
**minute [3]** 64/3 106/17 106/20
**minutes [4]** 64/11 66/5 109/17 110/6
**Mischaracterization [1]** 26/11
**misspoke [1]** 60/7
**mistaken [1]** 113/10
**model [1]** 43/21
**moment [8]** 11/7 11/15 12/10 32/7 44/11 49/19 96/22 108/12
**month [9]** 18/21 20/11 50/24 51/9 51/13 51/17 51/21 52/10 52/21
**months [17]** 13/25 14/1 18/16 19/16 20/2 20/2 21/7 32/25 50/10 50/15 50/20 50/22 51/17 52/5 52/17 53/3 80/21
**more [11]** 21/9 21/10 21/15 21/22 34/19 73/1 78/14 81/1 85/21 109/11 117/12
**most [1]** 17/16
**mostly [1]** 27/22
**motion [3]** 1/9 4/21 4/23
**motions [1]** 14/2
**move [12]** 22/6 23/22 64/3 71/6 71/16 74/12 78/21 85/25 86/3 94/13 94/18 109/10
**moved [4]** 14/6 28/4 41/10 84/14
**movements [1]** 18/2
**moving [2]** 14/9 101/3
**MPD [1]** 12/19
**Mr [1]** 44/18
**Mr. [124]** 4/13 4/16 4/17 4/19 4/22 5/2 5/11 5/15 6/21 7/23 11/2 11/13 22/4 22/5 35/7 35/13 36/8 36/24 43/15 45/12 46/7 49/1 49/22 53/18 54/2 54/5 55/9 55/14 57/1 57/21 57/24 58/4 58/7 58/11 58/15 58/17 58/21 58/24 59/10 59/14 59/17 60/1 60/11 60/13 60/17 61/5 62/5 62/11 62/14 62/17 62/21 63/8 64/25 67/4 67/9 67/15 67/17 67/21 68/13 69/21 70/6 72/16 73/7 73/9 74/18 75/2 75/8 75/11 75/14 75/17 75/18 76/20 77/19 78/4 78/8 78/12 78/19 85/25 86/19 87/2 90/14 90/18 90/24 93/11 94/1 94/10 94/20 94/23 95/4 95/7 96/1 96/4 96/12 96/14 96/17 96/25 98/11 98/17 98/20 99/11 100/12 101/5 101/9 101/11 101/16 101/19 101/20 101/22 102/3 103/7 103/18 104/22 106/18 106/21 109/3 109/21 120/5 121/4 121/12 122/2 123/3 123/11 124/4 125/4
**Mr. Cole [18]** 4/13 11/2 11/13 22/4 22/5 45/12 49/1 63/8 67/4 67/9 67/15 78/19 85/25 86/19 121/4 123/3 124/4 125/4
**Mr. Falodun [4]** 4/17 4/22 87/2 123/11
**Mr. Joseph [1]** 90/14
**Mr. Thompson [84]** 4/16 4/19 5/11 5/15 6/21 7/23 35/7 36/8 36/24 43/15 46/7 49/22 53/18 54/2 54/5 55/9 55/14 57/1 57/21 57/24 58/4 58/7 58/11 58/15 58/17 58/21 59/10 59/14 59/17 60/13 61/5 62/11 62/14 62/17 62/21 64/25 67/17 67/21 68/13 69/21 70/6 72/16 74/18 75/2 75/8 75/11 75/14 75/17 75/18 76/20 77/19 78/4 78/8 90/18 90/24 93/11 94/1 94/10 94/20 94/23 95/4 95/7 96/1 96/4 96/12 96/14 96/17 96/25 99/11 100/12 101/5 101/9 101/19 101/20 101/22 102/3 103/7 103/18 104/22 106/18 106/21 120/5 121/12 122/2
**Mr. Thompson's [17]** 5/2 35/13 58/24 60/1 60/11 60/17 62/5 73/7 73/9 78/12 98/11 98/17 98/20 101/11 101/16 109/3 109/21
**Ms. [2]** 67/12 118/5
**Ms. Cole [1]** 67/12
**Ms. Lee [1]** 118/5
**much [3]** 44/13 86/15 122/20
**my [34]** 4/11 8/4 22/10 25/13 30/16 33/23 34/2 49/17 53/23 54/1 56/24 67/12 70/23 70/24 71/11 73/13 83/7 87/16 93/23 95/10 96/10 97/21 97/24 99/23 102/2 103/1 103/1 105/22 108/3 108/25 109/2 113/1 113/6 113/11
**myself [2]** 22/10 23/17

**N**

**name [7]** 15/13 15/14

**N**

**name... [5]** 24/18 34/20 88/21 90/14 92/3
**named [1]** 53/18
**narcotics [3]** 22/12 38/13 38/14
**Nationals [1]** 16/22
**nearby [1]** 36/17
**need [6]** 10/12 49/18 85/25 107/24 108/2 109/23
**needed [1]** 125/9
**neighborhood [1]** 32/9
**neutral [1]** 8/19
**never [4]** 93/20 101/16 122/5 122/10
**next [6]** 26/2 29/19 36/9 51/24 71/11 102/8
**night [1]** 27/4
**no [84]** 1/4 11/19 14/11 29/23 33/24 38/25 40/6 41/1 41/4 45/22 53/18 53/21 53/24 57/2 57/16 58/1 59/18 60/23 61/5 62/1 62/8 63/2 65/14 65/25 67/23 69/6 69/10 69/25 70/9 70/11 70/15 70/17 73/8 73/24 74/6 83/15 84/12 86/21 88/1 90/3 90/20 92/24 93/10 93/13 93/14 95/6 95/21 96/13 96/16 96/19 96/21 97/8 97/14 97/15 98/3 98/3 98/10 98/13 98/18 98/25 99/14 99/20 100/11 101/7 101/13 101/15 101/24 102/2 102/4 104/22 105/11 113/13 115/9 116/2 117/5 118/3 118/25 121/3 122/3 122/7 122/9 122/11 122/19 122/19
**None [1]** 11/19
**not [132]**
**notation [1]** 20/1
**note [1]** 12/16
**noted [5]** 20/6 20/22 20/24 26/13 57/14
**nothing [5]** 9/8 12/1 78/16 110/18 122/14
**notice [1]** 93/11
**notified [2]** 25/20 85/18
**Notwithstanding [1]** 125/6
**now [58]** 4/3 10/24 22/19 22/19 24/4 24/10 26/19 27/16 28/13 28/21 30/1 33/4 34/17 39/19 40/11 42/12 42/23 46/5 48/7 48/15 49/21 50/4 54/11 55/8 55/20 55/23 58/24 59/10 59/25 61/24 62/17 65/15 66/8 66/20 67/4 70/5 70/8 70/10 70/14 70/16 71/10 74/9 74/25 82/22 83/16 84/10 84/13 93/8 96/22 99/10 103/22 104/22 105/6 106/21 109/23 110/19 114/20 121/7
**number [23]** 21/20 28/4 30/8 33/17 37/19 38/17 41/11 41/12 41/13 42/9 42/10 42/17 42/22 42/23 43/18 43/19 46/4 51/3 52/4 52/24 53/3 53/3 116/21
**numbers [1]** 53/2
**NW [2]** 1/14 2/4

**O**

**oath [2]** 13/19 88/9
**object [52]** 25/15 27/17 27/23 28/1 35/11 45/21 60/1 60/10 61/8 62/9 71/20 71/23 81/15 81/25 82/10 82/16 84/10 84/15 84/16 96/5 96/7 96/23 97/1 97/3 97/9 97/16 98/7 99/9 103/7 103/11 104/14 104/17 105/2 105/10 106/10 107/4 107/22 107/25 108/13 108/18 109/7 112/21 114/15 115/7 118/9 118/18 118/19 119/6 120/6 120/6 121/13 121/19
**objection [27]** 14/4 14/7 14/9 22/2 26/8 26/13 29/23 30/23 31/14 32/16 39/24 40/13 43/5 44/7 51/4 51/11 60/3 80/17 82/1 83/21 84/21 85/9 85/12 95/13 112/22 115/18 124/21
**objectionable [1]** 82/13
**objects [5]** 31/8 31/20 31/22 31/24 46/2
**obscure [2]** 95/20 95/23
**observations [1]** 9/10
**observe [15]** 43/13 54/3 54/15 93/14 93/15 94/24 95/5 96/11 96/13 97/13 97/15 103/6 107/3 107/25 122/3
**observed [29]** 25/14 26/5 28/1 43/10 43/15 46/2 46/6 54/12 54/19 55/16 57/9 57/10 58/11 58/13 69/9 92/19 94/25 96/23 97/6 97/16 98/8 103/13 104/13 104/17 108/18 111/1 115/3 117/25 121/9
**observing [2]** 45/12 108/13
**obvious [1]** 7/10
**occasion [1]** 18/8
**occurred [3]** 10/23 53/5 53/8
**off [11]** 6/17 7/18 8/9 8/12 9/13 11/10 12/12 19/19 71/8 122/23 124/6
**offenses [1]** 53/4
**office [2]** 1/13 23/4
**officer [99]** 7/15 9/4 9/4 11/24 12/17 12/18 12/18 12/22 12/23 12/25 16/12 16/13 16/14 16/18 16/21 26/3 26/17 26/19 26/20 27/1 27/3 27/8 27/9 27/24 28/12 28/16 29/3 29/7 33/6 33/20 35/22 37/8 38/2 38/23 40/24 41/3 42/12 45/17 45/24 46/6 46/6 46/17 46/20 46/23 46/24 47/1 47/6 47/9 47/15 47/18 47/21 47/25 48/3 48/12 49/22 49/24 57/18 57/22 57/25 58/7 58/10 59/11 59/15 59/25 60/4 60/9 60/14 60/16 60/20 66/8 68/13 68/21 68/23 68/25 69/1 69/13 75/1 76/13 77/16 78/2 86/10 87/17 89/4 89/8 91/5 92/6 92/6 92/19 98/19 111/6 112/2 112/20 113/17 114/4 118/21 119/1 119/3 120/17 120/18
**Officer Guzman [1]** 46/24
**Officer Possinger [2]** 48/12 57/18
**Officer Todd [4]** 12/23 49/24 57/22 75/1
**Officer Todd's [2]** 47/6 47/15
**officer's [1]** 30/2
**officers [46]** 5/5 5/21 5/23 6/1 6/12 6/21 6/25 7/22 8/2 8/14 9/1 9/10 10/13 10/18 10/24 12/17 13/2 13/9 17/8 23/12 23/19 24/4 24/10 25/13 28/18 31/3 33/20 34/1 41/21 46/10 55/13 55/23 56/25 57/5 57/13 62/11 62/14 62/18 62/21 67/21 86/11 89/17 99/18 99/22 101/19 111/17
**Official [1]** 2/3
**oh [15]** 25/6 34/11 63/15 67/12 84/18 87/8 87/9 87/12 87/21 87/22 97/8 115/11 123/13 123/16 125/5
**okay [95]** 4/20 5/8 8/9 10/1 10/1 10/5 10/10 10/25 11/4 11/9 11/13 12/3 12/6 12/21 12/24 14/8 14/12 14/24 19/3 24/1 24/3 28/25 30/5 30/9 33/3 34/3 34/7 34/11 34/14 34/18 34/24 36/1 39/3 39/15 43/11 44/10 44/17 51/18 53/9 55/3 63/2 63/12 63/16 64/1 64/9 66/16 68/1 68/15 69/3 69/23 70/22 72/1 72/11 74/13 76/7 78/17 83/2 85/13 86/3 86/13 87/1 87/6 87/12 91/9 96/9 99/17 102/15 103/4 103/5 105/3 106/8 106/14 106/23 107/1 107/6 108/6 108/11 109/12 110/10 111/2 111/10 111/15 113/4 113/9 113/15 113/24 116/24 117/14 119/8 123/7 123/22 124/2 124/15 124/22 125/14
**olive [1]** 66/12
**Oluwole [2]** 1/17 4/15

O

**once [4]** 9/3 25/20 85/4 93/5
**one [30]** 11/3 11/18 12/14 12/22 24/6 24/12 25/13 29/3 37/20 37/20 37/20 39/4 39/7 42/18 43/17 44/1 44/3 44/4 44/11 51/24 51/25 51/25 59/18 75/21 87/13 104/8 111/17 117/12 119/5 124/18
**one-witness [1]** 124/18
**ones [1]** 87/13
**only [5]** 12/22 57/11 62/21 99/21 115/20
**open [3]** 32/19 50/5 59/1
**open-air [1]** 32/19
**opens [1]** 104/18
**operates [1]** 17/15
**operation [1]** 57/7
**opinion [1]** 83/8
**opportunity [7]** 28/5 47/8 47/24 98/16 103/2 106/4 125/9
**opposition [2]** 7/8 125/2
**orange [1]** 29/20
**originally [2]** 25/22 70/2
**other [32]** 12/23 13/2 17/7 18/15 23/12 24/4 27/21 28/15 31/8 31/12 31/18 32/9 37/16 37/20 38/13 39/7 41/7 51/2 51/7 52/7 52/11 52/12 52/13 57/2 80/12 89/17 92/6 92/6 92/22 98/19 100/9 100/10
**others [2]** 22/9 23/17
**ought [1]** 5/12
**our [11]** 5/13 5/15 5/22 8/14 8/21 9/2 9/4 9/16 18/1 18/1 83/2
**our position [1]** 5/22
**out [18]** 8/2 12/19 12/22 14/20 42/4 42/12 51/17 67/25 69/22 70/18 70/20 75/2 85/19 92/5 100/5 112/19 121/1 125/16
**outer [1]** 17/16
**outer-most [1]** 17/16
**outline [1]** 61/18
**outlined [2]** 11/20 11/22
**outside [2]** 55/9 57/22
**outstanding [1]** 4/11
**over [7]** 25/13 29/19 45/13 45/20 45/23 50/9 51/16
**overruled [6]** 32/17 51/5 80/18 82/3 84/22 95/14
**own [1]** 31/19
**owners [1]** 83/3

P

**P-o-s-s-i-n-g-e-r [1]** 34/22
**p.m [6]** 1/6 18/4 18/4 22/20 89/15 125/18
**pack [1]** 61/15
**pants [2]** 66/12 95/9
**papers [2]** 5/3 10/6
**paperwork [2]** 20/7 20/22
**paragraph [1]** 56/9
**paralegal [1]** 4/11
**paraphrasing [1]** 121/7
**part [2]** 55/25 103/10
**participated [3]** 18/14 22/12 32/21
**particular [38]** 6/20 11/20 18/6 18/8 19/15 20/3 20/11 22/23 23/5 23/20 25/1 26/21 30/12 32/8 32/15 33/1 33/5 35/21 36/6 37/17 38/2 38/12 38/18 39/8 40/16 41/6 42/2 42/11 43/21 50/9 52/18 53/12 81/17 81/21 113/11 115/5 116/23 118/13
**path [1]** 59/18
**patrol [3]** 24/21 25/5 25/6
**patrolling [2]** 19/17 19/19
**pattern [2]** 10/3 10/8
**pause [3]** 36/3 44/12 73/3
**paused [2]** 69/11 72/23
**pavement [1]** 40/23
**pay [2]** 38/18 109/23
**people [7]** 45/13 45/24 59/20 59/22 64/15 81/17 103/22
**per [1]** 52/21
**perceived [1]** 58/14
**performance [5]** 21/17 31/7 32/14 35/19 80/9
**period [2]** 18/22 20/11
**permission [1]** 39/12
**permitted [1]** 113/14
**person [33]** 24/12 25/21 25/22 25/24 29/14 29/14 35/20 45/19 49/24 53/24 59/4 64/23 64/23 64/24 66/22 69/12 69/17 91/25 92/15 92/17 92/22 92/23 93/6 95/12 95/17 104/10 112/7 112/10 115/17 117/22 117/23 121/8 121/25
**person's [2]** 29/4 31/24
**personally [6]** 54/3 54/12 61/24 74/20 94/2 114/19
**PG [1]** 17/6
**PG County [1]** 17/6
**phone [1]** 61/11
**photograph [3]** 41/20 42/2 42/4
**photographs [4]** 14/2 37/21 41/6 124/20
**phrase [6]** 67/6 67/16 67/20 67/23 121/5 121/11
**physical [6]** 49/22 49/25 50/1 100/19 100/21 100/22
**physically [3]** 67/17 118/1 118/3
**pick [4]** 118/21 118/23 118/25 119/3
**picked [1]** 119/1
**picture [1]** 70/4
**place [5]** 20/10 52/6 56/21 56/23 57/16
**placed [4]** 13/19 88/9 101/8 102/10
**plain [2]** 17/13 17/15
**Plaintiff [1]** 1/4
**plastic [5]** 58/22 72/19 83/19 83/24 84/7
**play [26]** 5/12 28/14 28/15 28/23 39/11 64/2 65/14 65/15 65/16 66/4 68/7 72/21 103/13 104/25 105/16 106/2 107/2 107/16 109/13 110/1 112/15 114/14 116/20 117/12 119/5 119/5
**played [44]** 28/10 29/1 30/10 35/2 35/9 36/2 37/4 37/24 38/20 39/16 64/12 65/9 66/6 67/2 67/5 68/2 68/8 71/21 71/23 72/12 72/22 73/4 74/7 76/9 76/23 77/8 102/21 103/15 105/4 106/15 107/7 107/17 108/15 109/15 110/4 111/22 112/16 114/1 114/22 116/25 117/15 118/6 119/9 121/23
**playing [2]** 64/11 65/5
**please [27]** 4/7 9/22 13/20 15/14 22/5 29/18 33/19 36/3 43/6 44/11 49/8 56/8 65/7 82/5 88/7 88/10 88/21 95/7 103/4 105/2 107/4 111/21 111/23 112/15 113/25 114/2 118/4
**pocket [52]** 7/1 17/20 26/5 27/17 28/2 29/4 29/8 31/4 54/13 59/8 60/2 60/11 60/17 60/24 61/6 61/8 61/19 61/22 61/24 62/2 62/5 65/2 65/6 65/22 67/25 75/19 77/20 96/6 97/17 98/12 98/17 98/20 99/3 99/9 100/6 102/1 105/7 107/22 108/14 108/21 108/23 109/4 109/7 113/23 114/25 116/9 116/10 116/14 120/10 120/14 120/23 121/2
**pockets [2]** 31/9 45/14
**podium [1]** 4/8
**point [81]** 5/22 7/8 8/5 9/11 10/4 17/5 26/22 29/17 47/8 49/12 58/7 58/10 58/13 59/10 59/24 60/23 61/5 64/6 65/1 65/4 65/5 65/21 65/22 66/1 66/2 67/24 67/25 68/12 68/25 69/6 69/20 69/25 70/18 73/6 74/11 77/4 77/6 78/5 90/7 93/11 93/14 93/18 93/25 94/9 94/12 96/3 96/11 96/14 96/17 97/5 98/19 99/10 100/16 101/14 101/22 102/2 103/3 104/13 104/16 105/1 106/10 107/3 108/4 108/23 109/2 109/6 109/9 109/20 109/25 110/1 113/11 119/1 119/3 120/25

**P**

**point... [7]** 122/2 122/3 122/8 122/9 122/11 122/25 123/12
**point -- strike [1]** 59/24
**pointing [1]** 99/3
**police [37]** 5/18 5/21 5/23 6/1 6/12 6/15 6/21 6/25 7/22 8/7 8/14 9/1 9/10 10/13 10/18 12/17 15/18 15/23 16/4 17/19 17/20 20/22 40/8 45/17 45/23 46/10 56/22 56/25 59/20 59/22 60/13 66/23 67/17 67/21 89/4 92/14 92/16
**policies [1]** 83/13
**portion [3]** 11/21 11/22 11/23
**portions [3]** 28/15 63/9 71/21
**position [16]** 4/25 5/3 5/6 5/10 5/13 5/15 5/22 8/14 8/21 9/2 9/4 9/16 15/22 20/5 27/12 41/20
**positioned [1]** 84/4
**possessed [3]** 8/8 45/21 46/3
**possession [3]** 31/24 35/14 35/20
**Possibly [1]** 82/19
**Possinger [14]** 12/18 27/9 27/10 34/3 34/23 35/23 39/23 48/12 48/16 48/19 49/10 57/18 75/25 76/13
**Possinger's [2]** 27/12 40/2
**PPMS [1]** 87/21
**practices [1]** 24/14
**pre [1]** 116/18
**pre-determined [1]** 116/18
**preparation [1]** 47/3
**prepared [4]** 48/11 48/14 48/18 48/20
**presence [2]** 116/18 116/19
**present [6]** 15/10 85/16 85/19 86/20 87/3 87/6
**presiding [1]** 4/3
**press [6]** 66/4 72/21 104/20 104/25 107/2 109/13
**pressed [1]** 58/25
**presume [1]** 45/23
**pretty [1]** 86/2
**Prettyman [1]** 2/4
**previously [3]** 7/4 13/24 24/11
**Prince [1]** 17/4
**principles [1]** 13/11
**print [1]** 14/20
**prior [29]** 4/23 16/7 16/11 18/14 18/16 20/2 20/2 20/3 20/11 21/7 22/11 31/3 33/1 39/17 40/24 47/2 49/11 51/17 53/2 60/13 76/5 76/20 80/21 86/11 91/12 96/3 98/11 98/17 99/18
**proactively [1]** 16/4
**probable [1]** 11/23
**probably [2]** 19/20 119/13
**problem [1]** 40/6
**procedures [2]** 24/15 83/14
**proceed [4]** 13/23 15/3 44/20 123/10
**proceeding [1]** 105/21
**proceedings [4]** 1/9 2/7 125/18 126/4
**processed [1]** 12/20
**produced [1]** 2/7
**proffer [2]** 13/14 13/14
**proper [1]** 94/11
**propose [4]** 123/10 123/18 123/23 123/25
**proposition [2]** 7/14 8/6
**protruding [1]** 61/21
**provoke [1]** 30/22
**provoked [6]** 5/23 5/24 6/6 6/10 7/11 11/19
**proximity [1]** 36/18
**PSA [5]** 52/18 53/3 80/21 80/24 81/16
**PSA-wide [1]** 53/3
**PSAs [2]** 51/2 51/7
**puffy [5]** 95/9 95/11 95/16 95/19 95/22
**Pull [1]** 15/12
**purchased [1]** 58/18
**purposes [5]** 21/6 48/25 49/6 57/7 71/10
**pursue [1]** 100/12
**pursuit [1]** 67/4
**put [6]** 5/2 9/22 9/24 87/24 124/13 124/20
**puts [1]** 124/10

**Q**

**qualify [1]** 80/15
**quarterback [1]** 57/7
**query [1]** 87/16
**question [29]** 8/4 31/15 34/9 39/7 43/6 46/5 48/13 54/22 54/23 61/17 82/12 83/23 84/2 91/3 93/23 94/11 94/16 96/10 97/21 97/22 97/24 98/1 98/5 102/2 102/4 108/25 109/2 113/7 117/13
**questioning [2]** 45/15 121/4
**questions [15]** 41/7 44/14 67/9 67/15 67/18 71/21 73/1 78/14 80/5 81/16 86/5 109/11 111/7 119/22 122/18
**quick [2]** 41/7 80/5

**R**

**radio [16]** 25/13 53/24 90/19 90/23 91/1 91/4 91/7 91/13 91/18 92/5 92/7 92/18 93/1 93/1 93/4 93/7
**radius [2]** 53/7 53/7
**raise [4]** 12/5 12/14 13/18 88/8
**ran [14]** 8/23 29/14 31/6 53/18 54/2 54/5 62/14 62/19 62/21 92/1 92/8 92/12 99/21 100/12
**rank [1]** 16/7
**RAS [1]** 11/21
**re [1]** 116/3
**re-engage [1]** 116/3
**reach [4]** 61/24 62/2 70/20 100/16
**reached [3]** 70/18 75/2 100/18
**reaching [4]** 101/25 116/7 116/8 116/13
**read [1]** 55/9
**reading [1]** 59/3
**ready [3]** 11/13 11/16 44/6
**real [1]** 108/3
**real-time [1]** 108/3
**realize [1]** 87/12
**really [2]** 10/16 21/11
**Realtime [1]** 2/3
**rear [1]** 17/19
**reason [3]** 25/2 56/25 57/2
**reasonable [6]** 7/19 7/23 8/12 9/3 9/9 9/18
**rebuttal [2]** 123/3 123/5
**recall [25]** 22/21 28/21 33/24 38/14 38/15 43/21 46/17 50/6 55/25 59/2 81/19 84/2 84/15 91/23 94/2 95/10 98/23 98/24 99/1 100/23 101/10 102/9 108/3 110/14 117/5
**receive [1]** 90/23
**received [9]** 15/1 71/18 74/14 79/2 90/19 91/1 91/6 91/13 91/24
**recently [2]** 90/3 90/4
**recognize [7]** 30/12 39/19 102/23 102/25 111/16 112/2 112/10
**recollection [4]** 46/10 48/22 49/16 49/17
**record [35]** 4/4 4/8 4/15 9/8 11/11 12/12 12/16 14/16 15/14 17/2 17/24 21/6 24/18 29/21 29/24 33/18 34/12 34/13 34/18 35/12 35/17 38/11 63/20 69/6 71/8 80/8 82/24 86/8 87/24 88/22 93/4 122/24 124/6 124/14 126/3
**recorded [1]** 2/7
**records [1]** 18/1
**recovered [3]** 29/12 38/12 38/13
**recoveries [1]** 21/16
**recovery [4]** 18/15 22/12 22/12 32/21
**RECROSS [1]** 3/11
**rectangular [28]** 60/1 60/10 61/8 62/9 62/9 96/5 96/7 96/23 96/25 97/3 97/9 97/16 98/7 99/8 103/6 103/10 104/14 104/17 105/2 105/9 106/10 107/4 107/22 107/25 108/13 108/18 109/7 120/6
**red [12]** 34/4 34/10 34/19 34/21 35/11 35/12 36/11 36/12 111/12 111/13 114/12 114/15
**redirect [7]** 3/11 3/23 78/19 80/2 86/23 119/21 120/2
**reference [4]** 48/7 50/8 100/6 102/13
**referencing [2]** 99/3 104/7
**referring [1]** 48/16
**reflect [3]** 29/21 29/24 38/11
**refresh [1]** 48/21

R


**refreshed [3]** 49/8 56/8 56/14
**refuse [1]** 59/22
**refuses [1]** 7/14
**regarding [11]** 18/21 21/13 37/16 40/20 43/13 84/2 90/24 91/1 93/1 113/20 124/14
**regions [1]** 16/17
**Registered [1]** 2/2
**relates [8]** 20/1 21/15 25/4 27/12 31/2 32/10 32/13 81/21
**relation [1]** 67/16
**relationship [1]** 115/2
**relevance [1]** 95/13
**relevant [1]** 44/9
**remain [2]** 5/6 88/7
**remained [1]** 57/22
**remember [7]** 45/15 59/3 67/7 67/18 77/2 82/6 118/11
**reminder [1]** 78/25
**remove [1]** 75/18
**removed [4]** 77/19 77/21 116/10 120/23
**renew [1]** 87/16
**repeat [5]** 31/15 48/13 50/11 75/13 82/5
**rephrase [3]** 43/6 60/6 83/25
**replay [1]** 121/20
**report [2]** 48/7 93/8
**reporter [5]** 2/2 2/2 2/3 2/3 24/2
**representing [1]** 4/10
**represents [1]** 41/12
**request [1]** 124/14
**required [1]** 9/20
**resembled [1]** 28/2
**resolution [2]** 73/16 73/19
**respectful [1]** 124/21
**respectfully [5]** 37/6 39/7 123/6 124/7 124/23
**respond [1]** 7/16
**responding [3]** 53/12 53/15 93/8
**response [1]** 62/24
**responsible [1]** 15/24
**rest [5]** 16/14 37/21 86/24 122/21 123/8
**rests [1]** 123/1
**review [3]** 49/13 90/1 103/3
**reviewed [2]** 20/25 81/7
**right [134]**
**right-hand [1]** 97/2
**rise [2]** 4/2 7/19
**rises [1]** 9/9
**River [1]** 17/6
**RMR [2]** 126/2 126/8
**road [17]** 18/12 19/22 22/13 23/2 25/8 89/14 89/18 89/22 90/15 91/17 92/21 93/12 94/1 94/7 94/10 94/21 118/10
**robberies [10]** 20/14 20/20 50/20 50/23 50/24 51/9 51/21 52/4 52/10 80/11
**robbery [6]** 15/24 16/1 24/19 40/8 53/13 89/11
**routine [4]** 24/20 24/21 25/4 25/6
**run [14]** 7/18 8/9 8/11 9/13 9/14 9/21 30/22 62/17 82/10 92/5 92/8 93/1 99/16 99/19
**running [7]** 5/5 8/17 8/18 31/3 116/13 121/12 121/16


S


**S-t-e-e-n [2]** 11/25 15/16
**safe [2]** 69/24 77/15
**said [29]** 6/22 24/11 27/24 29/3 29/7 35/22 55/1 55/4 57/9 62/25 76/13 76/14 76/15 77/21 78/1 81/15 82/16 84/17 86/9 87/20 97/10 97/12 98/24 100/8 105/20 113/10 115/5 121/7 124/16
**same [5]** 58/8 73/16 75/4 99/3 99/6
**saw [32]** 29/3 30/8 43/3 47/14 48/3 60/14 60/16 60/17 61/18 61/21 72/8 74/17 74/20 75/1 75/8 84/8 84/14 84/16 84/17 86/9 90/11 93/20 94/4 94/10 94/20 94/23 95/4 96/7 99/6 101/16 122/5 122/10
**say [37]** 9/22 11/18 15/11 20/16 21/7 21/10 21/18 21/24 22/8 32/25 37/1 42/19 46/23 54/14 60/23 61/5 61/18 61/21 66/8 69/24 76/11 76/21 77/15 77/21 77/23 78/3 78/6 84/16 91/25 92/23 97/14 99/5 104/23 105/6 113/5 120/12 121/11
**saying [6]** 6/4 8/24 26/14 56/11 77/24 99/1
**says [6]** 55/13 55/23 57/19 58/24 104/3 121/25
**scene [10]** 6/13 18/2 23/20 27/3 34/1 46/11 46/20 75/25 117/5 117/6
**screen [20]** 34/10 63/21 68/18 68/19 69/25 70/23 70/24 70/25 72/14 72/16 73/12 75/24 103/19 103/22 104/22 106/18 106/22 106/24 106/25 109/18
**screens [1]** 73/15
**screenshot [2]** 41/15 42/17
**scuffle [1]** 102/9
**seated [2]** 13/20 88/10
**second [1]** 119/14
**seconds [12]** 39/12 64/4 64/11 66/5 72/23 106/18 106/20 109/17 110/6 116/20 116/21 119/5
**see [91]** 4/12 4/13 10/22 10/23 12/4 12/22 25/20 25/22 25/24 27/20 27/21 28/5 28/18 29/7 29/14 30/22 31/2 33/9 33/20 36/7 36/8 36/9 36/10 41/13 41/25 42/3 54/5 54/8 56/10 56/11 56/12 60/1 60/10 62/2 63/21 64/14 64/17 65/1 65/17 65/19 66/22 68/13 68/19 70/3 70/12 70/18 70/20 71/2 72/14 72/16 73/6 73/9 74/9 75/12 75/15 75/18 77/24 78/5 78/11 82/10 93/18 94/1 96/3 96/15 96/18 96/20 101/11 101/14 101/17 101/22 102/3 103/18 104/18 107/22 108/22 109/3 109/6 109/18 112/20 113/20 114/4 114/8 114/12 114/17 114/19 115/22 115/23 116/10 116/22 118/21 120/22
**seeing [4]** 6/15 33/23 81/23 94/2
**seem [3]** 8/18 10/15 51/9
**seemed [1]** 95/1
**seems [1]** 8/9
**seen [28]** 10/19 12/2 31/7 31/18 31/19 38/13 41/16 45/20 77/22 78/1 78/11 90/9 92/13 92/16 92/20 93/6 94/12 96/5 97/22 99/6 100/2 100/3 105/19 105/24 108/3 114/24 116/8 116/13
**segments [1]** 106/3
**seize [1]** 9/15
**seized [1]** 5/4
**seizure [1]** 5/2
**self [1]** 86/2
**self-evident [1]** 86/2
**selling [1]** 32/22
**sent [2]** 12/19 13/24
**sergeant [13]** 16/8 16/9 16/18 16/23 27/10 34/21 38/4 38/5 48/14 48/17 48/18 49/9 86/14
**series [4]** 41/5 67/9 67/15 80/5
**served [1]** 13/5
**service [6]** 16/24 18/9 18/12 21/13 24/24 25/4
**session [1]** 4/3
**she [7]** 12/1 12/4 32/18 43/9 51/16 82/2 84/23
**she's [4]** 12/1 12/1 26/14 40/18
**Shell [1]** 18/23
**shoes [1]** 104/11
**short [3]** 37/16 37/20 38/22
**should [2]** 13/6 107/11
**show [21]** 5/1 28/3 30/7 33/14 33/16 35/24 35/25 37/15 37/18 38/17 41/5 41/9 41/11 41/20 42/9 42/22 42/24 43/18 63/7 73/18 111/8
**showing [4]** 42/10 48/21 48/25 106/3
**shows [2]** 30/17 69/20
**sic [2]** 50/22 86/14
**side [15]** 25/15 26/5 28/19 29/3 29/8

**S**

**side... [10]** 54/16 62/20 66/8 66/21 96/25 97/2 103/11 103/11 103/12 114/25
**sides [2]** 124/18 125/12
**sidewalk [9]** 26/21 26/23 36/21 36/23 37/1 114/18 114/20 118/9 119/7
**sign [1]** 104/3
**significance [5]** 44/4 82/17 113/20 116/16 116/22
**significant [7]** 81/23 82/8 85/18 85/20 85/22 86/1 118/15
**similar [2]** 31/20 31/22
**simultaneously [1]** 91/15
**since [3]** 63/13 105/19 113/11
**sir [27]** 4/19 14/10 17/23 29/7 88/19 90/21 92/11 93/10 95/11 95/19 98/18 98/19 98/25 100/11 104/12 105/11 106/6 106/11 107/24 108/19 108/24 108/25 109/5 109/8 109/18 119/17 122/14
**sister [2]** 23/12 111/17
**sit [1]** 123/17
**sitting [1]** 29/19
**situation [1]** 20/12
**situations [1]** 59/23
**six [15]** 18/16 18/21 20/2 20/2 20/11 21/7 32/25 50/10 50/15 50/20 51/17 52/5 52/17 53/3 80/21
**six-month [2]** 18/21 20/11
**skidding [1]** 110/12
**skirt [1]** 118/9
**skirting [3]** 119/4 119/6 121/13
**slid [1]** 40/22
**sliding [4]** 39/9 39/13 77/1 118/19
**slightly [1]** 69/1
**slow [7]** 66/18 107/18 107/21 108/1 108/2 108/7 108/9
**slowed [1]** 33/17
**slowed-down [1]** 33/17
**so [87]** 4/20 4/24 5/9 5/9 6/6 6/11 9/12 10/6 13/14 14/5 14/21 15/10 15/20 16/24 17/2 17/21 18/3 18/16 19/20 20/2 20/9 23/17 32/25 34/12 34/12 35/17 38/11 39/12 44/13 50/22 50/24 51/9 51/17 51/21 51/23 51/25 52/1 52/10 52/13 52/20 57/18 58/20 59/19 60/19 62/8 62/21 70/25 71/17 72/3 75/16 76/20 77/15 77/25 78/24 80/21 82/24 83/7 87/10 91/3 91/16 92/7 92/15 92/18 93/4 93/20 94/4 94/9 99/21 100/7 102/2 103/2 103/22 104/16 106/17 110/6 113/6 119/13 119/14 120/9 120/12 120/25 123/18 124/10 124/20 124/24 125/2 125/12
**So it's [2]** 14/21 77/15
**So this is [1]** 72/3
**some [19]** 10/25 16/2 23/3 58/7 58/18 59/10 67/5 94/9 94/12 97/5 99/8 99/10 100/16 105/22 109/25 110/1 112/7 119/1 119/3
**somebody [3]** 7/14 76/11 113/3
**someone [10]** 21/4 35/5 64/14 81/24 82/10 91/5 92/8 92/8 93/5 114/8
**someone's [1]** 27/17
**something [20]** 6/22 7/1 25/8 29/8 53/1 77/1 77/12 81/23 82/8 92/10 99/2 105/6 110/11 113/22 114/12 118/13 121/6 124/13 125/4 125/12
**sometime [1]** 18/4
**sometimes [2]** 95/22 95/24
**somewhere [1]** 104/15
**soon [1]** 31/5
**sorry [42]** 5/24 19/18 22/15 31/15 31/22 37/23 47/12 50/11 50/13 52/25 54/22 55/6 55/18 58/2 60/7 61/2 63/1 63/10 63/15 67/13 67/16 68/3 69/15 71/12 80/24 80/25 81/9 85/10 87/9 90/22 93/24 94/14 105/18 106/5 110/21 113/10 115/13 122/17 123/13 123/16 123/18 123/24
**sort [3]** 5/3 7/18 8/6
**sound [7]** 67/16 76/25 77/5 77/16 109/24 110/11 110/24
**sounded [1]** 77/1
**sounding [1]** 77/12
**sources [1]** 32/9
**south [9]** 17/5 18/23 18/25 19/9 19/10 64/15 91/16 91/16 103/25
**Southeast [10]** 89/14 89/18 89/22 90/15 91/11 93/12 94/1 94/7 94/10 94/21
**Southwest [1]** 19/9
**speak [3]** 6/23 23/25 25/12
**speaking [1]** 46/5
**specific [6]** 53/4 53/13 81/1 85/21 92/2 117/13
**specifically [8]** 16/2 16/17 16/24 18/11 22/19 31/2 80/6 81/8
**spell [2]** 15/13 34/20
**spelling [1]** 88/22
**spoken [2]** 6/16 104/14
**sponsor [1]** 13/1
**Sportsbook [2]** 104/4 104/9
**spot [1]** 70/1
**square [1]** 120/6
**stadium [1]** 16/22
**stand [2]** 7/14 123/20
**standard [1]** 13/10
**standing [4]** 55/9 59/18 69/12 88/7
**standpoint [1]** 110/14
**stands [1]** 8/6
**Stanford [1]** 1/18
**start [4]** 34/3 62/17 64/10 76/8
**started [2]** 4/22 121/12
**starting [2]** 4/7 66/4
**starts [2]** 12/14 67/4
**state [4]** 4/8 15/13 34/20 88/21
**stated [7]** 7/4 25/13 92/1 92/8 92/19 96/22 106/1
**statement [5]** 92/25 114/24 115/10 115/11 115/12
**states [7]** 1/1 1/3 1/10 4/5 4/10 55/9 60/9
**station [2]** 18/23 19/1
**statistically [2]** 20/9 80/10
**statistics [5]** 51/7 52/12 52/14 81/7 81/10
**stats [1]** 18/19
**Steen [9]** 11/24 15/6 15/15 35/11 36/6 37/6 44/15 80/4 86/14
**Steen's [1]** 86/22
**stenography [1]** 2/7
**step [2]** 86/16 122/20
**still [3]** 33/11 42/14 101/3
**stop [34]** 6/2 7/7 7/10 7/20 9/5 9/22 33/19 35/3 62/15 62/18 64/10 65/7 99/10 99/13 101/1 101/5 103/17 105/2 106/9 107/5 107/8 108/5 108/16 109/17 111/23 112/17 114/2 115/4 116/1 116/3 117/16 118/3 119/6 119/10
**stopped [3]** 115/25 115/25 118/1
**stopping [1]** 59/14
**store [57]** 5/4 5/16 6/21 8/2 23/3 25/16 26/1 26/3 26/23 27/15 55/10 55/14 55/20 56/23 57/1 57/2 57/4 57/14 57/21 57/24 58/4 58/8 58/11 58/15 58/18 58/21 59/11 64/16 92/2 92/3 92/4 92/9 92/10 92/13 92/17 92/20 92/23 93/5 94/5 94/6 94/22 94/24 94/25 95/4 99/24 100/2 100/3 100/4 100/5 100/8 103/7 103/8 103/9 105/1 106/7 112/19 113/19
**street [13]** 1/14 18/23 18/25 19/9 36/23 37/13 42/14 43/2 86/2 91/17 92/14 92/16 92/20
**streets [1]** 85/20
**strength [1]** 86/24

**S**

**strike [2]** 59/24 60/15
**striking [2]** 118/18 121/19
**subject [1]** 91/18
**submit [1]** 116/1
**submitted [1]** 10/20
**subpoena [1]** 12/19
**subpoenaed [2]** 12/17 87/14
**subpoenas [1]** 13/6
**substances [1]** 32/11
**substantially [2]** 21/24 124/19
**suggested [1]** 8/7
**suggesting [3]** 7/1 8/18 10/12
**suggestion [1]** 8/9
**Suite [1]** 1/18
**Superior [1]** 123/19
**supervise [3]** 17/7 17/10 17/11
**supervised [1]** 46/24
**supervising [4]** 24/17 46/20 57/6 57/14
**supervisor [2]** 18/18 57/8
**supplement [4]** 4/24 10/25 123/11 125/9
**supplemental [4]** 123/23 124/1 125/2 125/13
**supposed [1]** 9/14
**SUPPRESS [2]** 1/9 4/21
**suppression [5]** 15/25 16/1 24/19 40/9 89/11
**sure [18]** 12/11 12/15 21/11 21/20 39/6 48/20 56/2 56/19 60/6 61/17 63/6 73/14 73/21 83/2 107/20 121/21 124/5 124/9
**surrounding [3]** 80/14 81/22 82/9
**suspected [2]** 8/8 38/14
**suspicion [6]** 7/20 7/24 8/13 9/3 9/9 9/18
**sustained [5]** 22/4 30/24 39/25 44/8 115/19
**sweater [1]** 64/20
**swing [2]** 65/17 65/19
**swings [1]** 65/13
**sworn [3]** 15/6 40/7 88/16
**sworn-in [1]** 40/7
**swung [1]** 65/22

**T**

**T-o-d-d [1]** 88/24
**tackled [1]** 5/5
**tactical [2]** 17/16 17/17
**take [4]** 21/13 49/7 56/7 99/4
**taken [1]** 20/10
**taking [5]** 56/21 56/23 57/16 67/25 102/10
**talk [6]** 5/17 7/2 7/5 47/1 59/15 88/2
**talked [5]** 6/16 53/2 57/5 102/17 112/21
**talking [5]** 26/17 81/22 84/11 100/7 123/14
**tan [2]** 34/4 66/12
**tape [3]** 117/7 117/8 117/9
**team [5]** 23/13 24/15 24/18 39/6 40/7
**technically [1]** 63/13
**technology [1]** 63/5
**tell [31]** 9/19 17/3 18/21 20/5 22/8 25/5 25/11 26/2 35/17 37/6 51/24 54/19 55/2 59/7 64/6 65/7 65/12 65/21 66/1 68/14 70/5 81/14 82/24 105/2 105/14 107/4 107/24 115/20 116/5 119/6 121/1
**tell us [1]** 17/3
**telling [1]** 108/12
**ten [10]** 21/10 21/12 21/18 21/24 22/8 23/14 46/10 124/8 124/14 124/16
**tennis [1]** 104/11
**term [8]** 24/20 24/23 35/15 38/24 40/11 41/2 44/1 67/5
**terms [2]** 5/2 82/17
**testified [18]** 45/11 46/9 50/15 51/16 52/2 52/15 55/8 57/15 57/16 59/25 72/4 72/8 76/25 96/22 98/7 110/7 115/21 120/16
**testify [6]** 11/5 60/4 60/6 74/25 75/7 110/1
**testifying [1]** 47/3
**testimony [22]** 44/15 45/19 47/2 49/11 50/6 50/19 51/12 52/6 52/16 54/11 74/17 74/22 77/2 81/11 86/15 86/22 108/22 109/3 110/23
120/22 121/6 122/19
**than [10]** 21/9 21/9 21/10 21/15 21/15 21/22 34/19 52/20 92/22 100/10
**thank [31]** 11/12 13/4 13/17 13/22 14/24 23/23 28/24 28/25 30/5 34/24 35/1 35/8 36/4 44/13 53/9 55/6 78/18 78/24 79/1 81/1 86/13 86/15 86/17 88/10 110/20 111/21 113/25 114/21 118/5 122/14 122/20
**Thank you [21]** 13/22 14/24 28/24 28/25 30/5 34/24 35/1 35/8 36/4 53/9 55/6 78/24 79/1 81/1 86/17 88/10 110/20 113/25 114/21 118/5 122/14
**thank you so much [1]** 44/13
**thank you very much [2]** 86/15 122/20
**Thanks [1]** 125/17
**that [500]**
**that'll [1]** 41/8
**that's [93]** 8/21 10/14 11/5 12/23 14/1 14/23 16/16 16/21 17/1 18/23 18/25 19/8 19/9 20/21 22/4 30/21 30/24 33/24 33/25 34/6 34/8 34/18 38/6 40/6 42/5 42/17 43/23 46/12 46/25 50/21 51/11 52/9 52/19 53/4 53/9 53/14 53/20 55/15 57/11 57/17 58/9 59/9 60/25 61/7 61/20 61/23 63/2 63/16 64/25 65/20 66/11 66/14 67/22 68/11 68/22 68/23 71/4 74/1 74/24 75/6 75/10 75/20 76/19 76/22 77/18 81/12 84/18 84/22 87/22 88/1 88/24 94/13 100/5 104/1 104/3 104/8 104/24 106/6 108/18 112/5 115/6 115/19 116/18 117/23 119/12 119/18 120/24 121/10 122/17 123/21 124/16 124/23 125/8
**That's -- yes [1]** 125/8
**their [12]** 9/14 9/17 9/22 9/24 11/21 31/8 31/9 31/25 31/25 33/22 83/4 117/25
**them [14]** 7/5 7/9 10/14 13/3 13/5 13/9 13/10 13/14 29/17 33/23 95/12 95/20 95/23 122/18
**then [21]** 5/10 7/5 7/18 9/8 13/6 14/14 16/23 28/3 28/14 33/16 36/10 40/22 41/6 86/5 102/9 102/10 103/23 104/1 104/5 117/4 125/13
**there [70]** 7/1 8/5 9/8 10/16 11/17 11/19 12/23 13/15 14/9 14/19 20/1 20/10 23/8 23/8 24/6 24/12 27/3 27/5 27/16 29/3 29/19 32/9 33/5 33/19 35/3 35/5 35/11 36/3 38/11 38/13 41/2 46/10 48/7 48/8 50/19 50/23 51/16 52/13 52/15 52/16 53/18 53/21 53/24 56/20 56/22 57/16 59/18 64/15 65/10 65/18 69/6 69/25 76/25 80/20 81/22 82/8 83/15 89/17 95/25 99/8 103/24 107/22 111/23 112/17 114/2 117/16 121/4 123/20 123/21 125/14
**there have [1]** 50/23
**there's [16]** 7/23 8/12 12/1 14/4 23/3 28/12 56/19 64/19 64/20 70/19 85/19 86/1 94/17 105/6 112/7 123/21
**therefore [4]** 28/3 33/14 81/13 113/6
**these [9]** 8/2 12/5 13/2 13/9 14/9 19/12 34/1 53/2 53/4
**they [40]** 6/17 7/2 7/2 7/5 7/15 7/18 8/8 8/10 8/11 9/2 9/3 9/12 9/17 9/20 9/22 9/24 13/6 20/13 20/14 33/11 33/22 57/9 57/9 57/10 57/14 57/19 60/14 60/15 60/16 60/17 60/17 62/13 83/7 92/19 92/20 92/23 93/5 100/2 100/7 117/25
**they're [3]** 9/13 9/16 28/8
**thickness [2]** 95/12

**T**

**thickness... [1]** 95/17
**thing [2]** 11/18 99/6
**things [1]** 61/9
**think [19]** 6/19 7/21 8/20 9/20 11/13 11/20 13/1 34/18 41/7 42/11 44/14 60/5 73/15 82/12 87/19 92/2 94/17 113/12 117/10
**this [190]**
**THOMPSON [90]** 1/6 4/6 4/16 4/19 5/11 5/15 6/21 7/23 29/22 35/7 36/8 36/24 43/15 46/7 49/22 53/18 54/2 54/5 55/9 55/14 57/1 57/21 57/24 58/4 58/7 58/11 58/15 58/17 58/21 59/10 59/14 59/17 60/13 61/5 62/11 62/14 62/17 62/21 64/25 67/17 67/21 68/13 69/21 70/6 72/16 74/18 75/2 75/8 75/11 75/14 75/17 75/18 76/20 77/19 78/4 78/8 90/14 90/18 90/24 91/21 93/11 94/1 94/5 94/10 94/20 94/23 95/4 95/7 96/1 96/4 96/12 96/14 96/17 96/25 99/11 100/12 101/5 101/9 101/19 101/20 101/22 102/3 103/7 103/18 104/22 106/18 106/21 120/5 121/12 122/2
**Thompson's [18]** 5/2 35/13 58/24 60/1 60/11 60/17 62/5 73/7 73/9 78/12 98/11 98/17 98/20 99/9 101/11 101/16 109/3 109/21
**those [15]** 14/6 14/15 20/15 20/25 31/11 31/18 33/11 45/20 46/1 52/14 67/18 78/7 78/10 81/9 81/10
**though [1]** 95/1
**thought [3]** 9/13 40/3 87/13
**thousands [1]** 45/24
**three [7]** 12/17 16/6 23/16 23/17 78/14 103/23 109/11
**threw [3]** 36/24 36/25 37/12
**through [1]** 28/14
**throughout [1]** 83/1
**throw [2]** 37/7 43/15
**thrown [1]** 43/20
**time [42]** 14/6 16/14 18/6 18/14 22/21 24/11 25/18 26/19 36/25 42/3 44/13 58/8 71/25 78/3 78/11 80/20 86/15 87/3 94/4 95/21 95/25 97/5 97/6 99/3 101/2 101/8 101/12 104/15 105/19 105/22 105/23 108/3 108/4 115/4 115/8 115/9 117/2 117/12 117/20 118/1 119/5 124/21
**times [1]** 117/10
**tip [1]** 53/21
**titled [1]** 126/4
**Tobacco [1]** 19/10
**today [8]** 18/9 21/4 25/9 29/15 47/2 47/3 76/5 90/6
**today's [1]** 105/21
**Todd [47]** 9/4 12/17 12/23 27/3 29/6 36/9 37/8 42/12 46/6 46/17 46/23 47/1 47/2 49/24 57/22 59/25 60/4 60/9 67/1 68/13 68/21 68/25 69/18 69/20 70/6 73/6 74/23 75/1 75/1 75/7 75/11 75/14 75/16 87/5 87/17 88/11 88/16 88/23 89/20 90/13 97/24 102/17 103/18 109/14 111/6 113/17 120/4
**Todd's [6]** 47/6 47/9 47/15 61/2 70/18 72/5
**told [1]** 105/14
**too [1]** 123/21
**took [3]** 5/3 6/17 26/6
**top [2]** 66/12 115/6
**torso [2]** 100/23 100/25
**toss [6]** 74/18 86/9 101/22 102/3 122/6 122/10
**tossed [10]** 67/24 74/23 75/16 76/17 77/21 77/25 86/11 115/23 122/2 122/4
**tossing [1]** 76/21
**total [1]** 23/18
**touch [7]** 34/9 62/5 70/23 98/11 120/17 120/20 120/20
**touched [8]** 37/8 74/23 86/10 100/24 101/2 101/6 101/12 120/25
**touching [5]** 38/23 40/24 41/3 42/3 86/11
**tour [1]** 83/2
**toward [1]** 100/16
**towards [2]** 102/1 116/8
**training [3]** 31/19 82/21 85/3
**transcript [4]** 1/9 2/7 125/10 126/3
**transcription [1]** 2/7
**transmission [4]** 91/1 92/6 92/18 93/7
**transpired [3]** 9/7 47/16 48/4
**travel [1]** 36/19
**tried [1]** 26/4
**trigger [1]** 96/20
**trouble [1]** 40/5
**try [2]** 8/10 116/3
**turning [2]** 91/17 123/15
**twice [1]** 117/11
**two [14]** 12/23 23/17 33/20 34/1 37/15 50/24 51/9 51/13 51/17 51/21 52/10 52/20 64/15 86/5
**type [2]** 23/1 23/4

**U**

**U.S [1]** 1/13
**under [3]** 13/19 88/9 104/3
**underneath [3]** 95/20 95/23 104/9
**understand [8]** 6/9 12/9 26/14 86/1 97/21 97/22 105/15 105/25
**understanding [1]** 99/23
**uniform [2]** 17/13 24/13
**unit [8]** 15/25 16/2 17/15 22/10 22/11 24/19 40/9 89/11
**UNITED [5]** 1/1 1/3 1/10 4/5 4/10
**United States [2]** 4/5 4/10
**unloaded [1]** 43/24
**unmarked [6]** 23/10 23/11 24/5 24/6 24/8 24/9
**unprovoked [3]** 5/14 26/7 26/11
**until [2]** 21/14 62/17
**unusual [2]** 83/17 83/23
**unusually [1]** 51/21
**unzipped [5]** 59/1 59/4 65/24 65/25 95/2
**up [27]** 7/21 9/11 9/21 15/12 25/7 35/24 49/8 50/15 50/20 50/22 52/17 56/8 59/24 68/3 77/4 77/6 100/14 104/18 104/20 105/17 106/7 109/24 118/21 118/23 118/25 119/1 119/3
**upon [6]** 5/4 6/15 9/2 9/10 46/9 82/18
**upper [2]** 100/23 100/25
**us [16]** 17/3 20/5 21/14 22/8 23/17 25/5 25/11 26/2 81/11 81/14 92/20 102/9 106/9 115/20 116/5 124/10
**usdoj.gov [1]** 1/16
**use [1]** 93/1
**used [2]** 63/8 123/19
**using [1]** 95/2
**uttered [5]** 76/17 77/16 78/7 78/10 121/11

**V**

**V-i-c-k-i [1]** 15/16
**vantage [7]** 65/1 65/4 68/25 78/5 108/23 109/2 109/6
**various [1]** 83/1
**Vaughan [1]** 1/13
**vehicle [5]** 23/9 23/15 24/7 70/2 91/8
**vehicles [3]** 23/19 92/14 92/14
**verbatim [1]** 98/25
**version [2]** 33/17 35/25
**versus [2]** 4/5 6/12
**very [7]** 17/25 19/21 36/18 38/22 86/15 122/20 123/2
**vest [2]** 17/17 66/23
**vests [1]** 17/16
**VICKI [2]** 15/6 15/15
**video [74]** 10/19 28/10 29/1 30/10 33/5 33/7 35/2 35/9 36/2 37/4 37/24 38/8 38/20 39/16 63/9 63/23 64/12 65/9 66/6 67/2 67/5 68/2 68/6 68/7 68/8 69/9 72/12 72/22 73/4 74/7 75/21 76/9 76/23 77/8 90/10 102/21 103/14 103/15 105/4 105/16 105/19

**V**

**video... [33]** 105/21 105/22 105/24 106/2 106/4 106/15 107/7 107/17 108/5 108/7 108/9 108/15 109/15 110/4 110/14 110/19 110/25 111/22 112/16 114/1 114/22 115/6 116/25 117/15 118/6 118/13 118/23 118/25 119/9 121/14 121/20 121/23 124/20
**videos [1]** 42/18
**view [8]** 6/6 9/12 47/9 47/13 47/24 90/7 100/9 105/21
**viewing [1]** 105/22
**violent [6]** 16/3 18/15 20/10 25/3 50/16 80/11
**voice [5]** 15/9 25/11 39/19 40/2 112/2
**volume [3]** 95/12 95/17 95/18
**vs [1]** 1/5

**W**

**W-e-r-s-h-b-a-l-e [1]** 38/6
**waist [1]** 31/25
**waistband [1]** 31/9
**walk [2]** 59/17 59/20
**walked [4]** 5/21 59/14 92/17 93/5
**walking [7]** 5/23 6/2 6/3 7/10 45/20 92/22 99/15
**walks [2]** 8/1 8/2
**wallet [1]** 61/13
**want [44]** 10/13 10/14 11/18 12/16 13/2 13/8 13/14 15/9 18/22 22/19 30/7 32/7 33/4 33/14 33/16 34/17 35/24 35/25 37/15 38/18 38/23 39/7 39/11 39/12 41/5 53/1 71/14 73/18 80/4 87/16 102/13 108/1 108/7 109/25 110/2 111/6 111/13 117/12 119/4 123/11 124/3 124/13 125/4 125/9
**wanted [6]** 4/24 7/2 12/5 87/24 105/16 124/20
**Wardlow [3]** 6/12 6/20 7/9
**was [221]**
**was that [1]** 86/10
**Washington [4]** 1/5 1/15 2/5 89/14
**wasn't [3]** 83/23 91/3 94/16
**watch [2]** 72/5 76/2
**watched [1]** 61/1
**watching [1]** 78/4
**way [9]** 5/1 7/5 28/14 42/13 62/8 69/2 103/24 110/2 122/18
**we [48]** 4/4 4/22 5/9 8/1 10/12 10/13 10/17 11/13 11/20 12/10 13/3 13/14 13/23 15/10 19/23 20/9 22/23 30/8 32/8 33/6 33/25 38/12 41/6 41/16 66/8 67/20 67/23 68/13 76/21 77/4 77/15 85/8 85/8 85/15 85/15 85/25 92/4 93/1 93/2 105/6 106/17 107/3 110/6 117/12 121/12 121/18 123/8 125/10
**we just [1]** 19/23
**we see [1]** 68/13
**we will [2]** 123/8 125/10
**we'll [4]** 12/4 13/2 125/13 125/16
**we're [8]** 4/20 8/8 11/16 13/15 17/15 81/22 86/24 112/3
**we've [5]** 11/22 33/4 46/13 87/21 102/17
**weapon [4]** 9/13 20/20 66/2 69/25
**weapons [3]** 52/17 52/21 80/12
**wearing [16]** 26/24 27/1 27/6 29/20 46/14 46/18 47/18 64/19 66/11 66/22 89/20 95/8 95/9 95/12 95/22 104/10
**weighing [2]** 62/20 84/19
**weight [3]** 97/20 98/16 99/8
**weighted [24]** 26/5 31/5 31/8 31/24 45/13 45/21 46/2 54/16 54/17 57/10 60/1 60/10 65/22 81/15 81/24 82/10 82/16 84/10 84/14 84/16 108/24 109/1 112/21 115/7
**welcome [2]** 13/21 88/11
**well [46]** 5/13 7/21 11/1 12/4 12/25 21/18 21/19 22/10 23/17 27/3 27/15 27/21 34/1 40/4 40/18 43/8 51/14 51/15 52/14 53/7 53/11 57/5 57/21 64/14 70/1 70/25 82/16 83/3 83/6 83/25 85/8 85/11 87/6 87/15 87/23 88/22 91/24 103/13 109/25 110/1 113/1 116/6 118/20 118/21 118/23 125/10
**went [15]** 23/19 25/24 26/1 36/21 55/14 57/1 57/14 57/19 57/21 58/4 58/4 92/10 92/12 92/13 100/1
**were [75]** 6/1 14/2 16/9 16/11 16/14 16/24 18/3 18/6 20/9 20/10 20/13 20/15 20/25 21/3 21/8 22/17 23/15 23/15 24/4 24/10 24/17 25/1 25/18 26/21 26/24 27/20 33/9 36/25 38/13 38/23 46/10 46/14 46/20 46/24 49/21 52/15 52/16 53/12 53/15 54/19 55/1 55/23 57/5 57/6 57/13 58/8 65/2 65/6 65/21 66/1 71/21 78/3 78/8 80/20 84/10 89/10 89/13 89/17 89/20 89/21 91/6 91/10 91/12 93/8 94/9 100/7 101/19 119/16 120/4 120/9 120/12 120/13 120/16 122/12 123/13
**were you [1]** 78/8
**Wershbale [3]** 38/3 38/4 38/5
**what [155]**
**what do you see [1]** 36/7
**what's [10]** 17/3 49/5 56/5 63/21 72/14 75/24 102/13 102/19 109/18 116/22
**whatever [1]** 42/6
**when [78]** 5/5 5/15 5/21 5/25 6/1 6/12 22/8 23/8 38/24 39/13 40/22 41/2 43/3 49/7 55/10 56/7 56/19 57/19 57/21 58/21 59/10 59/17 62/14 62/19 67/16 67/23 77/25 78/1 78/2 78/7 78/10 81/15 82/16 83/17 84/14 86/9 91/6 92/13 92/15 93/11 93/17 93/25 94/2 94/4 94/5 94/18 94/20 94/23 95/4 95/17 99/13 100/5 100/12 100/18 100/24 103/6 103/7 103/9 103/13 105/1 105/9 106/9 107/3 107/3 107/24 108/13 108/18 112/19 113/5 113/10 115/10 115/12 115/25 116/6 119/6 120/4 120/25 124/16
**where [22]** 13/3 27/13 43/1 53/8 65/5 65/13 65/20 78/5 83/1 84/4 91/6 91/10 100/22 102/10 103/21 105/1 106/7 106/10 107/4 108/5 108/20 115/16
**whether [10]** 12/4 30/1 42/4 46/17 70/5 74/1 83/16 86/1 108/25 118/8
**which [13]** 5/20 8/4 8/7 10/16 28/16 28/16 30/2 33/16 35/21 36/10 41/9 53/4 99/7
**while [8]** 57/24 58/14 58/17 85/19 89/21 94/9 103/2 121/16
**white [1]** 104/11
**who [32]** 8/1 25/14 26/17 28/12 28/21 29/3 29/5 29/7 29/7 30/15 32/22 33/22 34/1 35/5 36/9 36/22 43/4 43/8 46/2 48/20 64/14 64/19 64/23 66/11 72/18 76/13 98/22 101/20 104/10 112/5 114/10 114/24
**who's [5]** 34/21 66/25 112/12 113/3 114/6
**whole [3]** 80/24 81/16 106/2
**whose [6]** 39/1 43/4 63/24 64/6 112/2 121/8
**whose hand [1]** 43/4
**why [10]** 13/8 13/13 56/25 83/7 85/7 85/25 87/19 91/25 122/17 125/12
**wide [1]** 53/3
**will [9]** 5/1 5/11 10/24 17/2 29/24 48/23 48/24 123/8 125/10
**William [3]** 2/2

**W**

**William... [2]** 126/2 126/8
**Willingly [1]** 99/14
**wish [2]** 87/3 123/4
**wishes [1]** 86/20
**withdraw [1]** 85/11
**withdrawn [1]** 32/4
**within [5]** 18/19 19/7 20/11 32/25 49/15
**without [3]** 6/15 14/7 59/14
**witness [15]** 3/9 3/21 11/14 11/16 13/19 15/6 49/2 56/1 88/9 88/16 97/25 113/1 113/6 113/12 124/18
**witnesses [4]** 3/11 3/23 11/1 86/20
**wofalodunlaw [1]** 1/20
**won't [1]** 81/13
**word [1]** 116/19
**words [5]** 38/19 66/23 77/17 78/7 78/10
**work [2]** 124/24 125/16
**worked [1]** 21/16
**working [2]** 70/25 91/5
**worn [45]** 14/5 17/22 17/25 26/24 27/1 27/6 28/12 28/13 28/16 30/2 30/12 37/10 39/1 41/15 42/7 42/18 46/14 46/18 47/6 47/10 47/15 47/19 47/22 47/25 48/4 60/21 61/2 63/24 64/6 72/5 76/3 89/20 89/24 90/2 90/8 95/17 100/10 102/18 103/1 111/17 112/3 112/20 117/8 121/8 124/20
**would [46]** 7/13 9/20 9/21 13/10 14/5 16/15 20/15 21/10 21/18 21/24 21/24 22/1 26/17 35/5 37/1 37/22 42/7 42/18 48/21 50/24 51/2 52/20 52/24 60/5 61/9 74/11 78/21 82/20 83/5 83/8 87/5 87/19 88/21 95/11 95/16 95/19 95/22 97/10 97/12 106/1 106/17 108/9 111/14 123/18 123/23 123/25
**wouldn't [2]** 51/23 52/1
**written [2]** 48/8 48/8

**Y**

**Yeah [9]** 21/18 21/20 34/17 39/20 56/13 60/5 78/23 93/24 119/15
**year [2]** 18/4 21/14
**years [10]** 15/21 16/6 16/10 19/16 19/17 19/19 45/17 45/20 45/23 89/9
**yellow [7]** 35/5 36/8 71/2 111/11 111/13 112/7 114/8
**Yep [1]** 15/4
**yes [157]**
**yet [1]** 78/6
**you [611]**
**you could [1]** 121/1
**you did [1]** 75/15
**you know [9]** 6/22 10/17 10/22 10/23 10/24 21/12 32/10 56/20 81/6
**you said [1]** 86/9
**you're [12]** 6/4 19/12 19/20 19/23 26/17 30/1 48/16 56/11 56/20 106/3 106/21 110/7
**you've [19]** 4/24 8/6 13/5 27/16 28/5 45/17 45/19 45/24 46/2 53/2 55/8 57/15 60/20 61/1 72/4 81/10 81/17 84/13 110/7
**your [181]**
**Your Honor [80]** 4/4 4/9 4/14 5/7 10/9 10/21 11/3 11/7 11/15 11/16 12/13 13/17 13/23 14/11 14/17 14/23 22/6 26/8 29/21 30/23 37/21 39/24 40/13 43/5 43/7 44/11 44/19 49/2 49/18 50/13 51/4 51/11 60/3 63/3 64/11 71/15 71/20 72/24 74/11 75/22 78/15 78/20 79/1 81/1 82/1 82/11 83/21 83/25 85/9 86/3 86/6 86/12 86/21 87/4 87/23 88/4 88/13 95/13 97/25 102/12 109/9 109/11 110/3 110/20 112/22 112/23 113/1 113/5 119/19 122/25 123/5 123/13 123/23 124/7 124/11 124/17 124/23 125/3 125/8 125/15
**yours [1]** 100/10
**yourself [2]** 22/9 46/11

**Z**

**Zaremba [3]** 2/2 126/2 126/8